UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Movant David Andrew Christenson | Civ. No. 1:18-cv-2885 |
| Jerome Corsi | Related Civil Cases: No. 13-0881, 13-0851, 14-0092 & 16-0262 |
| Plaintiff | |
| v. | COMPLAINT |
| Special Counsel/FBI Director Robert S. Mueller et al., Defendants | Judge Richard J. Leon |

Motion to Join

Special Counsel/FBI Director Robert Mueller was instrumental in having me classified as a terrorist in 2010. Attorney General Matthew Whitaker was my attorney along with US Attorney Billy Gibbens. Whitaker was rewarded for criminally violating my Constitutional Rights and thus the Constitutional Rights of all Americans. The Patriot Act is still being invoked by the Special Counsel, Department of Justice, Federal Bureau of Investigation, Central Intelligence Agency, Nation Security Agency, etc. to keep me under surveillance in criminal violation of my Constitutional Rights.

Juliana v. United States of America (6:15-cv-01517) District Court, D. Oregon is about the death sentence given to our children.

State Of New York v. Donald Trump (1:17-cv-05228) District Court, E.D. New York is about irreparable harm being committed against children that are immigrants.

State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland is about the destruction of Obamacare with the conclusion being the Genocide of Americans.

Page 2 is a letter sent to all Justices and Judges in the 9th Circuit and the Oregon District Court.
Page 3 Friend of the Court/Amicus Brief (page one only) filed with the 2nd Circuit in New York v. Trump.
Page 4 is the cover for the Amicus Brief filed with the 9th Circuit.
Pages 5 – 52 is the Amicus Brief that has been filed with multiple Appellate Courts and District Courts.
Pages 53 – 75 Docketed Motion for Emergency Stay
Pages 76 – 128 Docketed MOTION TO JOIN AND OR MOTION TO INTERVENE FILED ON BEHALF OF DAVID ANDREW CHRISTENSON CLASS ACTION COMPLAINT FOR DECLATORY AND INJUNCTION RELIEF

Related Civil Cases in the DC District: No. 13-0881, 13-0851 & 14-0092 RJL.

Reference KLAYMAN v. OBAMA (1:13-cv-00851) District Court, District of Columbia
https://www.courtlistener.com/docket/4212040/klayman-v-obama/

Docket No. 93 Feb 26, 2014 MOTION to Join, MOTION to Intervene by DAVID ANDREW CHRISTENSON (jf, ). (Entered: 03/07/2014)

RECEIVED
DEC 1 4 2018
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Docket No.101 Mar 24, 2014 Memorandum in opposition to re 93 MOTION for Joinder MOTION to Intervene Filed by David Andrew Christenson filed by KEITH B. ALEXANDER, ERIC H. HOLDER, JR, NATIONAL SECURITY AGENCY, BARACK HUSSEIN OBAMA, II, U.S. DEPARTMENT OF JUSTICE. (Attachments: # 1 Text of Proposed Order) (Dearinger, Bryan) (Entered: 03/24/2014)

PAUL v. OBAMA (1:14-cv-00262) District Court, District of Columbia
https://www.courtlistener.com/docket/6229577/paul-v-obama/

Docket No. 13 Feb 26, 2014 MOTION to Join, MOTION to Intervene by DAVID ANDREW CHRISTENSON (rdj) (Entered: 03/06/2014)

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on December 11th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

DAVID ANDREW CHRISTENSON
Movant

STATE OF NEW YORK et al.,

Plaintiffs-Appellees,

v.

PRESIDENT DONALD TRUMP et al.,

Defendants-Appellants.

Cases: **18-1525**, 18-488, 18-485,
18-1521, 18-1525, 18-1985, 18-1986,
18-1987, 18-1988

Civil Action No. 1:17-cv-5228 (NGG) (JO)
Civil Action No. 1:16-cv-4756 (NGG) (JO)

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

Friend of the Court/Amicus

Please see attached letter to Chief Justice Robert A. Katzmann and Friend of the Court Amicus Brief filed
in State of New York v. Donald Trump (1:17-cv-05228) District Court, E.D. New York and other associated
cases.

Juliana v. United States of America (6:15-cv-01517) District Court, D. Oregon
In re: USA v. USDC-ORE (17-71692) Court of Appeals for the Ninth Circuit
Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York
Unknown Case Title (1:18-mc-00174) District Court, District of Columbia
In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
Blumenthal v. Whitaker (1:18-cv-02664) District Court, District of Columbia
State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
ETC.

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on December 9th, 2018 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Judge Michelle T. Friedland
Ninth Circuit
95 7TH STREET,
San Francisco, CA 94103

You can help me to save Mankind or not.

My writings are incoherent and disjointed but nonetheless they are true.

I am asking for a voice. I am not asking you to rule in my favor. Please let me be heard.

The complete Amicus Brief (48 pages) will arrive on December 12th, 2018. Please docket the Amicus Brief for Mankind's sake.

Is the Constitution the Law of the United States of America or not?

Are we following the Constitution? Are we leaving our children and grandchildren a world that they can live in? **We must change the narrative if we are to survive as a species.**

US Constitution – Preamble

We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and **our Posterity**, do ordain and establish this Constitution for the United States of America.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

Case No. 17-71692

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

In re: UNITED STATES OF AMERICA

DAVID ANDREW CHRISTENSON
MOVANT

UNITED STATES OF AMERICA, et al.,
Petitioners,
v.
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF OREGON
Respondent,
and
KELSEY CASCADIA ROSE JULIANA, et al.,
Real Parties in Interest

On Petition For Writ of Mandamus In Case No. 6:15-cv-01517-TC-AA (D. Or.)

**FRIEND OF THE COURT BRIEF/AMICUS**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OREGON

MOVANT DAVID ANDREW CHRISTENSON

Case No. 6:15-cv-01517-ALA-TC

KELSEY CASCADIA ROSE JULIANA, et al.,
Plaintiffs,
v.
UNITED STATES OF AMERICA, et al.,
Defendants.

JUDGE ANN L. AIKEN

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

Friend of the Court/Amicus Brief

I am filing this Amicus/Friend of the Court Brief on behalf of all Americans in accordance with the Constitution/First Amendment/Last Sentence of the First Amendment: "and to petition the Government for a redress of grievances". This information is critical if the Republic is to survive.

This Amicus Brief is being filed by a terrorist. Our country was founded by terrorists. It was terrorists that drafted the Declaration of Independence and the Constitution. Would I have been classified as a terrorist if I was wrong? They invoked the Patriot Act because of my research and writings.

> Democratic National Committee Chairman/Deputy Attorney General for Civil Rights Thomas Perez and Special Counsel/FBI Director Robert Mueller classified me as a terrorist in 2010. Reference: Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York, (18-2145) Court of Appeals Second Circuit

> Attorney General Matthew Whitaker was my attorney in 2011. Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York One Hundred Seventeenth (117th) Emergency Motion for Reconsideration (Attached) Judge John G. Koeltl docketed more than 50 of my pleadings and that included several pleadings about Theodore John "Ted" Kaczynski (The Unabomber). Judge Koeltl docketed the "Manifesto".

> The Senate approved BP Attorney (Kirkland & Ellis LLP) Jeffrey Bossert Clark for assistant attorney general for the U.S. Department of Justice's Environment and Natural Resources Division on Thursday, October 11th, 2018. **\*\*\*I am the reason it took 17 months to confirm Jeffrey Bossert Clark\*\*\*** Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York - One Hundred Fifth (105th) Emergency Motion for Reconsideration (Attached)

The following factual, documented and verifiable information was used by President Barack Obama, Attorney General Eric Holder, Deputy Attorney General Thomas Perez, FBI Director Robert Mueller, etc. to classify me as a terrorist in 2010. My attorney in 2011 was Attorney General Matthew Whitaker and his reward for irreparably harming me and the American People was to become Attorney General. I am a graduate of the United State Air Force Academy who served his country with distinction.

**Mankind will cease to exist by October 12th, 2050. This is not a prophecy or prediction but a mathematical certainty. Suicides will outnumber births in the next few years. Suicide and Murder(s)-Suicide(s) have become a life choice. Life expectancies are decreasing and the decrease would be**

more pronounced if legal and illegal immigrants from the last thirty years were excluded. Birth rates are negative and when the birth rate reaches a negative three (-3%) percent there will be no way to recover and Mankind will cease to exist. We have lost the ability and desire to procreate.

We are 20 Trillion Dollars in debt and increasing that debt every year by more than 1 Trillion Dollars. In the next few years the interest expense will exceed what we spend on National Defense, Medicaid and child health care. How do we pay for our medical care? We are at epidemic rates/levels for Alzheimer's, Parkinson's, Multiple Sclerosis, Autism, Allergies, Asthma, Suicide(s), Murder(s)-Suicide(s), Diabetes, Muscular Dystrophy, Fibromyalgia, Influenza and Pneumonia deaths, etc. All are connected to a degraded Immune System(s). We must have an uncensored dialogue about vaccinations and the long-term harm they do to our immune system(s). Our Government has turned us into "Bubble People", a vaccination for everything.

Our Gross National Product (GNP) is roughly 19 trillion dollars. Our economy is growing at a rate that averages 3%. Simplistically – our economy is 20 trillion dollars and it grows at 3%. That is 600 billion dollars. Our government deficit spends that and more. There is no way for our government to repay the debt. This non-partisan Congressional Budget Office has confirmed this fact.

We must have an uncensored dialogue if Mankind is to survive. I am not even touching climate change.

Reference the Wits of Mandamus and Prohibition that I filed with the Supreme Court.
https://www.supremecourt.gov/docket/docket.aspx?Search=&type=Docket

Incorporated into this pleading is a representative Amicus Brief that is currently being filed in multiple district courts and appellate courts in multiple cases, both civil and criminal. State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

One Hundred Fifth (105th) Emergency Motion for Reconsideration

The Senate approved BP Attorney (Kirkland & Ellis LLP) Jeffrey Bossert Clark for assistant attorney general for the U.S. Department of Justice's Environment and Natural Resources Division on Thursday, October 11th, 2018. **THE RIVER OF DEATH Is The Gulf Stream.**

This is the position, number three man at the Department of Justice, that is supposed to protect the American People, not be the Nazi Doctor Josef Mengele of our time.

This truly signals the end of Mankind for two reasons. First, Clark does not believe in climate change or climate warming. Second, he has covered up the truth about the BP Oil Spill and the Katrina Virus.

### ***I am the reason it took 17 months to confirm Jeffrey Bossert Clark***

See the attached motion which has been filed/docketed in multiple courts including this one and the Supreme Court

Motion to Reopen the (BP) Settlement and to increase the Settlement to 20 Trillion Dollars
Motion to Create a 20 Trillion Dollar Medical Settlement
Motion for Punitive (Treble) Damages (120 Trillion Dollars)
Motion to add the United States of America and the United Kingdom (Britain) as Defendants
The American People deserve to know the truth so please **do not Seal this pleading**.
August 18th, 2016

### ***You children and grandchildren will need this money for medical and mental health care***

(SDNY Case 1:18-cv-03501-JGK Document 25 Filed 04/24/18 Page 70 of 113)
(DCDC Case 1:18-cv-00011-ABJ Document 15 Filed 01/26/18 Page 1 of 89)
(5th Circuit Case: 16-30918 Document: 00514216429 Page: 6 of 19 Date Filed: 10/30/2017)
(Supreme Court Writs: 16-6345, 16-6278, 16-5869 and 14-10077)

### CENSORSHIP IN ITS TRUEST FORM BY THE SUPREME COURT OF THE UNITED STATES – THE SUPREME COURT DOES NOT PUBLICLY DOCKET WRITS

Clark was first nominated by the President on June 7th, 2017 but the nomination was returned by the Senate on January 3rd, 2018.  https://www.congress.gov/nomination/115th-congress/584

Clark was re-nominated by the President on January 8th, 2018 and ultimately confirmed on October 11th, 2018. https://www.congress.gov/nomination/115th-congress/1407

How and why is Jeffery Bossert Clark is connected to David Andrew Christenson?

Clark entered his appearance with the Supreme Court in two different Writs of Mandamus and Prohibition that David Andrew Christenson filed. Only one of the Writs had anything to do with BP. Clark was also the attorney of record for David Andrew Christenson's appeal of the absurdity of the BP Settlement and the requirement that his financials be accrual based and not cash. See attachments.

No. 16-6278 Title: In Re David Andrew Christenson, Petitioner
v.
Docketed:      October 4, 2016
Linked with 16A896
Sep 7 2016      Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due November 3, 2016)
https://www.supremecourt.gov/search.aspx?filename=/docketfiles/16-6278.htm

No. 16-5869 Title: David Andrew Christenson, Petitioner
v.
United States
Docketed:      September 8, 2016 Lower Ct:    United States Court of Appeals for the Fifth Circuit
Case Nos.: (16-30529) Decision Date: May 17, 2016 Rehearing Denied: June 28, 2016
Jul 7 2016      Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed.
(Response due October 11, 2016)
https://www.supremecourt.gov/search.aspx?filename=/docketfiles/16-5869.htm

MEMORANDUM CONCERNING THE NON-RESPONDENT/DEFENDANT<br>
BP EXPLORATION & PRODUCTION INCORPORATED,<br>
BP AMERICAN PRODUCTION COMPANY INCORPORATED<br>
AND BP P.L.C.<br>
WAIVER FILED IN WRIT OF CERTIORARI 16-5869<br>
(WAIVER FILED BY JEFFERY BOSSERT CLARK OF THE KIRKLAND & ELLIS LAW FIRM)<br>
(ON WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS<br>
FOR THE FIFTH CIRCUIT)

Case: 16-30918 Document: 00514622966 Page: 1 Date Filed: 08/30/2018
On August 30th, 2018 the 5th Circuit denied my Petition for Rehearing En Banc. The stated reason was a lack of jurisdiction. They said the Appeal was not timely filed. My response is attached.

Errata Correction Motion based on incorrect information in the Court's Order Dismissing this Appeal for<br>
Lack of Jurisdiction. - Motion for Reconsideration - Motion for Leave to file<br>
5th Circuit Case: 16-30918 Document: 00514587429 Page: 1 Date Filed: 08/06/2018

Second Errata Correction Motion based on incorrect information in the Court's Order Dismissing this
Appeal for Lack of Jurisdiction. - Motion for Reconsideration - Motion for Leave to file
5th Circuit Case: 16-30918 Document: 00514592096 Page: 1 Date Filed: 08/08/2018

Trump and the Executive Branch knew that the Supreme Court would not accept my Writ so they
proceeded with the conformation.

**The River of Death, via the Red Tide and Corexit from the BP Oil Spill, has reached the Eastern
Seaboard.** Google Red Tide in Florida. The Red Tide will make it to the North Atlantic Fishing Grounds
very soon. Our government will tell you that the Red Tide/Algae Bloom is natural occurring but in fact it
is not in a moving body of water. Google dying reefs in the Gulf of Mexico and the dead zone in the Gulf
of Mexico. The United States is not only murdering its own people but Europe and the rest of the world
with The River of Death.

***You are denying climate change/climate warming by not allowing me a voice***

**THIS IS ELECTION TAMPERING IN ITS TRUEST FORM.**

**YOU HAVE INTENTIONALLY, EGREGIOUSLY AND MALICIOUSLY DENIED THE AMERICAN PEOPLE
KNOWLEDGE SO THAT THEY CAN MAKE AN INFORMED VOTE.**

**IN ESSENCE YOU ARE THE JUDGES OF DEATH.**

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on October 22nd, 2018 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

One Hundred Seventeenth (117th) Emergency Motion for Reconsideration

Yesterday morning I walked away from my quest to save Mankind. I quit. I told God I was through and that if he wanted me to continue, he needed to give me a real sign. Guess what? God gave me a sign via a baseball bat to the head.

Matthew Whitaker is the acting Attorney General

This factual story is unbelievable and there is no way to tell it in a coherent manner.

**US Attorney Matthew Whitaker from Iowa is my father's attorney and the person that had US Attorney Billy Gibbens represent me in my arrest for cyber stalking an FBI Agent in New Orleans. Yes, a US Attorney represented me and gave away all of my rights.**

I am directly connected to Attorney General Matthew Whitaker, Assistant Attorney General for the Environment and Natural Resources Division Jeffery Bossert Clark and Special Prosecutor Robert Mueller. Each of these individuals irreparable harmed me and thus irreparable harmed all Americans. They are responsible for the Genocide of Mankind. (Clark represented BP Oil in my appeal with the 5th Circuit. You must review the extensive docket. 5th Circuit Case: 16-30918 IN RE: DEEPWATER HORIZON LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL, Plaintiffs v. BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C., Defendants – Appellees.)

I am from Iowa. My father is from Iowa, he is a Republican and he donates to the Republican Party. Matthew Whitaker is from Iowa and he is a Republican. My father retained him as an attorney and donated money to his campaign. Matthew Whitaker was the US Attorney for the Southern District of Iowa.

I have been estranged from my father for most of my adult life but when I was falsely arrested on a Louisiana Warrant (misdemeanor) for Cyber Stalking an FBI Agent my wife called him. I was never charged with a crime. My father left New Orleans and left me in jail because of Matthew Whitaker. My

father is a real sunarcissist. The DOJ put (my own father) me in isolation for 11 days and medicated me against my will. They did the same thing to Coast Guard Commander William Goetzee four months later and he died. The DOJ murdered him. When he was in Federal Court, they had him strapped to a wheelchair and they would tase him when he tried to speak. Read the family's complaint.

Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York John George Koeltl

Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York Judge Colleen McMahon

The information I am sharing with you has been filed in 30 plus cases in four Appeals Courts and three District Courts. It also has been filed with the Supreme Court in the four Writs that I filed. Search Pacer and the Supreme Court for: David Andrew Christenson.

Docket for 1:18-cv-03501 SDNY 113 pages - Motion for Leave to File: Motion to Intervene and Motion to Join filed by David Andrew Christenson on April 24th, 2018. Judge Koeltl docketed over fifty of my pleadings.

Docket 25

Pages 24 – 27 Non-Domestic Stay Away Order FBI Director Robert Mueller is on it. 74 people are listed and I did not know 66 of them. A third of them are court clerks. Two US Senators, a Bishop and a building. They even listed my friends and attorneys.

Page 56 - A press release about my arrest that was a gross mistake on the part of the DOJ.

Pages 57 & 58 - Bond Order and Conditions of Bail. They original asked for $500,000.00 bail for a misdemeanor. Order 3 is no internet so I could not do research. Order 9 waives my rights for a year and is not a requirement for bond. They put an electronic monitoring device on my ankle.

Page 59 Memorandum about US Attorney Billy Gibbens representing me in my arrest and waiving all of my rights. Look at his bill. His job was to keep me in jail or confined to a psychiatric prison.

**I was ordered to leave Louisiana and go to Florida to receive treatment for an unspecified mental illness. They wanted me out of New Orleans while the Danziger Trial was taking place.**

**During Hurricane Katrina the US Military murdered Americans and the Katrina Virus was released because of negligence.**

Read the 50 plus pleadings for the rest of the story.

Godspeed

Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Movant David Andrew Christenson

Civ. No. 1:18-CV-02849-ELH

State of Maryland
Plaintiff

Complaint for Declaratory and
Injunction Relief

v.

Judge Ellen Lipton Hollander

United States of America, et al.,
Defendants

Amicus

The irony is that this case is about The Affordable Care Act and severe election tampering via censorship. Our government, social media and media report in a one-dimension world. We live in a multi-dimension world that requires free speech if we are to survive. I admit that there is no way to report this information in a coherent manner. Review the letter and four-page docketed pleading to Judge John G. Koeltl US District Court SD New York 500 Pearl Street New York, NY 10007-1312 Attachment 1

*A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens*
*Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"*

## IS MANKIND YOUR BUSINESS OR NOT?

Similar Questions of the Rule of Law - Reference:
In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
Christenson v. Democratic National Committee (18-2145) Court of Appeals for the Second Circuit
State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
Supreme Court Writ No. 18-496 Barry Michael v. Jefferson B. Sessions III Attorney General of the United States – Motion to Substitute

Attachment 2: Writ/Amicus Brief (In the most simplistic terms) In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit

Attachment 3: Motion for Leave to File One Time Informative Pleading (Please file as Amicus Brief if needed) In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit

Attachment 4: Supplemental Motion for Leave to File One Time Informative Pleading (Please file as Amicus Brief if needed) In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit

Attachment 5: Errata to Complete the Record – File as Amicus Brief In re: Grand Jury Investigation

(18-3052) Court of Appeals for the D.C. Circuit

Attachment 6: The United States Supreme Court and The Katrina Virus by David Andrew Christenson "*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*"

Attachment 7: Amicus - BLUMENTHAL v. WHITAKER (1:18-cv-02664) District Court, District of Columbia

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on December 2nd, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Attachment 1

Judge John G. Koeltl
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

You murdered - Vice Admiral Scott Stearney commander of U.S. Naval Forces Central Command and the U.S. Fifth Fleet and Major General John Rossi commander of Army Space and Missile Defense Command as well as other Flag Officers, active and retired. You have murdered Mankind. Five million combat veterans will be coming for you and your family and I will not protect you. Time and math will ensure that the truth comes out. Trump, the Democratic House, the epidemic abundance of sunarcissists (suicide before honor) that occupy leadership positions, etc. will also ensure that the truth comes out. Evil destroys Evil while destroying Mankind. You have betrayed your God, Country, Family and Friends. The Preamble of the Constitution has the word "Posterity" in it. That means you betrayed your children, grandchildren and Mankind. It will be written that Mankind voluntarily committed suicide. Medicine and therapy do not work. 900 U.S. Army anti-suicide programs is proof of that. Suicide is now a life choice.

If the narrative is not changed, Mankind will cease to exist by October 12th, 2050. This is not a prediction or prophecy but a mathematically certainty. Suicides will outnumber births in the next few years. Life expectancies are decreasing and birth rates are negative. The CDC published three bombshell reports on November 28th, 2018 and no one noticed. THE CONCLUSIONS AS TO THE "WHY" ARE WRONG. THE NARRATIVE HAS TO CHANGE IF WE ARE TO SURVIVE.
https://www.cdc.gov/nchs/
Suicide Mortality in the United States, 1999–2017 - Data Brief No. 330 (11/28/2018)
https://www.cdc.gov/nchs/products/databriefs/db330.htm
https://www.cdc.gov/nchs/data/databriefs/db330-h.pdf
Drug Overdose Deaths in the United States, 1999–2017 - Data Brief No. 329 (11/28/2018)
https://www.cdc.gov/nchs/products/databriefs/db329.htm
https://www.cdc.gov/nchs/data/databriefs/db329-h.pdf
Mortality in the United States, 2017 - Data Brief No. 328 (11/28/2018)
https://www.cdc.gov/nchs/products/databriefs/db328.htm
https://www.cdc.gov/nchs/data/databriefs/db328-h.pdf

We are 20 Trillion Dollars in debt and increasing that debt every year by 1 Trillion Dollars. In the next few years the interest expense will exceed what we spend on National Defense. How do we pay for our medical care? We are at epidemic rates/levels for Alzheimer's, Parkinson's, Multiple Sclerosis, Autism, Allergies, Asthma, Suicide(s), Murder(s)-Suicide(s), Diabetes, Muscular Dystrophy, Fibromyalgia, Influenza and Pneumonia deaths, etc. All are connected to a degraded Immune System(s).

Godspeed
Sincerely,
David Andrew Christenson
Box 9063 Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@gmail.com; dchristenson6@hotmail.com;

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| David Andrew Christenson, | Case: 18-2145 |
| All Americans | |
| | Civil Action No. 1:18-cv-05769 |
| Plaintiff, | |
| | Racketeer Influenced and |
| | Corrupt Organization Act (RICO) |
| v. | |
| | Class Action Complaint |
| Democratic National Committee, | |
| Republican National Committee | Judge Colleen McMahon |
| Donald J. Trump for President Inc. | |
| Democratic Party | Jury Demand |
| Republican Party | |
| President Donald Trump | |
| President Barack Obama | |
| John Does 1-999 | |

Memorandum - A microcosm of genocide in our own country by the Admirals and Generals that "DON'T" lead our troops and thus don't lead our country.

These Admirals and Generals have done more harm to this country than Putin and all the other Despots in the world. They are in fact traitors.

As you know I believe the greatest "Rule of Law" and "Constitutional" transgression in my lifetime was when President Ford pardoned Nixon. What a mistake. You are witnessing the ramifications of that mistake.

Will President Pence pardon Trump? This is a very legitimate question.

22 Veterans and 75 plus military family members will commit suicide today. 80% of the veterans that commit suicide were never in combat and 50% were never in theater. The Army has 900 plus suicide programs and even an anti-suicide nasal spray. This microcosm is a precursor to what is going to happen to the rest of America. The military leadership has failed. This same military leadership has failed to protect us from what is taking place. The enemy is us.

When President George W. Bush took us into Iraq he committed two frauds against the America People. He lied about Al Qaeda being in Iraq and he lied about there being Weapons of Mass Destruction. Al Qaeda was not in Iraq and there were no Weapons of Mass Destruction. NOT ONE ADMIRAL OR GENERAL STOOD UP TO BUSH. THEY ALL KNEW HE WAS COMMITTING FRAUD AND THEY KNEW THE RAMIFICATIONS, BUT NOT ONE ADMIRAL OR GENERAL RESIGNED. THE ADMIRALS AND GENERALS KNEW THE COST IN DOLLARS AND LIVES. THEY TOOK AN OATH TO PROTECT THE CONSTITUTION AND THEY VOLUNTARILY ABROGATED THEIR OATH/RESPONSIBILITIES.

Admiral Jeremy Michael Boorda was the Chief of Naval Operations when he committed suicide. In my opinion this was the beginning of the fall of our military and our society. Suicide had its birth as a life

choice, Boorda made it mainstream. His suicide was a wakeup call and the military did nothing. We did nothing.

Major General (Lieutenant General select) John Rossi committed suicide July 31st, 2016 at Redstone Arsenal, two days before he was to assume command of Army Space and Missile Defense Command. I share this suicide story with you because there was no warning, it was spontaneous. Many suicides and murder(s) – suicide(s) are spontaneous. The Army fought to keep this secret. The family forced the Army to tell the truth. They did this because they thought it might help to save others, it did not. The US Military misclassifies suicides all the time. A friend of mine (Leonard Hayes from the Air Force Academy) was a suicide by vehicle. They said he died in a car accident and that was the way it was classified. He was driving at a very high rate of speed and cross the median. In suicide type situations we are now doing brain autopsies in addition to the normal autopsies. He had been fighting mental illness for years, but...

Medications and therapy will not solve our suicide and murder(s)-suicide(s) epidemic. We can't apply the same fixes to an epidemic that has increased every year for the last thirty years.

The root of the problem starts with the military academies. The military promotional system is corrupt and promotes defective human beings with no leadership qualities or abilities. You can't argue with this because you are witnessing the results.

60 of the 210 admirals in the United States Navy were under investigation in the "Fat Leonard" probe.

Naval Academy drug ring under investigation: LSD, cocaine allegedly bought on dark web
By Lucas Tomlinson, Jennifer Griffin Fox News
http://www.foxnews.com/politics/2016/02/25/naval-academy-drug-ring-under-investigation-lsd-cocaine-allegedly-bought-on-dark-web.html

I am going to highlight portions of the following article that I feel are pertinent.

Senior military officials sanctioned for more than 500 cases of serious misconduct
Tom Vanden Brook, USA TODAY Published 4:14 p.m. ET Oct. 24, 2017
https://www.usatoday.com/story/news/politics/2017/10/24/generals-sex-misconduct-pentagon-army-sanctions-hagel-gillibrand/794770001/

> Since 2013, military investigators have documented at least 500 cases of serious misconduct among its generals, admirals and senior civilians, almost half of those instances involving personal or ethical lapses, a USA TODAY investigation has found.

> In 2014, then-Defense secretary Chuck Hagel created an office to investigate ethical problems among senior leaders. It was shuttered two years later without determining the depth of the problem, a task Hagel gave it when he opened the office.

> "This is another example of top (Pentagon) officials refusing to demand accountability and sweeping major ethical problems from commanders under the rug to the detriment of the men and women who serve admirably under them," Sen. Kirsten Gillibrand, a New York Democrat and member of the Armed Services Committee, told USA TODAY.

> What prompts these men at the pinnacle of their profession to take reckless risks with their families, careers and reputations? Several factors play a role, according to members of Congress, former top officials and officers. There is often a sense of entitlement that can stem from bosses with eager-to-please staffs and some military leaders who view themselves as royalty, according to a former top military prosecutor.

> Don Christensen (no relation), former top prosecutor for the Air Force and president of the advocacy group Protect Our Defenders, believes that the senior officer class has become a class apart with its own rules and little accountability. "They're more nobility than they are just average American citizens," said Christensen, who retired as a colonel. "They start to feel above the law. They feel like royalty vs. an officer dedicated to the country."

> "The everyday troop is court-martialed for what a general officer is given a slap on the hand for," Christensen said.

*My comments:*

*West Point graduate General David Petraeus criminally violated the Constitution, Federal Law and the Uniform Code of Military Justice (UCMJ) and yet he did not go to jail. What is most amazing is that this defective human being still has his security clearance.*

*Petraeus epitomizes defective military leadership. We are a nation with a Constitution and laws that were drafted by Christians and Jews. Petraeus was in Afghanistan having sex with a fellow West Point grad. Both were well versed in the UCMJ and the rules governing security clearances. This training started day one at West Point. Petraeus was giving his mistress (Lieutenant Colonel Select) highly classified information that she (illegally) publicly disclosed.*

*Everything about my country and the direction that it is taking comes down to one Petraeus military order. American Heroes, Army Rangers, were ordered (threatened) not to interfere when they witnessed an Afghan man raping an Afghan boy. If our Americans Heroes intervened they would be Court Martialed and given a dishonorable discharge. This order was given while Petraeus was violating the UCMJ by having sex with a married woman in his office in Afghanistan and disclosing classified intelligence. Petraeus's reward was to become CIA Director where he continued to have sex with his married mistress and disclose highly classified intelligence.*

The United States Naval Academy produced Lieutenant Colonel Oliver North who is now in charge of the National Rifle Association (NRA). North is a truly defective human being. The man should have gone to jail. I can say this because I was connected with him and what he was doing.

The Catholic Church

The Pope, Cardinals, Bishops and Priests are the devil's emissaries here on earth. Their job is to get the human race to voluntarily commit suicide. They are doing a fantastic job with a completion date of October 12th, 2050.

The Catholic Church's pedophile rapist's environment continues as is evident by Cardinal Theodore E. McCarrick resignation. He was allowed to resign instead of being fired. His criminal transgressions took place over decades. He was granted the "Privileges of Power" by the Pope.

Conclusion

Everyone believes that someone else is taking care of the problem. The fact of the matter is no one is taking care of the problem. We are allowing extremists, money, power, religion, apathy, outdated social norms, etc. to dictate the course of human history. We need to do what is best for Mankind.

I want to scare the hell out of you but I don't know how. Weapons of Mass destruction can destroy the world and mankind with it. They may not seem like it but we have four Weapons of Mass Destruction that are to become realities. Fusion, Artificial Intelligence, Brain Monitoring and the Quantum Computer.

My last two questions.

Who should be in charge of the Weapons of Mass Destruction?

Who should have oversight of those that are in charge of the Weapons of Mass Destruction?

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on July 20th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Attachment 2

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson, Movant (Amicus Curiae)

In Re: Grand Jury Investigation

Case 18-3052

Andrew Miller – Appellant

Justice Judith W. Rogers
Justice Karen L. Henderson
Justice Sri Srinivasan

v.

United States of America – Appellee

Writ/Amicus Brief
(In the most simplistic terms)

The court has inadvertently opened Pandora's Box via their own Order dated November 9th, 2018. In simplistic terms they are asking for answers to a Constitutional Question(s). Is the Whitaker appointment Constitutional? (Second Question)

The first question deals with the Special Prosecutor. Is the Special Prosecutor's appointment Constitutional? (As I said, very simplistic terms.)

This court needs to consolidate (some are listed after the signature) all of the cases that are currently at issue within the Federal Judiciary that are dealing with one of both of these questions. The Supreme Court has received a Motion to Substitute – Writ 18 – 496 that is asking about the Constitutionality of the Whitaker appointment. The Motion was political motivated and, in my opinion, inappropriate. (Grossly inappropriate. The Motion is very disrespectful. The attorney that filed the Motion is trying to force the Supreme Court into the political arena with a cheap parlor trick. Shame on him. This kind of sensationalism by a veteran Supreme Court litigator is heinous.)

GODSPEED.

Sincerely filed, In Proper Person,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on November 30th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

_____

David Andrew Christenson

Supreme Court Writ No. 18-496 Barry Michael v. Jefferson B. Sessions III Attorney General of the United States – Motion to Substitute

Maryland v. U.S. (U.S. District Court for the District of Maryland) - Motion for Preliminary Injunction and to Substitute Defendant by State of Maryland (11/13/2018)

Blumenthal v. Whitaker (U.S. District Court for the District of Columbia) - Complaint against All Defendants (11/19/2018)

O.A. v. Trump (U.S. District Court for the District of Columbia) - Complaint for Declaratory and Injunctive Relief (11/20/2018)

Alsomairi v. Dawson (U.S. Court of Appeals for the 2nd Circuit) - Petitioner-Appellant's Motion for Preliminary Injunction, and to Substitute Appellee (11/14/2018)

U.S. v. Valencia (U.S. District Court for the Western District of Texas) - Motion to Dismiss for Lack of Authority to Prosecute (11/12/2018)

U.S. v. Hanig (U.S. District Court for the Eastern District of Missouri) - Motion to Dismiss Indictment, or in the Alternative to Disqualify Prosecution Team (11/13/2018)

Attachment 3

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NOV 14 2018

RECEIVED

David Andrew Christenson, Movant (Amicus Curiae)

In Re: Grand Jury Investigation

Andrew Miller – Appellant

v.

United States of America – Appellee

Case 18-3052

Justice Judith W. Rogers
Justice Karen L. Henderson
Justice Sri Srinivasan

Motion for Leave to File One Time Informative Pleading
(Please file as Amicus Brief is needed)

This pleading provides important information about the credibility of the Department of Justice and the Special Counsel. It is imperative for the Justices to have this information if they are to protect the American People and the Constitution.

I am directly and personally connected to Attorney General Matthew Whitaker, Assistant Attorney General for the Environment and Natural Resources Division Jeffery Bossert Clark and Special Prosecutor/FBI Director Robert Mueller.

The framers of the Constitution had very strong convictions about personal rights. The Bill of Rights (First Ten Amendments) was created to protect our personal liberties.

➢ The last sentence of the First Amendment: and to petition the Government for a redress of grievances. I am petitioning this court for a "redress of grievances" and I am doing so on behalf of all Americans and you and your family.

First Amendment:
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Every morning you wake up to same unbelievable world that I wake up to. We must change the narrative if Mankind is to survive. I hope the attachments motivate you to change the narrative.

Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
Attachments 1, 2 & 3:
One Hundred Seventeenth (117th) Emergency Motion for Reconsideration

One Hundred Fifteenth (115th) Emergency Motion for Reconsideration
One Hundred Eighteenth (118th) Emergency Motion for Reconsideration
Attachment 4: The United States Supreme Court and The Katrina Virus
Attachment 5: The Reluctant Patriot

GODSPEED.

Sincerely filed, In Proper Person,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on November 10th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

_____
David Andrew Christenson



## Attachment 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

### One Hundred Seventeenth (117th) Emergency Motion for Reconsideration

Yesterday morning I walked away from my quest to save Mankind. I quit. I told God I was through and that if he wanted me to continue, he needed to give me a real sign. Guess what? God gave me a sign via a baseball bat to the head.

### Matthew Whitaker is the acting Attorney General

This factual story is unbelievable and there is no way to tell it in a coherent manner.

**US Attorney Matthew Whitaker from Iowa is my father's attorney and the person that had US Attorney Billy Gibbens represent me in my arrest for cyber stalking an FBI Agent in New Orleans. Yes, a US Attorney represented me and gave away all of my rights.**

I am directly connected to Attorney General Matthew Whitaker, Assistant Attorney General for the Environment and Natural Resources Division Jeffery Bossert Clark and Special Prosecutor Robert Mueller. Each of these individuals irreparable harmed me and thus irreparable harmed all Americans. They are responsible for the Genocide of Mankind. (Clark represented BP Oil in my appeal with the 5th Circuit. You must review the extensive docket. 5th Circuit Case: 16-30918 IN RE: DEEPWATER HORIZON LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL, Plaintiffs v. BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C., Defendants – Appellees.)

I am from Iowa. My father is from Iowa, he is a Republican and he donates to the Republican Party. Matthew Whitaker is from Iowa and he is a Republican. My father retained him as an attorney and donated money to his campaign. Matthew Whitaker was the US Attorney for the Southern District of Iowa.

I have been estranged from my father for most of my adult life but when I was falsely arrested on a Louisiana Warrant (misdemeanor) for Cyber Stalking an FBI Agent my wife called him. I was never charged with a crime. My father left New Orleans and left me in jail because of Matthew Whitaker. My



Attachment 1

father is a real sunarcissist. The DOJ put (my own father) me in isolation for 11 days and medicated me against my will. They did the same thing to Coast Guard Commander William Goetzee four months later and he died. The DOJ murdered him. When he was in Federal Court, they had him strapped to a wheelchair and they would tase him when he tried to speak. Read the family's complaint.
Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York John George Koeltl
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York Judge Colleen McMahon

The information I am sharing with you has been filed in 30 plus cases in four Appeals Courts and three District Courts. It also has been filed with the Supreme Court in the four Writs that I filed. Search Pacer and the Supreme Court for: David Andrew Christenson.

Docket for 1:18-cv-03501 SDNY 113 pages - Motion for Leave to File: Motion to Intervene and Motion to Join filed by David Andrew Christenson on April 24th, 2018. Judge Koeltl docketed over fifty of my pleadings.
Docket 25
Pages 24 – 27 Non-Domestic Stay Away Order FBI Director Robert Mueller is on it. 74 people are listed and I did not know 66 of them. A third of them are court clerks. Two US Senators, a Bishop and a building. They even listed my friends and attorneys.
Page 56 - A press release about my arrest that was a gross mistake on the part of the DOJ.
Pages 57 & 58 - Bond Order and Conditions of Bail. They original asked for $500,000.00 bail for a misdemeanor. Order 3 is no internet so I could not do research. Order 9 waives my rights for a year and is not a requirement for bond. They put an electronic monitoring device on my ankle.
Page 59 Memorandum about US Attorney Billy Gibbens representing me in my arrest and waiving all of my rights. Look at his bill. His job was to keep me in jail or confined to a psychiatric prison.

I was ordered to leave Louisiana and go to Florida to receive treatment for an unspecified mental illness. They wanted me out of New Orleans while the Danziger Trial was taking place.

During Hurricane Katrina the US Military murdered Americans and the Katrina Virus was released because of negligence.

Read the 50 plus pleadings for the rest of the story.


Godspeed


Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

**Attachment 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,

Racketeer Influenced and
Corrupt Organization Act (RICO)

Plaintiff,

v.

Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

One Hundred Fifteenth (115th) Emergency Motion for Reconsideration

"Democracy has been described as three wolves and a sheep voting on what is for lunch."

The United States of America is a Republic. The Constitution created three branches. Those three branches were to provide checks and balances so that we would not end up were we are. It was so important to the framers that when the Constitution was ratified only the House of Representatives was elected by popular vote and Senators were elected by the states. The framers of the Constitution gave life time appointments to Judges to prevent exactly what is happening today. The Federal Judiciary was the last line of defense. The last line of defense, Federal Judiciary, has failed.

To me, life is simple: follow the Constitution. In many cases, such as this one, Judges rule on the practicality of the "rule of law" which may do good in the short run but causes irreparable long-term damage. Upholding the Constitution is a bitch. If our Republic is to survive the Federal Judiciary must uphold the Constitution in all matters.

Did you know the word "Democracy" never appears in the Constitution or the Declaration of Independence?

Is the following true today? Are we doing this? Posterity is an important word – "all future generations".

U.S. Constitution – Preamble - We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

The Bill of Rights - *Federalists argued that the Constitution did not need a bill of rights, because the people and the states kept any powers not given to the federal government. Anti-Federalists held that a bill of rights was necessary to safeguard individual liberty.*

Laws are just pieces of paper. We are a nation of "sunarcissists". Suicide over honor.

Attachment 2

Questions

Can the Federal Judiciary rule, sue sponte, that the debt and deficit spending is unconstitutional because it violates the Preamble of the Constitution?

Can the Federal Judiciary order, sue sponte, that vaccinations are unconstitutional and then stay that order for two years and allow the parties to present evidence to the Supreme Court. This country needs a dialogue.

Did the framers of the Constitution expect the Federal Judiciary to be a reactive branch only or did they expect them to be proactive when the Constitution and the country were in such danger?

The system is broken not the Constitution. How do we fix it?

How does the Federal Judiciary justify the 50 trillion-dollar debt that we will have in 50 years?

Where does the Federal Judiciary get is news?

There is no forum left for free speech.


Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

Attachment 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,

Racketeer Influenced and
Corrupt Organization Act (RICO)

Plaintiff,

v.

Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

One Hundred Eighteenth (118th) Emergency Motion for Reconsideration

**You wouldn't listen you arrogant bastards or should I say gutless bastards**

**Change the narrative**

Marbury v. Madison showed the Supreme Court to be gutless and established a precedent that exists today. Presidents have "Signing Statement" which completely undermine Judicial Review. The Supreme Court has abrogated its responsibility as defined by the Constitution and it was done voluntarily.

The Federal Judiciary will be blamed and held accountable. Trump and Executive Branch Law Enforcement will not protect you nor should they. US Marshal will not protect you. Trump will use his resources to put the spotlight on every judge and their families. There will be nowhere to hide.

*"Acting Attorney General Matthew G. Whitaker Once Criticized Supreme Court's Power"*
By Charlie Savage Nov. 8, 2018 https://www.nytimes.com/2018/11/08/us/politics/matthew-whitaker-courts-inferior.html?nl=top-stories&nlid=65460936ries&ref=cta
WASHINGTON — The acting attorney general, Matthew G. Whitaker, once espoused the view that the courts "are supposed to be the inferior branch" and criticized the Supreme Court's power to review legislative and executive acts and declare them unconstitutional, the lifeblood of its existence as a coequal branch of government.

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

## Attachment 4

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

Attachment 5

My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.

Updated 10/31/2011 DAC 05:32
An Unedited Synopsis.
Please Google all names.

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
(Book Nine in a nine part series.)
Library of Congress LCCN 2011940256
ISBN 978-0-9846893-0-9 Hardback
ISBN 978-0-9846893-1-6 EBook

<u>Factual, documented and verifiable</u> account of what happened to (The Author) Captain David Andrew Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor charge (Equivalent of a DUI or DWI.) of cyber stalking FBI Agent Steven Rayes. This was done under the authority of FBI Director Robert Mueller. Misinformation was provided to the press. Six months earlier on October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain David Andrew Christenson. Why did Agent Rayes contact Captain Christenson? Agent Rayes was a member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent. Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker, Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by Director Mueller to be the enforcer. Agent Rayes was an ex-enlisted Marine and street cop with no conscious and was someone who would blindly follow orders understanding the illegal mission. Agent Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten, intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana State arrest warrant and a Louisiana State search and seizure warrant. <u>The FBI did not use Federal Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew Christenson has never been charged with a crime.</u> The FBI claimed that two out of more than 500 emails sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson were threatening. The emails were not threating and were consistent with previous informative and political emails. Captain Christenson never received an arraignment, a show cause hearing or a preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a



record bond of $300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00 bond. (An armed carjacker received a $75,000.00 bond.) Captain Christenson was held for 11 days in the Orleans Parish Prison without being charged with a crime. After day three Captain Christenson was placed in isolation on the psychiatric floor of the house of detention (HOD) where he was medicated without his knowledge or consent. Attorney General Eric Holder directed Assistant US Attorney Billy Gibbens to represent Captain Christenson, which he did. Criminal defendants are not represented by US Attorneys. Billy Gibben's mission was to discredit Captain Christenson and to keep him in prison. The court record confirms this. Captain Christenson was to be permanently detained in a psychiatric hospital, medicated and discredited. The Louisiana State search and seizure warrant was used to steal evidence, legal files, the DVD of FBI Agent Rayes assaulting Captain Christenson, the DVD of the Danziger Bridge murders, etc. from Captain Christenson. United States Supreme Court files and communications and evidence of "The Katrina Virus" and pending Genocide were stolen as well.

**The Department of Justice classified Captain David Andrew Christenson as a terrorist.** This was done to bypass Federal Law and the Federal Judiciary. It was relayed to Captain Christenson that if he did not stop his research and quest for justice that he would be assassinated as a terrorist.

The FBI attempted to murder/assassinate Captain David Andrew Christenson while he was being held in isolation in the Orleans Parish Prison. Coast Guard Commander William Wesley Goetzee was not so lucky. He was murdered in the Orleans Parish Prison on August 7th, 2011. The FBI failed with Captain Christenson but succeeded with Commander Goetzee.

What was so important that the United States Government had to classify Captain David Andrew Christenson as a terrorist and then attempt to murder/assassinate him?

Chemical warfare ingredients, "THE KATRINA VIRUS", were released during Hurricane Katrina. The end result will be GENOCIDE for the residents of New Orleans. ("The Katrina Virus" represents all of the contaminants that were released from government research/laboratory, manufacturing and storage facilities. These facilities were controlled directly and indirectly by the Department of Defense and the Central Intelligence Agency and included public institutions such as local hospitals and medical schools. The Harvard University Medical School has been tasked with studying and tracking the long term health/medical issues and "The Katrina Virus".

The United States Military killed, executed and murdered Americans during Hurricane Katrina and after. A side note. Secretary of Defense Donald Rumsfeld had a very public disagreement with President George Bush concerning the use of the military. Captain Christenson does not recall there ever being a public disagreement between the President and the Secretary. What is strange is that the press never picked up on the disagreement. Secretary Rumsfeld already knew about what the military had done and was concerned about the liabilities. President Bush had to order Secretary Rumsfeld to send in the troops. General Russel Honore and the troops arrived five days after Hurricane Katrina. General Honore

confirmed to me that he was only responsible for what the military did after he arrived and not before. He was adamant about that. Both he and Coast Guard Admiral Mary Landry lost promotions, their next star and were forced to retire.  Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.

The BP oil spill. To be Written.

The Danziger Bridge. To be written.

Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Teresa's husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat. Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin.  After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (*I cannot invent the truth*) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.

State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm.  To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.

Attachment 4

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson, Movant (Amicus Curiae)

In Re: Grand Jury Investigation

Andrew Miller — Appellant

v.

United States of America — Appellee

Case 18-3052

Justice Judith W. Rogers
Justice Karen L. Henderson
Justice Sri Srinivasan

Supplemental Motion for Leave to File One Time Informative Pleading
(Please file as Amicus Brief if needed)

Attached is a letter sent to the panel.

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on November 10th, 2018 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

David Andrew Christenson

NOV 1 9 2018

Judge Merrick Garland
DC Appeal Court
333 Constitution Ave. NW
Washington D.C. 20001

Justice Karen L. Henderson
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

Clerk Mark Langer
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

Justice Judith W. Rogers
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

Justice Sri Srinivasan
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

Reference: No. 18-3052 - USCA Case #18-3052 Document #1760340 Filed: 11/14/2018 Page 1 of 11 Amicus Brief filed by David Andrew Christenson.

Sorry for the new email address. Microsoft closed all of my email accounts and in order to appeal you must have a Microsoft email address, which I created. The DOJ pressured Microsoft into closing my email accounts and they complied. This has repeatedly happened in the past.

Here is a recommendation about my Amicus Brief:

Order the Department of Justice to respond.

Order the Special Counsel to Respond.

Order Attorney General Matthew Whitaker to respond, personally.

Order Assistant Attorney General for the Environment and Natural Resources Division Jeffery Bossert Clark to respond personally

Order Special Prosecutor/FBI Director Robert Mueller to respond, personally

These individuals criminally violated my Constitutional Rights which in turn criminally violated the Constitutional Rights of all Americans.

We are no better than the Saudis.

*The Central Intelligence Agency has concluded that the Saudi crown prince, Mohammed bin Salman, ordered the killing of the journalist Jamal Khashoggi, according to American officials.*

Attachment 1: EDLA Case 2:12-cv-01910-SSV-JCW Document 1 Filed 07/23112 Page 18 of 66 - Start with page 18, paragraph 31. They tased Federal Whistleblower Coast Guard Commander William Goetzee in Federal Court while he was strapped to a wheelchair. Go back and read the entire complaint and you will think you are in Nazi Germany.

Attachment 2: 14-10077 August 19th, 2015 Supreme Court Writ - Supplemental Eight Coast Guard Commander William Goetzee was Murdered by the Department of Justice Extraordinary Writ with Writ of Prohibition and Writ of Mandamus Filed May 22nd, 2015

Attachment 4 The Murder of Coast Guard Commander William Goetzee - My background – David Andrew Christenson

GODSPEED.
Sincerely filed, In Proper Person,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

**Attachment 1**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 JUL 23  PM 1:03

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| MARGARET GOETZEE NAGLE and JOHN ERIC GOETZEE | * | CIVIL ACTION |
|  | * | NUMBER: **12 - 1910** |
|  | * | SECTION: |
| VERSUS | * | JUDGE: **SECT. R MAG. 2** |
| SHERIFF MARLIN GUSMAN,<br>DR. SAMUEL GORE,<br>DR. CHARLES "MIKE" HIGGINS,<br>DR. JOSE HAM,<br>MARY ANNE BENITEZ,<br>DARRYL JACKSON,<br>LPN WALLACE,<br>S. PEMBO, S. BATISTE,<br>DAVID SCHAIBLE, E. BARGKY,<br>C. JOHNSON, FNP,<br>WARDEN CARLOS LOUQUE,<br>HOD WATCH COMMANDERS JOHN<br>DOES I and II, SGT. NICOLE HARRIS,<br>SGT EVERETT MARSHALL,<br>DEPUTY WILLIAM THOMPSON,<br>DEPUTY MICHAEL WILLIAMS and<br>DEPUTY SHELIA CRADER | *<br><br>*<br><br>*<br><br>*<br><br>*<br><br>* | MAGISTRATE:<br><br>CIVIL RIGHTS<br><br>JURY TRIAL DEMANDED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

### I.  INTRODUCTION

1.      This case involves the tragic death on August 7, 2011 of U.S. Coast

Guard Commander William ("Bill") Goetzee, a 48-year-old federal career civilian

Fee 350
Process
Dkid
CtRmDep
Doc. No.

properly screen, evaluate or refer Mr. Goetzee for psychiatric evaluation, diagnosis or treatment. Defendant LPN Wallace failed to properly or adequately address Mr. Goetzee's report of recent suicidal thoughts, his need for medication, or his obvious physical injury.   Defendant LPN Wallace was aware, must have been aware, or should have been aware, that Mr. Goetzee was psychologically fragile, required psychiatric evaluation, intervention and review of his medication status, yet failed to take appropriate steps to insure that would occur.

30.    Despite Mr. Goetzee's condition, defendant LPN Wallace referred Mr. Goetzee for housing in "general population".   Defendant LPN Wallace knew, must have known or should have known, at Mr. Goetzee was at high risk of serious harm due to his disability and his medical condition and that the jail lacked adequate and appropriately trained staff and facilities to properly tend to Mr. Goetzee's medical needs or to provide reasonable accommodations for his disabilities. Yet she failed to take necessary and appropriate steps to insure that he was either referred to a hospital for treatment or for medical clearance as to the appropriateness of housing him at the jail, or, if to be admitted to the jail, that he was adequately and reasonably examined, housed and treated and afforded reasonable accommodation for his disability and his condition.

31.    Mr. Goetzee was booked into OPP and taken to Templeman V, the "federal tier". The following morning he appeared in federal court for a first appearance hearing. His medical and psychiatric condition had deteriorated overnight and he was

Case 1:18-cv-02885-RJL   Document 5-1   Filed 12/14/18   Page 40 of 125

USCA Case #18-3052     Document #1761272      Filed: 11/19/2018     Page 6 of 10
Attachment 1   Case 2:12-cv-01910-SSV-JCW   Document 1   Filed 07/23/12   Page 19 of 66

delusional, combative, disoriented and non-responsive. He had to be physically restrained in a wheelchair. At some point he was tased. He had spent the night in the jail with no medical treatment, no medication and no appropriate intervention or accommodation for his condition, thereby aggravating and worsening his condition. On information and belief, various deputies and other employees of the defendant Sheriff, acting in the course and scope of their employment,  knew, must have known or should have known that Mr. Goetzee was in serious need of medical attention, yet failed to report or seek appropriate care for him during this time.

32.     Mr. Goetzee was removed from federal court and returned to the jail, where he received a "Psychiatric Nursing/MA Assessment" for the first time while in custody, due to "suicidal ideation", and referred to University Hospital by defendant Dr. Higgins, through a verbal order to defendant E. Bargky, LPN,  to "Rule Out Delirium". By that time, he had blood pressure of 181/122, a pulse rate of 128, respiration rate of 20 and a temperature of 100.1. His allergy to prednisone was noted at this time, as was the fact that he was without any medication.  His skin was warm and moist to touch. He was described as oriented OX1, oriented as to name only, a marked deterioration of the AAOX3 orientation described at Intake by defendant LPN Wallace. The Nurse Notes completed by defendant Bargky identified his name as "William Wesley", despite the booking information which gave his name as "Goetzee, William W."  This error regarding his name persisted through his hospitalization at University and when he returned to the jail, causing confusion and inconsistencies in his medical treatment. He

19



14-10077

August 19th, 2015

Supplemental Eight

Coast Guard Commander William Goetzee was Murdered by the Department of Justice

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus

Filed May 22nd, 2015

Coast Guard Commander William Goetzee was Murdered by the Department of Justice. The same process was used on me four months prior. When you read the complaint you will think you are in Nazi Germany.

Notice that the Goetzee family did not sue the Federal Government. Why? He was arrested on a Federal Warrant and held in Federal custody. The complaint was filed in Federal Court.

Everything the Department of Justice put in the public domain was a lie.

I was never charged with a crime. I was arrested on a Louisiana Warrant and not Federal. Why? 11 days in isolation being medicated against my will. Having a 9mm put to my forehead by an FBI Agent who threatened to kill me if I did not stop. He bragged about how he would get away with it and I knew that he was right. Stupid me for believing in the oath that I took.

Attachments

A1 Page 18 and 19, item 31, of the Goetzee family complaint. The Coast Guard Commander was strapped to a wheelchair in Federal Court and tased. The entire complaint is A5.

A2 Letter drafted (2011) by me about "The Murder of Coast Guard Commander William Goetzee" and the background between us. The entire package is A4.

A3 Letter drafted by me on 08/09/2011 to Chief Justice John Roberts. This letter is part of A4.

A4 16 pages. "The Murder of Coast Guard Commander William Goetzee"

A5 66 pages. The Goetzee family Federal Complaint.

The Supreme Court of the United States of America has granted authority to the Department of Justice to execute and assassinate Americans who are exercising their Constitutional Rights, especially Federal Whistleblowers such as me.

All Americans deserve the protection of the Supreme Court.

Is this really the world that the Supreme Court wants?

Attachment 2

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on August 19th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217


_____

David Andrew Christenson



# The Murder of Coast Guard Commander William Goetzee

### My background

I was held on the 10th floor of the House of Detention in the Orleans Parish Jail. This is the psychiatric floor. Suicidal prisoners are held here.  In my case (not suicidal) I was placed in isolation and medicated against my will and knowledge. This was torture. The Federal Government was hoping that I would kill myself. The conditions are deplorable. The lights are on 24 hours a day. The noise from the fans and televisions is deafening. If you are not crazy when you go in, you are when you come out. I stopped eating and drinking. The only thing I consumed was water. The drugs they give you can actually trigger a psychosis, depression, etc. The "suicide watch" cell has nothing in it but a bench. There is no toilet. There is no toilet paper. When you are on suicide watch you wear a kevlar type vest that goes from your shoulders to your knees and nothing else. There was a young black kid in the "suicide watch" cell while I was there. He continually defecated on himself and the stench was unbelievable. Nobody helped him. I worried about him and I wonder what happened to him.

The Federal Government did everything possible to paint me as crazy and to discredit me. They have done the same to Commander Goetzee. I believe the story about Goetzee and his arrest was a fraud, a fabrication. The Federal Government wanted to isolate and silence Commander Goetzee. He was murdered. I was lucky.

Attachment 1: Coast Guard Commander William Wesley Goetzee's Obituary.

Commander Goetzee had quite a background. He was not indigent. I would assume he had health insurance as he was an employee of the Federal Government. He worked in the same building as the Federal Courthouse, US Attorney, US Marshal's office, etc. There was extremely heavy security at the building that day because of the Danziger Bridge Trial.

Attachment 2: Article.

Commander Goetzee "reported episodes of suicidal ideation...". The man needed help. What medication was he being forced to take?  I could not invent this. The Federal Government, US Marshal Service, places Federal suicidal prisoners in a jail that was condemned in 2009 by the Justice Department. "The Justice Department criticized the mental health care provided by the institution, including its suicide-prevention practices." Why was Commander Goetzee appointed a Federal Public Defender? He was a person of means. The Department of Justice wanted to control him just like they did me when they appointed US Attorney Billy Gibbens to represent me.

Attachment 3: Article.

Could you invent this? "Investigators say Goetzee had been swallowing toilet tissue throughout the day". Are you kidding me?



Attachment 4: Article.

See the last page, 3. "Margaret Nagel, his sister, said that after his arrest, she was unable to get any information about his condition or even where he was being held." It is important to note that the Coast Guard provided official notification of Commander Goetzee's death. This notification was improper unless he died during active duty. This was very odd and suspicious. By law The US Marshal Service should have provided notification since he was in their custody. Note that he was working on the BP oil spill.

Attachment 5.

Court document: detention hearing. Why was Commander Goetzee not at his detention hearing? Why did he not have private counsel. He had been charged and had not entered a plea. The Federal Government wanted him isolated. The man needed help and had the resources. Commander Goetzee was entitled to bond and should have been released within 72 hours. His family and fiancée could have helped him. Why did his peers in the Coast Guard not help him? They worked with him for 10 years. (Truth about the BP oil spill?)

Attachment 6.

Again could you invent the truth? Review the second page. He did not want to cause harm to anyone but himself. Goetzee exclaimed "I want to kill myself, give me your gun." Was he crying out for help or was this an attempt to discredit him? Do you know how hard it is to take a gun from a man sitting down in a car?

Attachment 7.

An email from me to multiple Federal Courts in the Eastern District of Louisiana.

Attachment 8.

Letter/Fax to the United States Supreme Court. I have only included one of the many letters that I wrote to the Supreme Court.

Sincerely,
David Christenson
"The Reluctant Patriot"

Attachment 5

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson, Movant (Amicus Curiae)

In Re: Grand Jury Investigation                          Case 18-3052

Andrew Miller – Appellant                                Justice Judith W. Rogers
                                                         Justice Karen L. Henderson
v.                                                       Justice Sri Srinivasan

United States of America – Appellee

Errata to Complete the Record – File as Amicus Brief

The following attachments were sent to the (Special) Grand Jury being used by Special Counsel Robert
Mueller- United States District Court for the District of Columbia & United States District Court for the
Eastern District of Virginia

Attachment 1: January 16th, 2018 - 91 pages
Attachment 2: January 25th, 2018 - 14 pages
Attachment 3: January 28th, 2018 - 71 pages
Attachment 4: January 30th, 2018 - 4 pages
Attachment 5: January 29th, 2018 - 2 pages

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on November 27th, 2018 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

_____
David Andrew Christenson

Attachment 6

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix - Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 9063

Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

Attachment 7

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Civ. No. 1:18-cv-02664-RDM

Senator Richard Blumenthal, et al.,
Plaintiff

Complaint for Declaratory and
Injunction Relief

v.

Judge Randolph D. Moss

Matthew Whitaker, et al.,
Defendants

Amicus

The irony is that this case is about The Affordable Care Act and severe election tampering via censorship. Our government, social media and media report in a one-dimension world. We live in a multi-dimension world that requires free speech if we are to survive. I admit that there is no way to report this information in a coherent manner. Review the letter and four-page docketed pleading to Judge John G. Koeltl US District Court SD New York 500 Pearl Street New York, NY 10007-1312 Attachment 1

*A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens*
*Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"*

## IS MANKIND YOUR BUSINESS OR NOT?

Similar Questions of the Rule of Law - Reference:
In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
Christenson v. Democratic National Committee (18-2145) Court of Appeals for the Second Circuit
State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
Supreme Court Writ No. 18-496 Barry Michael v. Jefferson B. Sessions III Attorney General of the United States – Motion to Substitute

Attachment 2: Writ/Amicus Brief (In the most simplistic terms) In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit

Attachment 3: Motion for Leave to File One Time Informative Pleading (Please file as Amicus Brief if needed) In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit

Attachment 4: Supplemental Motion for Leave to File One Time Informative Pleading (Please file as Amicus Brief if needed) In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit

Attachment 5: Errata to Complete the Record – File as Amicus Brief In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit

Attachment 6: The United States Supreme Court and The Katrina Virus by David Andrew Christenson
*"My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012."*

Attachment7: Amicus - State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on December 2nd, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

David Andrew Christenson
PLAINTIFF

CIVIL DOCKET NO. 13-0881,
13-0851 & 14-0092 RJL

v.

SECTION: Judge Richard J. Leon

UNITED STATES OF AMERICA
DEFENDAT

COMPLAINT/CLASS ACTION

MOTION FOR EMERGENCY STAY
(Please consider this pleading a Motion for Reconsideration if it was not timely.)

Please accept my sincere apology for filing this incoherent Motion For Emergency Stay. It is impossible to explain all the legal and Constitutional issues in a pleading. I realize that I am Pro Se but this has more to do with "I could not invent this stuff" and "truth is always stranger than fiction".

How can I make this simple? Our government took a Military Officer/Federal Whistleblower (Me), classified him as a terrorist and then attempted to murder him. While this is unbelievable, it all started with simple mortgage fraud. The end result and cover-up, was the release of chemical warfare contaminates (The Katrina Virus) and the murdering of Americans by the US Military during Hurricane Katrina.

Please incorporate the seven attachments into this Motion for Emergency Stay.
Attachments:
1. List of criminal and civil cases that David Andrew Christenson is directly connected too.
2. Motion for Emergency Supreme Court of the United States Associate Justice Antonin Scalia.
3. Memorandum for Emergency Stay Supreme Court of the United States Associate Justice Antonin Scalia.
4. Order for Emergency Stay Supreme Court of the United States Associate Justice Antonin Scalia.
5. Memorandum for 5th Circuit Court of Appeals case 13-31200.
6. Second Memorandum for 5th Circuit Court of Appeals case 13-31200.
7. Page one of The United States Supreme Court and The Katrina Virus. Authored by David Andrew Christenson and placed into the Library of Congress.

**David Andrew Christenson is asking for the Emergency Stay so that he may file an all-encompassing Extraordinary Writ of Certiorari (Original) with the Supreme Court of the United States.**

At the time that I filed the Attached Motion for Emergency Stay with the Supreme Court and Justice Antonin Scalia I was unaware that my complaints had been docketed with Judge Richard J. Leon. The simple fact that Judge Leon docketed my pleadings has increased the complexity of the Extraordinary Writ of Certiorari (Original) exponentially. At a minimum we are talking about the Federal Government violating the First, Second, Fourth, Fifth and Sixth Amendments with the result being the murder of Americans.

In very simple terms. It is not a question of fact when it comes to the criminal activity of the Federal Government. The Constitutional question is how do we go forward under Article Five of the Constitution?

In going forward with this particular matter we must operate with the following fact: The Federal Government can monitor, analyze and store all communications. We are talking about brain waves (an individual's thoughts), non-verbal, handwriting, text, emails, phone calls, etc. You can argue with this fact but our mission should be proactive because the future is here.

In closing please think about this. Our government wanted the perfect military weapon. This organic weapon (Katrina Virus) caused the opposing army to commit suicide. Because it was organic it would disperse within five days with no residual contamination. President George W. Bush flew over New Orleans and did not land after Hurricane Katrina because he did not want to get infected. The real rescue of New Orleans took place after the five days to allow the Katrina Virus to dissipate. Please review my documentation of what I have stated.

The United States is the greatest country in the world and yet we could not rescue our own people for five days? The greatest military in the world was in place before Hurricane Katrina and should have commenced the "RESCUE OPERATION" immediately.


Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com


CERTIFICATE OF SERVICE

I hereby certify that on March 31st, 2014 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and Pacer notification.

David Andrew Christenson

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

David Andrew Christenson
PLAINTIFF

CIVIL DOCKET NO. 13-0881,
13-0851 & 14-0092 RJL

v.

SECTION: Judge Richard J. Leon

UNITED STATES OF AMERICA
DEFENDAT

COMPLAINT/CLASS ACTION

NOTICE OF SUBMISSION

Please take notice that David Andrew Christenson's Motion for Emergency Stay will be heard by the Honorable Richard J. Leon on _____ at _____ AM/PM.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 31st, 2014 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and Pacer notification.

David Andrew Christenson

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

David Andrew Christenson                          CIVIL DOCKET NO. 13-0881,
PLAINTIFF                                         13-0851 & 14-0092 RJL

        v.                                        SECTION: Judge Richard J. Leon

UNITED STATES OF AMERICA                          COMPLAINT/CLASS ACTION
DEFENDAT

ORDER

David Andrew Christenson's Motion for Emergency Stay is hereby granted.


_____
Honorable Richard J Leon
United States District Court
The District of Columbia.

# Attachment 1

Updated and current as of March 30th, 2014.

Systemic Criminal Prosecutor Misconduct by the Department of Justice
David Andrew Christenson has filed Motions to Intervene in each of the ten criminal cases that are
docketed in the Eastern District of Louisiana (EDLA).

| EDLA case Number | Public Name | EDLA Judge | 5th Circuit case |
|---|---|---|---|
| 2:10-cr-204 | Danziger | Judge KURT D. ENGELHARDT | 13-31200 |
| | | | 14-30168??? |
| USA appeal of Judge Kurt Engelhardt's decision to vacate the Danziger convictions. | | | 13-31078 |
| 2:10-cr-154 | Glover | Judge LANCE M. AFRICK | 13-31213 |
| 2:13-cr-11 | Nagin | Judge HELEN G. BERRIGAN | 13-31203 |
| 2:11-cr-157 | Fazzio/Titus/Heebe | Judge HELEN G. BERRIGAN | 13-31209 |
| 2:13-cr-249 | Daigle | Judge CARL J. BARBIER | 13-31309 |
| 2:13-cr-131 | Jackson | Judge MARY ANN VIAL LEMMON | 13-31290 |
| | | No fee dismissed but reinstated | 13-31192 |
| 2:12-cr-1 | Howard/Hankton | Judge MARTIN L.C. FELDMAN | 13-31297 |
| 2:08-cr-140 | Pratt | Judge IVAN L.R. LEMELLE | 14-30267 |
| 2:09-cr-374 | St. Pierre | JUDGE ELDON E.FALLON | 14-30272 |
| 2:11-cr-299 | Broussard | Judge Hayden W. Head | 14-30240 |

The United States District Court for the District of Columbia has docketed two of my pleadings in Class
Action cases involving the National Security Agency (NSA). The Court has not filed my third pleading as a
stand-alone Class Action Complaint. I had to fill out a Forma Pauperis application which has not yet been
approved. The first pleading was filed in the Senator Rand Paul complaint and the second pleading was
filed in the three complaints filed by Larry Klayman. Please review the names of the parties carefully.

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

RAND PAUL & FREEDOMWORKS, INC., ET AL.,                     CIVIL DOCKET NO. 14-262-RJL
PLAINTIFFS

v.                                                        SECTION: Judge Richard J. Leon
UNITED STATES OF AMERICA                                   CLASS ACTION
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDATS

MOTION TO JOIN AND OR MOTION TO INTERVENE
FILED ON BEHALF OF DAVID ANDREW CHRISTENSON
CLASS ACTION COMPLAINT FOR DECLATORY AND INJUNCTION RELIEF

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

# Attachment 1

David Andrew Christenson
PLAINTIFF
           v.
UNITED STATES OF AMERICA
DEFENDAT

CIVIL DOCKET NO. 13-0881,
13-0851 & 14-0092-RJL
SECTION: Judge Richard J. Leon
COMPLAINT/CLASS ACTION

MOTION TO JOIN AND OR MOTION TO INTERVENE AND OR COMPLAINT
FILED ON BEHALF OF DAVID ANDREW CHRISTENSON
CLASS ACTION COMPLAINT FOR DECLATORY AND INJUNCTION RELIEF

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

David Andrew Christenson

PLAINTIFF
           v.
UNITED STATES OF AMERICA
DEFENDAT

CIVIL DOCKET NO. Not Yet
Assigned.

SECTION: Judge Richard J. Leon
COMPLAINT/CLASS ACTION

MOTION TO JOIN AND OR MOTION TO INTERVENE AND OR COMPLAINT
FILED ON BEHALF OF DAVID ANDREW CHRISTENSON
CLASS ACTION COMPLAINT FOR DECLATORY AND INJUNCTION RELIEF

The murder of Coast Guard Commander William Goetzee. The Goetzee family filed a complaint in the Eastern District of Louisiana. Goetzee's arrest was Federal and yet the family did not sue the Federal Government. Review the lawsuit. Case 2:12-cv-01910-SSV-JCW Document 1 Filed 07/23/12 Page 1 of 66. Read how they had him strapped to a wheelchair and were tasing him in court. Page 18, item 31. After reading the complaint you will think that he died in Nazi Germany.

The murder of Allen Desdunes (who was unarmed) by an FBI Agent in New Orleans.

The Department of Justice attempted to murder David Andrew Christenson, violated his Constitutional and Civil Rights and illegally classified him as a terrorist for being a Federal Whistleblower.
Orleans Parish Criminal Court Docket: Magistrate No. 522-477 Commissioner Harry E. Cantrell, Jr.

# Attachment 2

MOTION FOR EMERGENCY STAY<br>
SUPREME COURT OF THE UNITED STATES<br>
ASSOCIATE JUSTICE ANTONIN SCALIA

I move the Supreme Court to grant my Motion for Emergency Stay so that I may file a Writ of Certiorari that addresses Constitutional issues as they pertain to Systemic Criminal Prosecutor Misconduct by the Department of Justice. The issues concern very clear and grotesque violations of the Constitution.  The violations include swaying public opinion, propaganda, tainted jury pools, fraudulently obtained convictions, false arrests, etc. and the most heinous violation which is murder.

(Here is a side note concerning the national ramifications of Department of Justice prosecutor misconduct : Senator Ted Stevens had his conviction vacated and his criminal charges dismissed with prejudice  because of prosecutor misconduct. It would have been very probable that Senator Ted Stevens would have been reelected in 2008 if it had not been for the fraudulently obtained conviction. His losing the election was a two vote swing in the United States Senate and that allowed ObamaCare to pass and subsequently to be approved by the Supreme Court. Additionally  there was prosecutor misconduct in the Enron/Jeffery Skilling, Scooter Libby, Conrad Black and Governor Rod Blagojevich convictions which happen to be some of the biggest convictions of the last ten years by the Department of Justice.)

I move the Supreme Court to grant my Motion for Emergency Stay for the following reasons:

1.  Irreparable harm will come to the American people, me and more than 40 defendants in 10 criminal cases that are currently at issue before the District Court for the Eastern District of Louisiana and the Fifth Circuit Court of Appeals. Each criminal case has been affected by Systemic Criminal Prosecutor Misconduct. The criminal cases involve Mayor Ray Nagin's conviction, the two biggest Civil Rights cases of the last thirty years (Of the 12 defendants in the two cases there is only one standing conviction and that has a good chance of being vacated. Five convictions in the Danziger case have been vacated because of prosecutor misconduct with the USA appealing to the Fifth Circuit. In the Glover case three defendants were originally found not guilty and three were found guilty. One of the guilty defendants has since had his conviction vacated and the case dismissed with prejudice. Another defendant was granted a new trial and he was found not guilty.) and the Howard/Hankton major drug enterprise case with 12 defendants. It is my understanding that the Department of Justice will be seeking the death penalty for at least two of the defendants.

2.  The Danziger case is extremely troubling because it has national ramifications with concern to a great number of Americans, their lives and the lives of their loved ones. There is currently a motion in the appeal before the Fifth Circuit that discusses the complexity of the information that is sealed from the American People. Basically not even the Fifth Circuit can understand what and why information is sealed.

# Attachment 2

3. The First Constitutional question is: Do I, as an American Citizen, Federal Whistleblower and US Military Officer, have the Constitutional Right and Privilege (As well as obligation because of the Military Oath that I took.), as stated in the 1st Amendment (last sentence) to Intervene in criminal cases that have been contaminated by Systemic Criminal Prosecutor Misconduct with the end result being the loss of Constitutional protections for all Americans? (Last sentence of the 1st Amendment: "and to petition the Government for a redress of grievances.")

4. The Second Constitutional question is: Should I lose my life, as did Federal Whistleblower Coast Guard Commander William Goetzee, for exercising my 1st Amendment Privilege?

5. The Third Constitutional question is: Should I lose all of my Constitutional Rights and Privileges for being a Federal Whistleblower?

6. I have filed motions to intervene in ten criminal cases in the District Court for the Eastern District of Louisiana and the USA appeal before the Fifth Circuit in the Danziger case. Eight of the ten Motions to Intervene have been denied.

7. Seven appeals have been filed on my behalf with the Fifth Circuit in reference to my Motions to Intervene. I did not file the appeals and did not know about them until one of the appeals was dismissed for lack of jurisdiction. There are no pleadings of any sort in any of the seven appeals. I am not sure why the court ruled or acted or why they did not act on all seven appeals.

8. The Fifth Circuit dismissed one of the seven appeals (that were never filed) for lack of jurisdiction. The appeal was 13-31200.

9. This is a chart of the cases that need to be stayed as all have been contaminated by Systemic Criminal Prosecutor Misconduct:

| EDLA case Number | Public Name | EDLA Judge | 5th Circuit case |
|---|---|---|---|
| 2:10-cr-204 | Danziger | Judge KURT D. ENGELHARDT | 13-31200 |
| USA appeal of Judge Kurt Engelhardt's decision to vacate the Danziger convictions. | | | 13-31078 |
| 2:10-cr-154 | Glover | Judge LANCE M. AFRICK | 13-31213 |
| 2:13-cr-11 | Nagin | Judge HELEN G. BERRIGAN | 13-31203 |
| 2:11-cr-157 | Fazzio/Titus/Heebe | Judge HELEN G. BERRIGAN | 13-31209 |
| 2:13-cr-249 | Daigle | Judge CARL J. BARBIER | 13-31309 |
| 2:13-cr-131 | Jackson | Judge MARY ANN VIAL LEMMON | 13-31290 |
| | | No fee dismissed but reinstated | 13-31192 |
| 2:12-cr-1 | Howard/Hankton | Judge MARTIN L.C. FELDMAN | 13-31297 |
| 2:08-cr-14 | Pratt | Judge IVAN L.R. LEMELLE | |
| | | Filed Motion to Intervene on February 18th, 2014. | |
| 2:09-cr-374 | St. Pierre | JUDGE ELDON E.FALLON | |
| | | Filed Motion to Intervene on February 18th, 2014. | |

# Attachment 2

2:11-cr-299        Broussard          Judge Hayden W. Head
                                      Filed Motion to Intervene on February 18th, 2014.

10. All of the Danziger 10 criminal cases have or will have appealable issues because of the Systemic Criminal Prosecutor Misconduct. These appeals will go to the Supreme Court because of the severe nature of the violations of the Defendant's Constitutional Rights. The damage that has been done to the American People and their Constitution is unquantifiable and could and probably result in the destruction of this great country. This Great Nation is slipping into Nazism where there are no Constitutional Rights. This Systemic Criminal Prosecutor Misconduct is much bigger than the 10 criminal cases listed here.

11. It is imperative that all sealed documents, evidence, Horn report, Heebe report, Christenson report, Daigle report, Desdunes report, Goetzee report, etc. be unsealed and released to the American People. This simple act will protect all Americans, their Constitutional Rights and the Constitution itself which is the foundation for this great county.

12. The Fazzio/Titus/Heebe case had the original indictment, superseding indictment and a second superseding indictment that had been filed against Fazzio and Titus. Titus took a plea deal for the original indictment and is in prison but the first and second superseding indictments were dismissed with prejudice. Fazzio had all three indictments dismissed with prejudice. Heebe was informed that he would not be indicted and that investigations into his criminal activities would be stopped. The reason was prosecutor misconduct. Heebe still faces civil lawsuits as well as possible Louisiana State criminal charges.

13. Judge Head gave Broussard a greatly reduced prison sentence because of the prosecutor misconduct. None of the codefendants were given prison time because of the prosecutor misconduct. This case was about public corruption and the Jefferson Parish President.

14. I nearly lost my life and have had my life destroyed for being a Federal Whistleblower. I was falsely arrested, placed in isolation for 11 days and medicated against my will. I was never charged with a crime.

15. Allen Desdunes was an unarmed black man that was killed by an FBI Agent in New Orleans.

16. US Coast Guard Commander William Goetzee died while in Federal custody. Please review the family's civil lawsuit. Start with page 18 item 31. The US Marshal Service had Coast Guard Commander William Goetzee strapped to a wheelchair for his court appearance. The commander was tased. Reference 2:12-cv-01910-SSV-JCW filed in the Eastern District of Louisiana. When you finish the 67 page pleading you will think you were in Nazi Germany.

17. Please Review Judge Kurt D. Engelhardt's Order and Reasons for a new trial in the Danzgier criminal case (Case 2:10-cr-00204-KDE-SS Document 1137 Filed 09/17/13 Page 1 of 129 EDLA)

# Attachment 2

and his Order and Reason for an investigation into the Systemic Criminal Prosecutor Misconduct (Case 2:10-cr-00204-KDE-SS Document 1070 Filed 11/26/12 Page 1 of 50 EDLA). Judge Engelhardt repeatedly ordered an investigation and recommended the appointment of an Independent counsel which in his words: "DOJ apparently chose to disregard this suggestion". (page 12, footnote 12) Judge Engelhardt (publicly and in court orders) has not been happy with the results. (In my opinion the DOJ has disrespected the Federal Judiciary.)

18. Defense Attorney Mike Fawer has filed 2 Motions to Intervene in the Danziger (2:10-cr-204 EDLA) criminal case on behalf of Renee Gill Pratt (case 2:08-cr-140 EDLA) and Gregory McRae (2:10-cr-154 EDLA). Mr. Fawer wants the "Horn Report" that investigates the Systemic Criminal Prosecutor Misconduct by the Department of Justice. Both Pratt and McRae have been convicted. Pratt's Writ (not related to the prosecutor misconduct) was denied by the Supreme Court on February 21st, 2014. McRae's ordered resentencing by the 5th Circuit (scheduled for April 24th, 2014) has been further complicated by the "not guilty" verdict in the David Warren trial and the "dismissal with prejudice" of the criminal case against Travis McCabe. McRae has also filed a Motion for a New Trial because of the Systemic Prosecutor Misconduct. Pratt's Motion to Intervene to gain access to the Horn Report was filed on January 24th, 2014 and McRae's was filed on January 20th, 2014.

19. Attorney Edward J. Castaing, Jr. went in a different direct to acquire the "Horn Report" in the Stacey Jackson criminal case. He asked for subpoenas for the information and his request was granted. (Case 2:13-cr-00131-MVL-JCW Document 39 Filed 01/16/14 Page 1 of 5 EDLA)

20. I have filed four Amicus Briefs in the appeal with the 5th Circuit filed by the Department of Justice in the Danziger criminal case vacating the convictions -13-31078. The briefs are extremely informative, factual and documented. The hearing date has not been set.

21. The 5th Circuit has sealed the appeal (Danziger 13-31078) in this case thereby denying me a Constitutional Right that is covered by the 1st Amendment. How can I petition the government for redress of grievances if I am denied the basic knowledge of what is transpiring in a criminal case that has National and Constitutional issues?

22. My goal has been and will continue to be the protection of the Constitution and the American People. I have put my life on the line to expose the cover-up of the Genocide and Crimes against Humanity that took place during Hurricane Katrina. Chemical Warfare contaminates called the "Katrina Virus" were released into the environment. The United States Military murdered Americans.

23. **The 5th Circuit Court of Appeals calls David Andrew Christenson a "private citizen". The implication is that he is not a real American and therefore not entitled to his Constitutional Rights and Protections. Please reference the dismissal of appeal and reconsideration in the**

# Attachment 2

**Fifth Circuit Case 13-31200. The Fifth Circuit states that it does not have jurisdiction. If the Fifth Circuit does not have jurisdiction then the Supreme Court has.**

I am a Federal Whistleblower.

I am a "commissioned for life" military officer.

I, David Andrew Christenson, do solemnly swear, that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.-"Regular" USAF Commission 1982

It must be noted that I am both an author and investigative journalist.

I have two published books that are in the Library of Congress and available online and in hardback.

I publish via my own label: Persimmon Publishing.

I have a website: www.persimmonpublisingus.com.

I have my own YouTube Channel: "David Andrew Christenson Channel". I have over 550 videos which I produce as needed.
http://www.youtube.com/channel/UCeJz3rHPjK4HcvUt1J2b1QQ?feature=results_main

24. The ruling by the 5th Circuit Court of Appeals is discriminatory and arbitrary. The Associated Press, Donald Newhouse, Advance Publications, nola.com and the New Orleans Times Picayune had their "Motions to Intervene" approved and granted.

25. Granting the stay will allow me the time to file a Writ of Certiorari.

26. No harm will come to the Department of Justice.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086, davidandrewchristenson@hotmail.com

# Attachment 3

MEMORANDUM FOR EMERGENCY STAY
SUPREME COURT OF THE UNITED STATES
ASSOCIATE JUSTICE ANTONIN SCALIA

I have standing.

Look at what the Department of Justice did to me. The first press release is attached and went to NBC. I was interviewed by an FBI Agent for sending "inappropriate" emails to Judges. What exactly are "inappropriate" emails? The interview (it was a threat) was actually in October of 2010 and not the month before. The press release was designed to discredit me and turn public opinion against me. This is a clear violation of my 1st Amendment. The DOJ realized that the press release was a mistake and altered future press releases. I am a victim of Systemic Criminal Prosecutor Misconduct.

1. I was never charged with a crime.
2. I was arrested on a Louisiana Warrant and not a Federal as one would expect.
3. They arrested me with a Federal SWAT team. Why. The arrest was for a non-violent, non-domestic, non-drug misdemeanor.
4. They asked for a $500,000.00 bond and got a $300,000.00 bond. My bond was more than an armed car hijacker, child pedophile and murderer.
5. I was held in isolation for 11 days and medicated against my will. The DOJ had declared that the prison that I was being held in to be unconstitutional. I was held on bond 21 days longer than allowed by law.
6. Look at items 3 and 9 of the bail/bond. Item 9 is not a factor in deciding bond. Item 3 is "no internet". I was under orders to send the FBI Agent emails.
7. Look at the names of the 74 people on the non-domestic stay away order. I had never had contact with them expect by emails to their official addresses. My friends and attorneys were listed. Most of the addresses are for the courts, but yet not one Federal Judge.
8. US Attorney Billy Gibbens represented me.
9. Look at the Docket Master that is attached. I was never charged with a crime.

If I don't have standing who does?

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086, davidandrewchristenson@hotmail.com

# Attachment 4

ORDER FOR EMERGENCY STAY
SUPREME COURT OF THE UNITED STATES
ASSOCIATE JUSTICE ANTONIN SCALIA

The Motion for Emergency Stay is granted. All Judicial activity in the following 10 criminal cases in the Eastern District of Louisiana (EDLA), the USA appeal filed in the Danziger case before the Fifth Circuit Court of Appeals and the seven appeals filed on behalf of David Andrew Christenson before the Fifth Circuit Court of Appeals are hereby stayed:

| EDLA case Number | Public Name | EDLA Judge | 5th Circuit case |
|---|---|---|---|
| 2:10-cr-204 | Danziger | Judge KURT D. ENGELHARDT | 13-31200 |
| USA appeal of Judge Kurt Engelhardt's decision to vacate the Danziger convictions. | | | 13-31078 |
| 2:10-cr-154 | Glover | Judge LANCE M. AFRICK | 13-31213 |
| 2:13-cr-11 | Nagin | Judge HELEN G. BERRIGAN | 13-31203 |
| 2:11-cr-157 | Fazzio/Titus/Heebe | Judge HELEN G. BERRIGAN | 13-31209 |
| 2:13-cr-249 | Daigle | Judge CARL J. BARBIER | 13-31309 |
| 2:13-cr-131 | Jackson | Judge MARY ANN VIAL LEMMON | 13-31290 |
| | | No fee dismissed but reinstated | 13-31192 |
| 2:12-cr-1 | Howard/Hankton | Judge MARTIN L.C. FELDMAN | 13-31297 |
| 2:08-cr-14 | Pratt | Judge IVAN L.R. LEMELLE | |
| | | Filed Motion to Intervene on February 18th, 2014. | |
| 2:09-cr-374 | St. Pierre | JUDGE ELDON E.FALLON | |
| | | Filed Motion to Intervene on February 18th, 2014. | |
| 2:11-cr-299 | Broussard | Judge Hayden W. Head | |
| | | Filed Motion to Intervene on February 18th, 2014. | |

The Supreme Court will review the stay after reviewing the response from the Solicitor General. At a minimum the response should include the following investigative reports: Horn, Heebe, Christenson, Daigle, Desdunes and Goetzee.

The Supreme Court again will review the stay after receiving David Andrew Christenson's Writ of Certiorari.

_____

Associate Justice Antonin Scalia

# Attachment 5

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

v.                                                                Case No. 13-31200

KENNETH BOWEN, et al.,

Defendants/Appellees.



v.

DAVID ANDREW CHRISTENSON

Movant – Appellant

MEMORANDUM

(I am not sure how to appeal the 5th Circuit's order dismissing (not denying) an appeal, in this case, that I never filed. Since I am Pro Se and in Proper Person please grant me the necessary time to intelligently respond with an appropriate pleading.)

The First Constitutional question is: Do I, as an American Citizen, Federal Whistleblower and US Military Officer , have the Constitutional Right and Privilege (As well as obligation because of the Military Oath that I took.), as stated in the 1st Amendment (last sentence) to intervene in criminal cases that have been contaminated by Systemic Criminal Prosecutor Misconduct with the end result being the loss of Constitutional protections for all Americans? (Last sentence of the 1st Amendment: "and to petition the Government for a redress of grievances.")

The Second Constitutional question is: Should I lose my life, as did Federal Whistleblower Coast Guard Commander William Goetzee, for exercising my 1st Amendment Privilege?

The Third Constitutional question is: Should I lose all of my Constitutional Rights and Privileges for being a Federal Whistleblower?

It would be prudent to combine the 8 criminal cases from the Eastern District of Louisiana into one appeal as a precursor to my filing a Writ of Certiorari with the Supreme Court. All 8 cases have identical issues. In the 5th Circuit's dismissal there are three additional Federal/Constitutional questions that are raised. 1. Does a "private citizen" have the right to intervene? 2. Is there truly no "provision" for a "private citizen" to intervene? Wouldn't the 1st Amendment allow for a "private citizen" to intervene? 3. The court uses the term "jurisdiction" in two different ways. In simple terms I did not have "jurisdiction" to file and I do not have "jurisdiction" to appeal. Again would the 1st Amendment not grant me "jurisdiction" in both instances?

| EDLA case Number | Public Name | EDLA Judge | | 5th Circuit case |
|---|---|---|---|---|

# Attachment 5

| | | | |
|---|---|---|---|
| 2:10-cr-204 | Danziger | Judge KURT D. ENGELHARDT | 13-31200 |
| 2:10-cr-154 | Glover | Judge LANCE M. AFRICK | 13-31213 |
| 2:13-cr-11 | Nagin | Judge HELEN G. BERRIGAN | 13-31203 |
| 2:11-cr-157 | Fazzio/Titus/ Heebe | Judge HELEN G. BERRIGAN | 13-31209 |
| 2:13-cr-249 | Daigle | Judge CARL J. BARBIER | 13-31309 |
| 2:13-cr-131 | Jackson | Judge MARY ANN VIAL LEMMON | 13-31297 |
| | | | 13-31192 No fee dismissed |
| 2:12-cr-1 | Howard/Hankton | Judge MARTIN L.C. FELDMAN | 13-31297 |
| 2:08-cr-140 | Pratt | Judge IVAN L.R. LEMELLE | Filed Motion to Intervene on February 18th, 2014. |

All of the Danziger 7 (plus Pratt) criminal cases have or will have appealable issues because of the Systemic Criminal Prosecutor Misconduct. These appeals will go to the Supreme Court because of the severe nature of the violations of the Defendant's Constitutional Rights. The damage that has been done to the American People and their Constitution is unquantifiable and could and probably result in the destruction of this great country. This Great Nation is slipping into Nazism where there are no Constitutional Rights. This Systemic Criminal Prosecutor Misconduct is much bigger than the 8 criminal cases listed here.

It is imperative that all sealed documents, evidence, Horn report, Heebe report, Christenson report, Daigle report, Desdunes report, Goetzee report, etc. be unsealed and released to the American People. This simple act will protect all Americans, their Constitutional Rights and the Constitution itself which is the foundation for this great county.

## Constitutional Issues

1. The swaying of public opinion.
2. Tainting jury pools.
3. Dispensing Propaganda through the Federal Desensitizing Propaganda Machine (FDPM)
4. Destruction of the Constitutional Grand Jury System.
5. Plea deals to gain convictions.(The purchase of testimony)
6. Plea deals. (Violation of the Constitution)
7. Grants of immunity to gain convictions. (The purchase of testimony)
8. Denial of 1st Amendment Rights including the right to petition the government for grievances.
9. Denial of Constitutional Rights for Federal Whistleblowers.
10. Manipulation of the 1st Amendment by a corrupt national media.
11. Violations of the 4th Amendment. Against unreasonable searches and seizures.
12. Violations of the 6th Amendment. Assistance of counsel.
13. The cover-up of Genocide and Crimes Against Humanity by the Federal Government against the American people.

# Attachment 5

I have standing and I have been a victim. I am eminently qualified to testify to the Constitutional issues. I can provide documentation as to my having Constitutional Issues 1, 3, 8, 9, 10, 11, 12 and 13 violated. The listed violations as well as 2, 4, 5, 6, 7, are addressed in the court record and for brevity purposes are not included in this Amicus Brief but are referenced with docket numbers and number of pages.

Documentation With Factual Information And The Names Of Those That Are Responsible For The Destruction Of Our Constitution

Reference documentation that has already been filed by me in the Danziger case:

Case 2:10-cr-00204-KDE-SS Document 1138 Filed 09/16/13 Page 1 of 2 (6 pages)
Case 2:10-cr-00204-KDE-SS Document 1147 Filed 09/19/13 Page 1 of 2 (30 pages)
Case 2:10-cr-00204-KDE-SS Document 1150 Filed 09/23/13 Page 1 of 2 (25 pages)
Case 2:10-cr-00204-KDE-SS Document 1152 Filed 09/26/13 Page 1 of 2 (7 pages)
Case 2:10-cr-00204-KDE-SS Document 1158 Filed 10/02/13 Page 1 of 2 (10 pages)
Case 2:10-cr-00204-KDE-SS Document 1169 Filed 10/07/13 Page 1 of 2 (22 pages)
Case 2:10-cr-00204-KDE-SS Document 1177 Filed 10/23/13 Page 1 of 1 (22 pages)
Case 2:10-cr-00204-KDE-SS Document 1182 Filed 11/01/13 Page 1 of 1 (25 pages)
Case 2:10-cr-00204-KDE-SS Document 1193 Filed 11/12/13 Page 1 of 11 (11 pages)
Case 2:10-cr-00204-KDE-SS Document 1232 Filed 12/16/13 Page 1 of 7 (7 pages)
Case 2:10-cr-00204-KDE-SS Document 1237 Filed 12/23/13 Page 1 of 4 (4 pages)

The End Result

All of the defendants want access to all reports, documentation, evidence and the information that is under seal. (A brief side note that will be addressed in Amicus Brief 3: Not one defense attorney has requested the Heebe report/investigation. I considered this lack of zealous representation to be criminal malpractice. Because of the Systemic Criminal Prosecutor Misconduct the following occurred in the biggest white collar criminal case in Louisiana in the last 14 years, if not longer. Superseding indictments 2 and 3 were dismissed with prejudice against Mark Titus. The original indictment and superseding indictments 2 and 3 were dismissed with prejudice against Dominick Fazzio. What is most amazing is that this criminal prosecution was instigated to ultimately prosecute Freed Heebe, the Kingpin of the criminal organization. The entire case against Fred Heebe was publicly dismissed with prejudice without his ever being indicted. Just how grotesque was the Systemic Criminal Prosecutor Misconduct that resulted in such an egregious action against the American People?)

*** The six convictions have been vacated and the case should be dismissed because of Systemic Criminal Prosecutor Misconduct. The Horn and Heebe reports provide appealable issues.
Defendant's KENNETH BOWEN, ROBERT GISEVIUS, ROBERT FAULCON, ANTHONY VILLAVASO, ARTHUR KAUFMAN and GERARD DUGUE. Order And Reasons for a new trial (Horn Report plus) Signed by Judge KURT D. ENGELHARDT
Case 2:10-cr-00204-KDE-SS Document 1137 Filed 09/17/13 Page 1 of 129 (Danziger case)

# Attachment 5

***This case is under appeal. The conviction should be vacated and at a minimum the defendant should be granted a new trial. This is the most heinous of the convictions and it is the most draconian of sentencing. The Horn and Heebe reports provide appealable issues.
Gregory McRae's Motion To Intervene To Obtain Access To Sealed Information (Horn report plus) Filed by Michael S. Fawer. (Original case is Glover 2:10-cr-154)
Case 2:10-cr-00204-KDE-SS Document 1249 Filed 01/22/14 Page 1 of 2 (Danziger case)

***This case is under appeal to the Supreme Court. This case has new appealable issues because of the Horn and Heebe Reports. This case could return to the District Court and will return to the 5th Circuit.
Movant Renee Gill Pratt's Motion To Intervene To Obtain Sealed Information (Horn Report plus) Filed by Michael S. Fawer. (Original case Renee Gill Pratt 2:08-cr-140)
Case 2:10-cr-00204-KDE-SS Document 1255 Filed 01/24/14 Page 1 of 2 (Danziger case)

***This defendant is awaiting trial. The Horn and Heebe reports will provide appealable issues.
Stacey Jackson EX PARTE MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM AND PRODUCTION PRIOR TO TRIAL; RULE 17(c), FED. R. CRIM. P. (Horn Report plus) Filed by Edward J. Castaing, Jr.
Case 2:13-cr-00131-MVL-JCW Document 39 Filed 01/16/14 Page 1 of 5 (Jackson case)

***Mayor Ray Nagin was convicted. The Horn and Heebe reports will provide appealable issues. This trial should have never taken place and the continuance should have been granted. There is no way to quantify the damage done by the Department of Justice to the tainted jury pool.
Mayor C. Ray Nagin's Defendant's Motion To Compel Discovery (Horn Report plus) Filed by Robert Jenkins
Case 2:13-cr-00011-HGB-ALC Document 54 Filed 10/02/13 Page 1 of 6 (Nagin case)
Mayor C. Ray Nagin's Motion For Continuance Of Trial Date (Horn Report plus) Filed by Robert Jenkins
Case 2:13-cr-00011-HGB-ALC Document 27 Filed 09/19/13 Page 1 of 1 (Nagin case)

Footnotes for the Other Danziger 7 cases;

Due to the even more grotesque, damaging and extensive Systemic Criminal Prosecutor Misconduct an Amicus Brief 3 will be filed referencing the Fazzio/Titus/Heebe criminal case. 2:11-cr-157
Fazzio/Titus/Heebe Judge HELEN G. BERRIGAN

The following two cases will not be addressed in Amicus Brief 2 or Amicus Brief 3. The Hankton and Daigle cases involve Systemic Criminal Prosecutor Misconduct that involves murder, extortion, blackmail, theft, money laundering, etc. on the part of the Department of Justice. An Amicus Brief 4 may be filed at a later date.
2:12-cr-1 Howard/Hankton Judge MARTIN L.C. FELDMAN
2:13-cr-249 Daigle Judge CARL J. BARBIER

Attachment 1 is a "MOTION TO JOIN AND OR MOTION TO INTERVENE AND OR COMPLAINT

# Attachment 5

FILED ON BEHALF OF DAVID ANDREW CHRISTENSON IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA." CLASS ACTION COMPLAINT FOR DECLATORY AND INJUNCTION RELIEF
For brevity the court pleading was included because it contained most of the appropriate information in a concise form.

Attachment 2 is the 5th Circuit's order.
Attachment 1 is inclusive of the following:

1. Supreme Court Amicus Brief filed by David Andrew Christenson: Tash Hepting v. AT&T Corporation No. 11-1200 ac.
2. Supreme Court Amicus Brief filed by David Andrew Christenson: James R. Clapper, Jr., Director National Intelligence v. Amnesty International USA No. 11-1025 ac. (For Brevity only the cover page is being filed as it is the same Amicus Brief that was filed in Tash Hepting.)
Attachments 3, 4, 5, & 6 are Amicus Briefs filed with the 5th Circuit Court of Appeals: United States of America v. Kenneth Bowen, Et Al. (Criminal Civil Rights case known as "Danziger"). The Amicus Briefs reference the Systemic Criminal Prosecutor Misconduct that has taken place against David Andrew Christenson and the Defendants in the Danziger case. The five convictions in the Danziger case were vacated by District Court Judge Kurt D. Engelhardt because of Systemic Criminal Prosecutor Misconduct. The United States of America filed an Appeal. (The appeal has been sealed thereby depriving Americans of their Constitutional Rights.)
3. 5th Circuit Court of Appeals: 13-31078 Motion to Intervene and or Amicus Brief filed by David Andrew Christenson. Case: 13-31078 Document: 00512501246 Page: 1 Date Filed: 01/15/2014
4. 5th Circuit Court of Appeals: 13-31078 Amicus Brief Supplemental 2 filed by David Andrew Christenson. Case: 13-31078 Document: 00512529937 Page: 1 Date Filed: 02/11/2014
5. 5th Circuit Court of Appeals: 13-31078 Amicus Brief Supplemental 3 filed by David Andrew Christenson. Case: 13-31078 Document: 00512529938 Page: 1 Date Filed: 02/11/2014
6. 5th Circuit Court of Appeals: 13-31078 Amicus Brief supplemental 4 filed by David Andrew Christenson. Case: 13-31078 Document: 00512530909 Page: 1 Date Filed: 02/12/2014
7. Page 1 of "The United States Supreme Court and The Katrina Virus" authored by David Andrew Christenson. Placed in the Library of Congress.
8. Page 1 & 2 of "An American Born Terrorist's Emails To The Department Of Justice" authored by David Andrew Christenson. Placed in the Library of Congress.
9. The Non-Domestic Stay Away Order issued against David Andrew Christenson. There are 74 people on the order. 73 of those listed never filed affidavits and probably did not know they were on the order. "Bizarre" would be an understatement. Look at who is on the order. Are you kidding?
10. Bond Order And Conditions Of Bail. Pay particular attention to item 3 and 9. US Attorney Billy Gibbens represented David Andrew Christenson (against his will) on behalf of the Department of Justice in Louisiana State Court. USA Gibbens gave away all of David Andrew Christenson's Constitutional Rights. Item 9 is not a condition of bail or bond.
11. "The Murder of Coast Guard Commander William Goetzee".

Filed Pro Se/In Proper Person on behalf of all Americans

# Attachment 5

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22ND, 2014, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by US First Class Mail. I further certify that service for counsel for appellees and defendants will be accomplished via official electronic mail and official Pacer notification.

Filed Pro Se/In Proper Person on behalf of all Americans

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

# Attachment 6

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

v.                                                                    Case No. 13-31200

KENNETH BOWEN, et al.,

Defendants/Appellees.



v.

DAVID ANDREW CHRISTENSON

Movant – Appellant

### SECOND MEMORANDUM

The goal of David Andrew Christenson has been and will continue to be the protection of the Constitution and the American People. He has put his life on the line to expose the cover-up of the Genocide and Crimes against Humanity that took place during Hurricane Katrina. Chemical Warfare contaminates called the "Katrina Virus" were released into the environment. The United States Military murdered Americans.

The 5th Circuit Court of Appeals calls David Andrew Christenson a "private citizen". The implication is that he is not a real American and therefore not entitled to his Constitutional Rights and Protections.

David Andrew Christenson is a Federal Whistleblower.

Captain David Andrew Christenson is a "commissioned for life" military officer.
I, David Andrew Christenson, do solemnly swear, that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.- "Regular" USAF Commission 1982

It must be noted that David Andrew Christenson is both an author and investigative journalist.
*He has two published books that are in the Library of Congress and available online and in hardback.
*He publishes via his own label: Persimmon Publishing.
*He has a website: www.persimmonpublishing.com

# Attachment 6

*He has his own YouTube Channel: "David Andrew Christenson Channel" . He has over 550 videos which he produces as needed.

http://www.youtube.com/channel/UCrlzR3Pt9bnyUHlb1QG?feature=results_main

The ruling by the 5th Circuit Court of Appeals is discriminatory and arbitrary. The Associated Press, Donald Newhouse, Advance Publications, nola.com and the New Orleans Times Picayune had their "Motions to Intervene" approved and granted.

V616 5th Circuit rules that I am not an American as stated in the Constitution. See my court pleading.
http://youtu.be/5nYJ5v8il0s

V615 My Memorandum to the 5th Circuit over the dismissal (Not Denied) of an appeal that I did not file.
http://youtu.be/sUns9Zb_IvY

V614 Weird & Unbelievable! The 5th Circuit dismisses (Not Denied) an Appeal that I never filed. Why?
http://youtu.be/frOhD24_XHs

V613 I have 8 Appeals before the 5th Circuit Court of Appeals that I did not file. Why? Who?
http://youtu.be/96AicDWP8_s

V612 Death penalty executions by the Supreme Court. You do not have the right to live, just look at me.
http://youtu.be/Vvxolq-FOf

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086, davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24th, 2014, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by US First Class Mail. I further certify that service for counsel for appellees and defendants will be accomplished via official electronic mail and official Pacer notification.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086, davidandrewchristenson@hotmail.com

# Attachment 7

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix

Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 6374

Miramar Beach, Florida 32550

www.persimmonpublishingus.com

www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

RAND PAUL & FREEDOMWORKS, INC., ET AL.,          CIVIL DOCKET NO._____
PLAINTIFFS

         v.                                SECTION:

UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,                  CLASS ACTION
DEFENDATS

MOTION TO JOIN AND OR MOTION TO INTERVENE
FILED ON BEHALF OF DAVID ANDREW CHRISTENSON
CLASS ACTION COMPLAINT FOR DECLATORY AND INJUNCTION RELIEF

The Constitution does not allow the Federal Government the right to murder an American in violation of his or her Constitutional Rights and Protections. (Reference Civil Complaint  Case 2:12-cv-01910-SSV-JCW Document 1 Filed 07/23/12 Page 1 of 66 filed in the Eastern District of Louisiana. The murder of Federal Whistleblower Coast Guard Commander William Goetzee by the Department of Justice. After reading the 66 page complaint you will think you were living in Nazi Germany.) The losses of Constitutional Protections as in this case are the seedlings for a complete destruction of the Constitution itself as well as Genocide and Crimes Against Humanity for All Americans.

Why has the entire Federal Government, with the consent of state and local governments, completely disregarded the Constitution and specifically Article V? This relatively simple paragraph instructs us on how to change the Constitution.

Incorporate original complaint filed by Plaintiffs. (IOCFBP)

In 2010 the Department of Justice (DOJ) declared Captain David Andrew Christenson to be a terrorist, while in fact he was and is a Federal Whistleblower. The DOJ made several attempts on his life with the most public being the false arrest, Louisiana Warrant not Federal, on March 15th, 2011 for cyber stalking FBI Special Agent Steven Rayes. No charges were ever filed. See Statement of Facts. This criminal action was taken so that the DOJ could bypass the Federal Judiciary, place Captain David Andrew Christenson under surveillance, steal his evidence and to silence him thereby depriving him of his 1st Amendment Privilege.

Amendment I
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, **and to petition the Government for a redress of grievances**.

The Declaration of Independence IN CONGRESS, July 4, 1776. The unanimous Declaration of the thirteen united States of America,

When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent

respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, **that among these are Life**, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security.--Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.

Constitution  Article. V.

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate.

## SUBJECT MATTER JURISDICTION AND AUTHORITY TO GRANT RELIEFE

Incorporate original complaint filed by Plaintiffs.

## PERSONAL JURISTICTION

Incorporate original complaint filed by Plaintiffs.

## VENUE

Incorporate original complaint filed by Plaintiffs.

## PARTIES

Incorporate original complaint filed by Plaintiffs.

PLANTIFFS

Incorporate original complaint filed by Plaintiffs.

DEFENDANTS

Incorporate original complaint filed by Plaintiffs.

STATEMENT OF FACTS

Incorporate original complaint filed by Plaintiffs.

CLASS ACTION AVARMENTS

Incorporate original complaint filed by Plaintiffs.

CLAIMS FOR RELIEF

Incorporate original complaint filed by Plaintiffs.
Constitutional Rights. We hold these truths to be self-evident, that all men are created equal, that they
are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the
pursuit of Happiness.--That to secure these rights,…

PRAYER FOR RELIEF

Incorporate original complaint filed by Plaintiffs.
Order the enforcement of the Constitution.
**One Trillion Dollars in damages.**

ATTACHMENTS

1. Supreme Court Amicus Brief filed by David Andrew Christenson: Tash Hepting v. AT&T Corporation
No. 11-1200 ac.
2. Supreme Court Amicus Brief filed by David Andrew Christenson: James R. Clapper, Jr., Director
National Intelligence v. Amnesty International USA No. 11-1025 ac. (For Brevity only the cover page is
being filed as it is the same Amicus Brief that was filed in Tash Hepting.)
Attachments 3, 4, 5, & 6  are Amicus Briefs filed with the 5th Circuit Court of Appeals: United States of
America v. Kenneth Bowen, Et Al. (Criminal Civil Rights case known as "Danziger"). The Amicus Briefs
reference the Systemic Criminal Prosecutor Misconduct that has taken place against David Andrew
Christenson and the Defendants in the Danziger case. The five convictions in the Danziger case were
vacated by District Court Judge Kurt D. Engelhardt because of Systemic Criminal Prosecutor Misconduct.
The United States of America filed an Appeal. (The appeal has been sealed thereby depriving Americans
of their Constitutional Rights.)
3. 5th Circuit Court of Appeals: 13-31078 Motion to Intervene and or Amicus Brief filed by David Andrew
Christenson. Case: 13-31078 Document: 00512501246 Page: 1 Date Filed: 01/15/2014
4. 5th Circuit Court of Appeals: 13-31078 Amicus Brief Supplemental 2 filed by David Andrew
Christenson. Case: 13-31078 Document: 00512529937 Page: 1 Date Filed: 02/11/2014

5. 5th Circuit Court of Appeals: 13-31078 Amicus Brief Supplemental 3 filed by David Andrew Christenson. Case: 13-31078 Document: 00512529938 Page: 1 Date Filed: 02/11/2014

6. 5th Circuit Court of Appeals: 13-31078 Amicus Brief supplemental 4  filed by David Andrew Christenson. Case: 13-31078 Document: 00512530909 Page: 1 Date Filed: 02/12/2014

7. Page 1 of "The United States Supreme Court and The Katrina Virus" authored by David Andrew Christenson. Placed in the Library of Congress.

8. Page 1 & 2 of "An American Born Terrorist's Emails To The Department Of Justice" authored by David Andrew Christenson. Placed in the Library of Congress.

9. The Non-Domestic Stay Away Order issued against David Andrew Christenson. There are 74 people on the order. 73 of those listed never filed affidavits and probably did not know they were on the order. "Bizarre" would be an understatement. Look at who is on the order. Are you kidding?

10. Bond Order And Conditions Of Bail. Pay particular attention to item 3 and 9. US Attorney Billy Gibbens  represented David Andrew Christenson (against his will) on behalf of the Department of Justice in Louisiana State Court. USA Gibbens gave away all of David Andrew Christenson's Constitutional Rights. Item 9 is not a condition of bail or bond.

11. "The Murder of Coast Guard Commander William Goetzee".


Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com


CERTIFICATE OF SERVICE

I hereby certify that on February 18th, 2014 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and regular mail.


David Andrew Christenson

A1

No. 11-1200 ac

IN THE
# 𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘

Tash Hepting, et. al., Petitioners,
v.
AT&T Corporation. et. al.
*Respondent.*

On Writ of Certiorari to the United States Court of Appeals for the Ninth Circuit

*AMICUS CURIAE* BRIEF OF DAVID ANDREW CHRISTENSON AND DAVID ANDREW CHRISTENSON ON BEHALF OF THE SUPREME COURT OF THE UNITED STATES OF AMERICA (AS AN INSTITUTION AND THIRD BRANCH OF THE FEDERAL GOVERNMENT), THE FEDERAL JUDICARY, EMPLOYEES AND FAMILY MEMBERS OF THE FEDERAL JUDICARY AND ALL AMERICAN CITIZENS.

David Andrew Christenson
*Pro Se*
Box 9063
9815 US Highway 98 West
BC 156
Miramar Beach. Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

1

# A1

## PREAMBLE

THE SUPREME COURT MUST ISSUE AN ALL ENCOMPASSING LANDMARK DECISION (9-0). This will serve the Supreme Court, the Justices and all Americans.  The landmark decision must be punitive so as to prohibit current and future criminal activity by the Executive Branch.

There is an all-out ideological and criminal war being conducted by the Executive Branch against the Judicial and Legislative branches of our Federal Government as well all Americans. How can and does the Supreme Court's Marshal Service protect the Justices and the Court from these ideological and criminal attacks? Every aspect of the life of a Supreme Court Justice is under attack. There is no escape.

The criminal activity in this case was perpetrated against the Supreme Court, the Justices and all Americans. This is the tip of the iceberg.  Since the filing of the original lawsuit, immunity has been granted to those that participated in the willful and intentional criminal activity. Would the Justices really consider approving of immunity for those people that harmed the Supreme Court?

The Supreme Court must regains its' position as the protector of the Constitution and all Americans.

The Executive Branch has isolated the Supreme Court and the end result is that the Court has become a non-entity and irrelevant in judicial matters concerning criminal law, terrorism and war. The Executive Branch uses the pretense of Patriotism as a means to sway the court.

STATEMENT OF FACT: The Supreme Court, the Justices, employees of the Supreme Court and the Federal Judiciary and all of their family members are all under surveillance by the Executive Branch. The United States Congress is under surveillance as well. Agencies within the Executive Branch are spying on each other.

Civil Disobedience is now classified as terrorism.

## PREMISE

This is an Amicus Brief (ac) that supports neither party.

The Amicus Brief is drafted by a Federal Whistleblower who happens to be an officer in the United Sates Air Force. (A "regular' commission places Constitutional Responsibility on an officer weather he is on active duty or not.)

All Americans would and could be a party to this writ. This includes all Supreme Court Justices, employees and families as well as all members of the Federal Judiciary and their family members.

2

# A1

Standing (In simplistic form) would be granted to any American who would derive a benefit from the Emergency/911 response system. The benefit could come from a cell phone, landline, internet, etc.

One cause of action for all would be the violation of their 1st and 4th Amendment privileges.

The Supreme Court has become a nonentity and irrelevant in criminal, terrorist and war matters. The Executive Branch of the Federal Government has isolated the Supreme Court by the sinister use of propaganda and the creation of shadow governmental agencies, organizations, websites, bloggers, law firms, etc.

The writ is moot. The release of the information was a distraction. The Executive Branch had already taken the necessary steps to acquire the information. The Executive Branch has bypassed the Federal Judiciary.

Plaintiffs did not suffer any discernible harm.

The release of the information from the Bush Administration was a decoy and was obsolete when released.

Why would the Supreme Court grant immunity to those that had criminal harmed the Supreme Court?

Supreme Court Judges were not excluded by the defendants when criminally transferring information to the NSA.

Supreme Court Judges are not excluded from "Data Mining" by the Executive Branch. All information about Supreme Court Judges in any data base in the world is accessed by the Executive Branch and stored for five years.

3

A1

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Amicus Title | 1 |
| Preface | 2 |
| Premise | 2. 3 |
| TABLE OF CONTENTS | 4 |
| TABLE OF AUTHORITIES | 5 - 13 |
| INTEREST OF THE *AMICUS CURIAE* | 14 - 19 |
| STATEMENT OF THE CASE | 20 |
| SUMMARY OF ARGUMENT | N/A |
| REASONS FOR GRANTING THE PETITION | N/A |
| CONCLUSION | 20 |

# A1

## TABLE OF AUTHORITIES

No.

U.S. CONSTITUTION, THE BILL OF RIGHTS AND FEDERAL LAW

1. Preamble
2. Article I
3. Article II
4. Article III
5. First Amendment
6. Fourth Amendment
7. Fifth Amendment
8. Sixth Amendment
9. Eight Amendment
10. Ninth Amendment
11. Misprision of Felony Title 18
12. Misprision of Treason Title 18
13. The Posse Comitatus Act of 1878 Title 18
14. Insurrection Act Title 10
15. Bankruptcy Code Title 11

OTHER AUTHORITIES

16. National Public Radio (NPR's News Blog) *Holder Found In Contempt Of Congress* June 28th, 2012 By: Eyder Peralta ("This is the first time in history that an attorney general has been held in contempt".)

17. Emergency Writ/Appeal David Christenson v. USA XXXX-06/20/2011 (Magistrate No. 522-477) (The Four Major violations of Federal Law during Hurricane Katrina)

18. FOX8 News *Perricone's posts could affect Danziger Bridge Case* April 11th, 2012 8:37 PM CDT Written by: Natasha Robin

19. FOX8 News *Judge refuses to toss suit over man's arrest* 03/19/2012 2:21 PM No author

20. FOX News *A vast new federal power* July 2nd, 2012 By: Judge Andrew P. Napolitano

21. CNN.com *Obama administration heeds judges' health care order* 2012-04-05 14:57 Z By: Bill Mears

22. CNN.com *Obama signs defense bill "with reservations"* 2011-12-31 21:32 Z By: CNN wire staff

23. Center for Disease Control and Prevention email *RE: Was the Supreme Court infected with the Katrina Virus?* Friday 02/03/12 6:36 AM (Statement that the Supreme Court members were not infected)

# A1

24. United States Fifth Circuit Court of Appeals Office of the Clerk Letter/Order April 3rd, 2012 By: Pamela F. Trice (Order to Attorney General Eric Holder directing him to respond to the Court concerning statements by President Barack Obama)

25. Office of the Attorney General Letter/Response April 5th, 2012 By: Eric Holder (Response by Eric Holder to the Fifth Circuit Court of Appeals)

26. NOLA.com The Times-Picayune *Federal judge's Danziger Bridge case commentary is unsparing of prosecutors* Monday, April 16, 2012, 7:30 AM By: Brendan McCarthy

27. NOLA.com The Times-Picayune *Former Gov. Blanco says public deserves full story of Rumsfeld role in Katrina response* Wednesday May 20th, 2009 2:08 PM By: Robert Travis Scott

28. GQ *And He Shall Be Judged* June 2009 By: Robert Draper

29. Department of Justice letter, Office of the Inspector General December 7th, 2011 No author name (Standard rejection letter with no case number or any discernible information)

30. Department of Justice letter (Associated Press, Reported by Federation of American Scientists) to the Senate April 30th, 2012 (The Foreign Intelligence Surveillance Court)

31. Andrew Coleman Christenson Letter *Dear Congressman King,* Andrew Coleman Christenson Letter *Dear Senator Grassley* and Andrew Coleman Christenson Letter *Dear Congressman Latham* February 20th, 2012 By: Andrew Coleman Christenson

32. David Andrew Christenson email *RE: Threats by FBI Agent Steven Rayes* MSN Hotmail Wednesday 11/10/10 3:40 PM By: David Andrew Christenson (Threat by FBI Agent Steven Rayes)

33. James Letten USALAE email *RE: Federal Public Defender* MSN Hotmail Monday 03/08/10 12:48 PM By: James Letten (Threat by US Attorney James Letten)

34. FBI Agent Steven Rayes email *RE: meeting* MSN Hotmail Tuesday 19 October 2010 11:42 AM By: Steven Rayes (Offer of cooperation)

35. David Andrew Christenson email *RE: Harassment by the Marshal Service must stop!!!* MSN Hotmail Thursday 10/21/10 10:30 AM By: David Andrew Christenson (Detailed account of US Marshal harassment)

36. FBI Agent Steven Rayes email *RE: Madere* MSN Hotmail Monday 10/18/10 1:00 PM By: Steven Rayes (Threat)

37. David Andrew Christenson email *RE: mtg. today* Friday 10/15/10 08:08 AM By: David Andrew Christenson (Concerns as to why the FBI was cooperating after 8 years)

38. James Letten USALAE email RE: MSN Hotmail Wednesday 07/27/11 1:08 PM By: James Letten

# A1

39. National Whistleblowers Center email *Stop the FDAs Illegal Surveillance of Whistleblowers* Monday 01/30/12 09:27 AM By: lmw@whhistleblowers.org

40. DAC Air, Inc. Bankruptcy Form 1 Case: 02-26388-SBB filed 02/09/05 certified by US Trustee Cynthia Skeen converted 12/15/03 Period ending 12/31/04 Assets $1,595,050.16

41. General Politics *Supreme Court Must Strike Down Plea Bargaining* http://www.policymic.com/articles/11949/supreme-court-must-strike-down-plea-bargaining By: Charis Stanek

42. The New York Times *Trial Judge to Appeals Court: Review Me* http://www.nytimes.com/2012/07/17/opinion/trial-judge-to-appeals-court-review-me.html? July 16th, 2012

43. The New York times *Bush Lets U.S. Spy on Callers Without Courts* December 16th, 2005 By: James Risen and Eric Lichtblau

44. The New York Times *Police Are Using Phone Tracking as a Routine Tool* March 31st, 2012 By: Eric Lichtblau

45. The New York Times *U.S. Relaxes Limits on Use of Data in Terror Analysis* March 22nd, 2012 By: Charlie Savage (Data Mining)

46. The New York Times *Federal Contractor Monitored Social Network Sites* January 13th, 2012 By: Charlie Savage

47. The New York Times *Reports detail anarchist's years as FBI probe target* 2011 By: Colin Moynihan and Scott Shane

48. The New York Times *Even those cleared of crimes can stay on FBI's watch list* 9/28/2011 12:30 AM By: Charlie Savage

49. The Washington Post *Obama signs defense bill, pledges to maintain legal rights of U.S. citizens* December 31st, 2011 By: David Nakamura

50. The Washington Post *Civil rights group sue Treasury over targeting of terror suspects for killing* August 4th, 2010 By: Spencer S. Hsu

51. The Huffington Post *Dennis Blair (Director of National Intelligence): U.S. Can Kill Suspected American Terrorists Abroad* 02/04/10 12:50 PM updated 04-06-10 05:12 AM By: Nick Wing

52. TODAYshow.com *Exonerated anthrax suspect: FBI harassed me* April 16th, 2010 7:40 AM By Mike Celizic

53. Associated Press *Fed's secret no-fly list more than doubles in a year* http://www.msnbc.msn.com/id/46233824/ns/us_news-security/ By: Eileen Sullivan

# A1

54. Associated Press *FBI chief challenges Congress on terror detainees* December 14th, 2011 1:30 PM By Donna Cassata and Andrew Taylor

55. WDSU.com *Some Call For U.S. Attorney's Job After Blogger Scandal*
http://www.msnbc.msn.com/id/46761819/ns/local_news-new_orleans_la/

56. Wall Street Journal *An Odd Turn in Insider Case Outspoken Analyst Allegedly Threatens FBI Agents; New Charges Being Weighed* Unknown Date By: Jenny Strasburg and Susan Pullman

57. Harvard Medical School Hurricane Katrina Community Advisory Group *baseline dataset*
http://www.hurricanekatrina.med.harvard.edu/

58. Memorandum/Friend Of The court Brief USA v. Jeffrey Lehrmann 2:10-cr-51 October 20th, 2012 By: David Andrew Christenson

59. David Andrew Christenson *The Murder of Coast Guard Commander William Goetzee* October 19th, 2011 By: David Andrew Christenson (16 page research document about the murder of an American Hero and Federal Whistleblower)

60. David Andrew Christenson Memorandum State of Louisiana v. David Christenson Magistrate No. 522-477 June 11th, 2011 By: David Andrew Christenson (US Attorney Billy Gibbens entered an appearance to be the defendant's defense attorney on behalf of the Department of Justice) (No charges were ever filed)

61. Military DVD of Danziger Bridge incident. (The Supreme court has possession of this DVD as well as other evidence)

62. www.persimmonpublishingus.com (Five tabs)

63. Facebook: David Andrew Christenson

64. YouTube: "David Andrew Christenson Channel" 61 videos.

65. Department of Justice website www.justice.gov

66. Teresa McKay. Department of Defense Director of Finance and Accounting Service (DFAS). Married to my classmate from the Air Force Academy and roommate from flight school.

67. Jeff (JK) McKay. Works at the Pentagon in finance and budgets.

68. Ambassador Donald Ensenat. President George W. Bush's roommate at Yale, director of the State Department's Office of Protocol and Ambassador to Brunei.

69. May Ray Nagin. Mayor of New Orleans during Hurricane Katrina.

70. FBI Special Agent Steven Rayes.

# A1

71. Mayor Moon Landrieu. Past Mayor of New Orleans and father of Senator Mary Landrieu and Mayor Mitch Landrieu of New Orleans.

72. Mayor Mitch Landrieu. Current mayor of New Orleans.

73. Senator Mary Landrieu. Senator from Louisiana during Hurricane Katrina and is still in office.

74. Navy Lt. Andrew Bourret. Navy SEAL stationed at Stennis Space Center.

75. Navy Admiral John Christenson. President of the Naval War College.

76. Alfred Groos. General Manager of the Royal Sonesta Hotel in New Orleans.

77. Coast Guard Admiral Mary Landry.

78. Coast Guard Admiral Joel Whitehead.

79. FBI Special Agent Michelle Velasquez.

80. Arrest documents for David Andrew Christenson. Arrested March 15th, 2011. No charges were ever filed.

81. David Andrew Christenson *The United States Supreme Court and The Katrina Virus*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix
Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The

9

# A1

real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

82. David Andrew Christenson *An American Born Terrorist's Emails To The Department Of Justice*

An American Born Terrorist's Emails
To The Department of Justice
*A Prelude/Reference Book/Appendix*
Book 8
By
David Andrew Christenson
ISBN 978-0-9846893-2-3 Hardback
ISBN 978-0-9846893-3-0 EBook
LCCN 201194112
Copyright 2011 1-674739499
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishing.net
persimmonpublishing@hotmail.com

# A1

www.thereluctantpatriot.com
thereluctantpatriot@gmail.com

<u>A quest for justice.</u> What started as simple fraud perpetrated against Captain David Andrew Christenson turned into a National and Worldwide Criminal Conspiracy. Captain Christenson unintentionally and unwittingly became a crusader for justice. His attempts to uncover the truth and to bring those truths to light got him classified as a terrorist by the Department of Justice.  At a minimum the cover-up involves the Federal Government, the President, the Supreme Court, Congress, the Department of Defense, the Central Intelligence Agency, the Catholic Church, the Pope, BP, etc.

Read the email paper trial. This book contains emails sent by Captain Christenson starting on October 14th, 2010 and ending on March 14th, 2011 when he was arrested. Captain Christenson was arrested on a Louisiana Warrant for Cyber Stalking FBI Special Agent Steven Rayes. <u>It must be noted that Captain Christenson was never charged with a crime.</u> Agent Rayes came to Captain Christenson on October 14th, 2010 the day the emails started.

There was no easy way to present this story in a coherent manner. I decided to present the emails as is. I hope that you can use them as a point of reference. My next book is titled "The Reluctant Patriot". The story starts March 15th, 2011 with my arrest. Please consider this book to be a prelude, appendix and or a reference book.

You may see previews of my other eight books at www.persimmonpublishingus.com and www.thereluctantpatriot.com.

Guidelines and background information for reading my emails.

I was arrested on March 15th, 2011 by an FBI SWAT Team. I was arrested for two counts of cyber stalking FBI Special Agent Steven Rayes. The FBI illegally used Louisiana Warrants to arrest me, search my home and seize (steal) my property. The FBI did not have Federal warrants as one might expect. <u>I have never been charged with a crime.</u> The arrest was for a non-violent, non-domestic, non-violent misdemeanor. The arrest was for the equivalent of a severe DUI or DWI.  The FBI stole my legal files, computers, back-ups, phone, photos, evidence, Supreme Court files, a DVD of Agent Rayes assaulting me, a DVD of the Danziger Bridge, etc. The Federal Government wanted to stop my investigation into the Genocide and murder that took place after Hurricane Katrina.

Agent Rayes came into my life on October 14th, 2010. He ordered me to send emails to his official FBI email address. I complied. I have sent over 500 emails to the FBI and multiple agents. Agent Rayes assaulted me on November 10th, 2010. The FBI desperately needed the DVD of Agent Rayes assaulting me.

<u>**I was declared a terrorist by the Department of Justice.**</u> I assume that the classification took place at the same time that Agent Rayes came into my life.

# A1

The first email in the book is actually the last email that I sent before I was arrested. I copied a package of information that I had faxed and mailed to the United States Supreme Court and sent the email with the attachments to myself. I then go back to October 14th, 2010 and present the emails in a chronological order. From October 14th, 2010 until March 14th, 2011. I have not included all of my emails because of space limitations. A partial list of my contacts is attached.

When reading the emails please look for the following: The headings/subjects. Not all emails have headings/subjects. All original emails are from me. Look at the date and time. Please review the addressees (Very Important). The attachments are important. I sometimes scanned my emails and included those as attachments. I also forwarded many emails because I had received responses.

This was my quest for justice. You be the judge. Am I a terrorist or "The Reluctant Patriot"?


Sincerely,
David Andrew Christenson
"The Reluctant Patriot"
www.persimmonpublishing.com
www.piccellaire.com


83.

Katrina Virus Survey July 30th, 2012 (All information is confidential unless you indicate otherwise.)
Email response to davidandrewchristenson@hotmail.com.
YouTube: "David Andrew Christenson Channel". Video 58.


1. Do you have knowledge of the Katrina Virus?          Yes or No.
2. Have you been vaccinated for the Katrina Virus?          Yes or No.
3. Have you received the antidote for the Katrina Virus?          Yes or No.
4. Do you know of any governmental employee (city, parish, county, state, federal, etc.) that has received the Katrina Virus vaccination or antidote?          Yes or No.          How many?
5. Do you know of any non-governmental individuals that have received the Katrina Virus vaccination or antidote?          Yes or No.          How many?
6. Have you had blood taken?                    (Katrina or BP oil spill)
7. Have you provided your DNA?                    (Katrina or BP oil spill)
8. Are you participating in any health studies?          Please list.
9. Please list any general health issues that you may have.
10. Please list any mental health issues that you may have.
11. Do you know of any health issues for governmental employees and non-governmental individuals?

12

# A1

12. Do you know of any health issues in children? (Children are the most susceptible to the Katrina Virus because they do not have fully developed immune systems.)

13. Do you know of any mental health issues in governmental employees or non-governmental individuals?

14. Please address questions, concerns and comments below?

15. Would you be upset if you found out that governmental leaders had been given the Katrina Virus vaccination and antidote? (Governmental leaders would include Supreme Court Judges, Congressman and senior members of the Executive Branch.)     Yes or No.

16. Would you be upset if you found out that governmental leaders and employees were being study and tracked for the Katrina Virus and that they were receiving preventative medical care? Yes or No.

17. Would you be upset if you found out that civilian leaders  were being study and tracked for the Katrina Virus and that they were receiving preventative medical care?    Yes or No.

18. Please list any medical oddities that you have seen since August 2005. The location is irrelevant.

19. Would you be upset if you knew that Harvard and AstraZeneca had been secretively working on a cure for the Katrina Virus since 2005? Other companies, universities, etc. have been working on the Katrina Virus as well.

20.  Would you be upset if you found out that the Federal Government had been funding this work in a secretive and deceptive manner?

21. Would you be upset if you found out that companies (AstraZeneca), research facilities, etc. had made and are making billions of dollars in profits doing Katrina Virus research?


Questions, concerns and Comments:

Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com
www.davidandrewchristenson.com
YouTube: "David Andrew Christenson Channel"

# A1

## *INTEREST OF THE AMICUS CURIAE*

June 28th, 1976 I took my first oath to protect the Constitution when I entered the United States Air force Academy. By filing this Amicus Brief I am still protecting the Constitution. My having been classified as a terrorist is meaningless when you compare it to the destruction of the Constitution and the Federal Judiciary.

I was never trained to fight a war like this. The enemy is us.  Our Gods are Money and Fear.

Question 1. Our founding fathers placed treason under Article III (The Judiciary)of the Constitution. Would the President have committed a treasonous act if he allowed/ordered Americans to be murdered by the United States Military? Does this qualify as an act of war against the American people? The United States Military conducted operational missions in New Orleans before, during and after Hurricane Katrina. This was a violation of the Posse Comitatus Act of 1878 and the Insurrection Act, Title 10. One of the missions of the military was to protect facilities that housed dangerous chemical warfare contaminants. These chemical warfare contaminants ultimately leaked into the environment. Would the President have committed a treasonous act by failing to disclose this information to the American people when the end result would be death?  Would it be reasonable to assume that the loss of life at the hands of the Executive Branch is a type of war? Reference the Preamble of the Constitution.

Question 2. Would knowledge of the criminal activity of the Executive Branch qualify as misprision?

Question 3. Would the knowledge of the treasonous activity of the Executive Branch qualify as misprision of treason?

Question 4. Doe the Executive Branch have the Constitutional Authority to classified Americans as terrorists and execute them?

Question 5. Does the Executive Branch have the authority to conduct an all-out ideological war against the Supreme Court and the American people?

## THE FOLLOWING ARE FACTUAL EXAMPLES OF THE EXECUTIVE BRANCH COMITTING TREASON AND WILL LEAD THE SUPREME COURT TO ANSWER YES TO THE ABOVE QUESTIONS

Treason. Article III Section 3 of the Constitution discusses Treason. Because of the placement of Treason within the Constitution I believe that the Supreme Court has an obligation to be proactive in stopping treason when presented with the opportunity to do so. I believe that the Executive Branch has confirmed my opinion by granting immunity to those that are involved in this case. While this case is simplistic it leads to more grotesque violations of the Constitution, such as murder and genocide. What is the definition of War? Can the Executive Branch of our Government wage a war on us and can and will the Supreme Court allow that war to happen? Conclusion: The Executive Branch in cooperation with the Legislative Branch has granted itself the authority to declare an American to be a terrorist and execute

# A1

said American/Terrorist without any Judicial oversight. This is the definition of an enemy that is waging war on the American people. Bin Laden did this and he was an enemy who murdered Americans. I am a perfect example of our far our government will go to wage war on an American. I was classified as a terrorist and incarcerated without due process. I was placed in isolation and medicated against my will. The Executive Branch murdered Coast Guard Commander William Goetzee using this process. (1, 4, 5, 6, 7, 8, 9, 10, 17, 22, 30, 41, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 60, 61, 62, 63, 64, 65, 66, 68 & 69)

US Attorney Sal Perricone, the number three ranking member of the US Attorney's Office in the Eastern District of Louisiana, posted hundreds of comments under monikers on public websites. This authorized activity by a senior member of the DOJ tainted jury pools and deprived defendants of a fair trial. There has been a call for US Attorney James Letten and Attorney General Eric Holder to resign. How many criminal trials have been tainted? How many Americans have been falsely imprisoned? Why is the Department of Justice allowed to use propaganda to win convictions? Why is the DOJ allowed to use propaganda at all? (18 & 55)

Attorney General Eric Holder has been found in contempt of Congress. No Attorney General has ever been found to be in contempt of Congress. (16)

The Fifth Circuit Court of Appeals ordered Attorney General Eric Holder to file a response explaining why President Barack Obama does not believe that the Federal Judiciary has the authority to decide legal matters. I can find no record of this happening before. (21, 24 &25)

Federal Judge Kurt Engelhardt made the following comments after the Danziger Bridge Trial in New Orleans. "The air of mendacity at this trial was not limited to the actions of the defendants." Cooperating defendants were "purchased, bought and paid for". " Using liars lying to convict liars is no way to pursue justice." A plea deal was in place before the trail began. It was agreed that the Military Danziger Bridge DVD would not be used or acknowledged by either the prosecution or the defense. A waiver was issued that included but was not limited to removal of the death penalty. (26, 28, 41, 42, 58, 61, 62, 63, 64, 70, & 82)

David Andrew Christenson was assaulted by FBI Special Agent Steven Rayes at the Hilton Hotel in New Orleans on November 10th, 2010. The DVD of the assault was stolen from David Andrew Christenson by the FBI on March 15th, 2010. The assault was authorized by Director Robert Mueller with implicit authorization from President Barack Obama. (34, 62 63, 64, 70 & 81)

The United States Military filmed their criminal activities in New Orleans before, during and after Hurricane Katrina. The United States Supreme Court has the Military DVD of what happened at the Danziger Bridge. (61, 62, 63, 64 & 70)

David Andrew Christenson was threatened by US Attorney James Letten (USALAE). (33, 35, 36, 62, 63, 64, 81 & 82)

# A1

David Andrew Christenson was classified as a terrorist by the Department of Justice. This was done so that the Department of Justice could bypass the Federal Judiciary for all warrants. The DOJ did everything possible to discredit David Andrew Christenson. The DOJ called him "crazy" and painted him to be "a real nut case". (6, 60, 62, 63, 64, 80, 81 & 82)

The FBI offered to cooperate with David Andrew Christenson if he stopped his investigation and remained silent. (34, 37 & 70)

The US Marshal Service wen to extraordinary lengths to harass and intimidate David Andrew Christenson into stopping his investigation and research. (35)

The FBI threatened to have David Andrew Christenson committed if he did not stop his investigation and remain silent. (33, 36, 60, 62, 63, 64 & 82)

The Department of Justice through the US Trustee stole $1,595,050.16 from DAC Air, Inc. which was owned by David Andrew Christenson. (40, 62, 63 & 64)

One example of the Federal Government's (Food and Drug Administration) illegal surveillance of Whistleblowers. (39)

The Department of Justice settles 97% of all criminal cases by plea deals. This process is designed to isolate and remove the Federal Judiciary from the criminal process. This has been a stunning success. This process violate Article III and the Sixth Amendment at a minimum. (4, 8, 41 & 42)

The beginning of this Writ. President Bush allows the NSA to spy on Americans, all Americans. The title should have been "President Bush allows the Executive Branch to spy on the Supreme Court and the Federal Judiciary". The release of this information is puzzling. Why? (6 & 43)

Law Enforcement are using cell phones as tracking tools. (6 & 44)

DATA MINING. Guidelines issued by the Department of Justice. In simple terms the DOJ has the right to gather and store information from all data basis in the world. This would include private information about Americans who were not under suspicion for any criminal activity. All phone calls, emails, internet usage, etc. could be part of a data base that has been secured by the DOJ.  Review the capabilities of Facebook. The NSA has capabilities that are a million times greater than Facebook. (6 & 45)

The Department of Justice is spreading propaganda and changing public opinion. The DOJ is desensitizing the American people, the Supreme Court and the Federal Judiciary. The DOJ has established websites, monitors social network sites, posts comments and tracks all of this. Here is a perfect example of how perverse the Executive Branch is. The agencies monitor each other. (6 & 46)

# A1

President Barack Obama signed a defense bill that violates American's Constitutional Rights. This is a fact. The law is in effect. The President acknowledges this fact but pledges to maintain the legal rights of U.S. Citizens.  How can this activity by a sitting President be Constitutional?  (49)

The Executive Branch has granted itself the authority to place Americans on the secret no-fly list. This list has doubled in the last year. It is a secret list and there is no oversight. (53)

US Attorney James Letten orders me to stop emailing him and all other US Attorneys. (38)

FBI uses threats and intimidation against John Kinnucan to coerce him to cooperate. (56)

The Executive Branch establishes medical programs to deal with the Katrina Virus. Harvard Medical school establishes the Hurricane Katrina Community Advisory Group. The Executive Branch intentionally refuse to disclose the existence of the Katrina Virus. The Executive Branch is funding the medical studies thought the National Institute of Health. (57, 81)

General Russel Honore acknowledges the criminal conduct of the United States Military in New Orleans before, during and after Hurricane Katrina. (58)

The Department of Justice murdered Coast Guard Commander William Goetzee. (59,62, 63 & 64)

US Attorney Billy Gibbens represents me without my authority. This is a clear violation of the Sixth Amendment. How can the Federal Judiciary allow the Executive Branch the authority to represent an individual that it is prosecuting? As a side note. Search the Department of Justice website for the Federal Public Defender Office? It is hard to find the Chief Federal Public Defender. In reality the Chief Public Defender is the Attorney General. In simplistic terms the Prosecutor is also the defense attorney. Does our Constitution really allow for this? This clearly violates the Constitution and the Bill of Rights. (1, 4, 6, 7, 8, 9, 10, 60, 62, 63, 64 & 82)

ObamaCare was implemented in a clandestine way to address the Katrina Virus and the effects that it will have on Americans. The Supreme Court had no choice but to approve of ObamaCare. It took a major revision of history to allow the court to approve of ObamaCare. The decision was unprecedented in the history of the Supreme Court. While the Supreme Court has become isolated and irrelevant when it comes to criminal, terrorist and war matters, the court has established that it has the right to legislate laws. (20)

The FBI clearly violates its' own rules and procedures when opening investigations. The FBI clearly violates Federal Law as well. The unwritten Standard Operating Procedure (SOP) within the FBI is to classify individuals practicing civil disobedience as terrorists. Terrorist is the new word for activist and criminal. It allows the FBI to discard the Constitutional Rights and Civil Rights of an American. The FBI is declaring more and more Americans as "Enemies of the State". (47)

# A1

The FBI uses "Watch Lists". Once you are on the list it is almost impossible to come off. You are never notified of being on a "Watch List". There is no due process. (48)

As an American if you are classified as a terrorist (by law) you are not allowed to have an attorney. You can be targeted for death without any legal process.  (50)

Director of National Intelligence Dennis Blair confirmed that the Executive Branch can assassinate Americans who have been classified as terrorists.  He talks about permission. Under the Constitution where is it written that that type of permission can be given and by whom? I believe it is war when we are assassinating our own people. (51)

The Department of Justice has clearly held that it is above the law and cannot be prosecuted or investigated for violating the law. The DOJ can murder and destroy any individual without any cause or justification. This is an established precedent.  The only recourse is though a civil proceeding. (52, 62, 63 & 64)

Americans can be held indefinitely once they are classified as a terrorist. (54)

Any complaint filed with the Department of Justice against the Department of Justice will be answered with a form letter that has no identifying case number. I have filed over 25 complaints with the Department of Justice against the Department of Justice. I have filed those complaints with the Inspector General and the Office of Professional Responsibility. (29)

Here are the major violations of Federal Law before, during and after Hurricane Katrina:

1. The United States Military conducted operational missions (Before, during and after Hurricane Katrina.) within the territorial boundaries of the United States in violation of Federal Law.
2. Americans were executed by the United States Military without being provided "Due Process". Americans were denied their Constitutional, Legal and Civil Rights.
3. The United States Military was in New Orleans before Hurricane Katrina so that protection could be provided to Department of Defense and Central Intelligence Agency laboratories, warehouses and manufacturing plants. During and after Katrina these facilities leaked the "Katrina Virus" which is a cancer causing carcinogen. ("Katrina Virus" is a general term that represents all contaminants that were released. Biological, radioactive, chemical, bacterial, etc...) (New Orleans has the highest death and cancer rate in the country and possible the world. The death and cancer rate for people who stayed in New Orleans during Hurricane Katrina is one thousand times higher than the National average.)
4. The Cover-Up. This represents Misprision of a Felony and Misprision of Treason. Knowledge of the Genocide, Murder and Crimes Against Humanity is a crime on to itself. The Cover-Up, Genocide, Murder and Crimes Against Humanity will continue for years and effect many generations of Americans. How many Americans will be murdered? (17)

18

# A1

August 31st, 2005 is the day that President George W. Bush flew over New Orleans and did not land. The White House issued a statement informing the media that President Bush did not land because of security issues and that he did not want to disrupt the rescue effort that was taking place. In fact the President did not want to take a chance on infecting himself and his staff. Belle Chase Naval Air Station was operational and secure. I do not have a problem with President wanting to infect himself but I do have a problem with him not telling America about the Katrina Virus. (27, 28, 62, 63, 64 & 68)

Secretary of Defense Ronald Rumsfeld had to be ordered by President Bush to send in the troops. This was actually a delay tactic by the Secretary.  The Katrina Virus had to be moved and or allowed to dissipate. Multiple military bases were on alert and could have arrived in New Orleans the day after Hurricane Katrina. A white house advance team toured New Orleans in an Air Force search and recuse helicopter from Hurlburt field in Florida on August 30, 2005. The Air Force search and rescue unit and Hurlburt was on standby and ready to deploy.  My old C-130 unit in Little Rock was on standby as well. Do you have any idea what 64 C-130s can do? (27, 28, 62, 63, 64 & 68)

The cover-up extends to Congress. My father is very active in the Republican Party in Iowa. He has donated money (Can be confirmed by the  Federal Election Commission)  and his time in helping Senator Chuck Grassley, Representative Tom Latham and Representative Steve King get elected. He has repeatedly contacted them and asked for a meeting and help. The three of them refused to respond to him. (31)

I asked the Center for Disease Control and Prevention if the Supreme Court had been infected with the Katrina Virus. I was informed that members of the Supreme Court were not suffering from any virus. How could they know that? (23, 62, 63, 64 & 81)

There is hope. Federal Judge Foote from Lafayette La. refused to toss a lawsuit for civil damages against two police officers who had arrested man for criticizing a police chief. (19)

A1

## STATEMENT OF THE CASE
(In very simple terms.)

The Executive Branch has spied on the Supreme Court, Congress, Americans and all of their families in violation of the Constitution.

The Executive Branch has granted itself immunity for willful and intentional criminal activity against the Supreme Court, Congress, Americans and all of their families.

The Executive Branch is conducting an all-out ideological war against the Supreme Court, Congress, Americans and all of their families. This war is designed to destroy the Constitution, our Constitutional Rights, Civil Rights and Legal Rights as well as the Judicial Branch of our Government.

## CONCLUSION

I have honored the oath that I took when I entered the Air Force Academy and when I was commissioned as an officer in the United States Air Force. I was never trained to fight a war like this. It is incomprehensible that I am fighting my own country to save my fellow Americans and the Constitution.

When a true genius appears in the world, you may know him by this sign, that the dunces are all in confederacy against him. ~Jonathan Swift

All that's necessary for the forces of evil to win in the world is for enough good men to do nothing. Edmund Burke

It is now up to the Supreme Court.


Respectfully submitted,

David Andrew Christenson
*Pro Se*
Box 9063
9815 US Highway 98 West
BC 156
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
Classified as a terrorist by the Department of Justice

A2

No. 11-1025 ac

IN THE

## Supreme Court of the United States

JAMES R. CLAPPER, JR., DIRECTOR OF NATIONAL INTELLIGENCE, ET AL., PETITIONERS

v.

AMNESTY INTERNATIONAL USA, ET AL. Respondents

*ON PETITION FOR A WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT*

On Writ of Certiorari to the United States Court of Appeals for the Second Circuit

*AMICUS CURIAE* BRIEF OF DAVID ANDREW CHRISTENSON AND DAVID ANDREW CHRISTENSON ON BEHALF OF THE SUPREME COURT OF THE UNITED STATES OF AMERICA (AS AN INSTITUTION AND THIRD BRANCH OF THE FEDERAL GOVERNMENT), THE FEDERAL JUDICARY, EMPLOYEES AND FAMILY MEMBERS OF THE FEDERAL JUDICARY AND ALL AMERICAN CITIZENS.

David Andrew Christenson
*Pro Se*
Box 9063
9815 US Highway 98 West
BC 156
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

September 24th, 2012

A3

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
RECEIVED
JAN 15 2014
FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

v.

KENNETH BOWEN, et al.,

Case No. 13-31078

Defendants/Appellees.

Motion to Intervene and/or Amicus Brief
(Per First Amendment: "and to petition the Government for a redress of grievances")

For Brevity. There is no doubt that I and three hundred and thirty million Americans have standing. The American people have a Constitutional Right to know the truth about what happened during Hurricane Katrina. The First Amendment States: Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, **and to petition the Government for a redress of grievances.** The First Amendment is a Right.

On behalf of the American people I move the court to unseal all documents, evidence and information as it pertains to the systemic criminal prosecutor misconduct in the Danziger case and the other six cases listed. The criminal cases which I call the "Danziger Seven" have to be subservient to the protection of the Constitution. If we do not protect the Constitution this Nation will fall into chaos if it has not all ready.

Facts:

Chemical warfare contaminants, the Katrina Virus, leaked into the environment during Hurricane Katrina.

The US Military conducted operational missions and murdered Americans in violation of their Constitutional rights.

A plea deal was entered into by the DOJ prosecutors and the defense attorneys before the Danziger trial.

All of the Danziger Seven criminal cases have pleadings that reference the systemic criminal prosecutor misconduct.

Eastern District of Louisiana (EDLA) Danziger Seven Criminal Cases which I have filed over 50 motions, pleadings, memorandums and appeals in:

2:10-cr-204 Danziger Judge KURT D. ENGELHARDT
2:10-cr-154 Glover Judge LANCE M. AFRICK
2:13-cr-11 Nagin Judge HELEN G. BERRIGAN
2:11-cr-157 Fazzio/Titus/Heebe Judge HELEN G. BERRIGAN
2:13-cr-249 Daigle Judge CARL J. BARBIER

TENDERED FOR FILING

JAN 13 2014

U.S. DISTRICT COURT
Eastern District Louisiana
Deputy



A3

2:13-cr-131 Jackson Judge MARY ANN VIAL LEMMON
2:12-cr-1 Howard/Hankton Judge  MARTIN L.C. FELDMAN

In the interest of Justice the court must reject this appeal.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE
I hereby certify that on January 11, 2014, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by US First Class Mail. I further certify that service for counsel for appellees and defendants will be accomplished via official electronic mail and official Pacer notification.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

A4

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

v.                                                        Case No. 13-31078

KENNETH BOWEN, et al.,

Defendants/Appellees.

Amicus Brief
Supplemental 2
**Systemic Criminal Prosecutor Misconduct**

All of the Danziger 7 (plus Pratt) criminal cases have or will have appealable issues because of the Systemic Criminal Prosecutor Misconduct. These appeals will go to the Supreme Court because of the severe nature of the violations of the Defendant's Constitutional Rights. The damage that has been done to the American People and their Constitution is unquantifiable and could and probably result in the destruction of this great country. This Great Nation is slipping into Nazism where there are no Constitutional Rights. This Systemic Criminal Prosecutor Misconduct is much bigger than the 8 criminal cases listed here.

It is imperative that all sealed documents, evidence, Horn report, Heebe report, etc. be unsealed and released to the American People. This simple act will protect all Americans, their Constitutional Rights and the Constitution itself which is the foundation for this great county. TENDERED FOR FILING

Constitutional Issues          FEB 10 2014

1. The swaying of public opinion.
2. Tainting jury pools.
3. Dispensing Propaganda through the Federal Desensitizing Propaganda Machine (FDPM)
4. Destruction of the Constitutional Grand Jury System.
5. Plea deals to gain convictions.(The purchase of testimony)
6. Plea deals. (Violation of the Constitution)
7. Grants of immunity to gain convictions. (The purchase of testimony)
8. Denial of 1st Amendment Rights including the right to petition the government for grievances.
9. Denial of Constitutional Rights for Federal Whistleblowers.
10. Manipulation of the 1st Amendment by a corrupt national media.
11. Violations of the 4th Amendment. Against unreasonable searches and seizures.
12. Violations of the 6th Amendment. Assistance of counsel.
13. The cover-up of Genocide and Crimes Against Humanity by the Federal Government against the American people.

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

A4



UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

v.                                                              Case No. 13-31078

KENNETH BOWEN, et al.,

Defendants/Appellees.

Amicus Brief
Supplemental 2
**Systemic Criminal Prosecutor Misconduct**

All of the Danziger 7 (plus Pratt) criminal cases have or will have appealable issues because of the Systemic Criminal Prosecutor Misconduct. These appeals will go to the Supreme Court because of the severe nature of the violations of the Defendant's Constitutional Rights. The damage that has been done to the American People and their Constitution is unquantifiable and could and probably result in the destruction of this great country. This Great Nation is slipping into Nazism where there are no Constitutional Rights. This Systemic Criminal Prosecutor Misconduct is much bigger than the 8 criminal cases listed here.

It is imperative that all sealed documents, evidence, Horn report, Heebe report, etc. be unsealed and released to the American People. This simple act will protect all Americans, their Constitutional Rights and the Constitution itself which is the foundation for this great county. TENDERED FOR FILING

Constitutional Issues                    FEB 1 0 2014

1. The swaying of public opinion.                 U.S. DISTRICT COURT
2. Tainting jury pools.                            Eastern District of Louisiana
                                                   Deputy Clerk
3. Dispensing Propaganda through the Federal Desensitizing Propaganda Machine (FDPM)
4. Destruction of the Constitutional Grand Jury System.
5. Plea deals to gain convictions.(The purchase of testimony)
6. Plea deals. (Violation of the Constitution)
7. Grants of immunity to gain convictions. (The purchase of testimony)
8. Denial of 1st Amendment Rights including the right to petition the government for grievances.
9. Denial of Constitutional Rights for Federal Whistleblowers.
10. Manipulation of the 1st Amendment by a corrupt national media.
11. Violations of the 4th Amendment. Against unreasonable searches and seizures.
12. Violations of the 6th Amendment. Assistance of counsel.
13. The cover-up of Genocide and Crimes Against Humanity by the Federal Government against the American people.

# A4

I have standing and I have been a victim. I am eminently qualified to testify to the Constitutional issues. I can provide documentation as to my having Constitutional Issues 1, 3, 8, 9, 10, 11, 12 and 13 violated. The listed violations as well as 2, 4, 5, 6, 7, are addressed in the court record and for brevity purposes are not included in this Amicus Brief but are referenced with docket numbers and number of pages.

### Documentation With Factual Information And The Names Of Those That Are Responsible For The Destruction Of Our Constitution

Reference documentation that has already been filed by me in the Danziger case:

Case 2:10-cr-00204-KDE-SS Document 1138 Filed 09/16/13 Page 1 of 2 (6 pages)
Case 2:10-cr-00204-KDE-SS Document 1147 Filed 09/19/13 Page 1 of 2 (30 pages)
Case 2:10-cr-00204-KDE-SS Document 1150 Filed 09/23/13 Page 1 of 2 (25 pages)
Case 2:10-cr-00204-KDE-SS Document 1152 Filed 09/26/13 Page 1 of 2 (7 pages)
Case 2:10-cr-00204-KDE-SS Document 1158 Filed 10/02/13 Page 1 of 2 (10 pages)
Case 2:10-cr-00204-KDE-SS Document 1169 Filed 10/07/13 Page 1 of 2 (22 pages)
Case 2:10-cr-00204-KDE-SS Document 1177 Filed 10/23/13 Page 1 of 1 (22 pages)
Case 2:10-cr-00204-KDE-SS Document 1182 Filed 11/01/13 Page 1 of 1 (25 pages)
Case 2:10-cr-00204-KDE-SS Document 1193 Filed 11/12/13 Page 1 of 11 (11 pages)
Case 2:10-cr-00204-KDE-SS Document 1232 Filed 12/16/13 Page 1 of 7 (7 pages)
Case 2:10-cr-00204-KDE-SS Document 1237 Filed 12/23/13 Page 1 of 4 (4 pages)

### The End Result

All of the defendants want access to the Horn report and the information that is under seal. (A brief side note that will be addressed in Amicus Brief 3: Not one defense attorney has requested the Heebe report/investigation. I considered this lack of zealous representation to be criminal malpractice. Because of the Systemic Criminal Prosecutor Misconduct the following occurred in the biggest white collar criminal case in Louisiana in the last 14 years, if not longer. Superseding indictments 2 and 3 were dismissed with prejudice against Mark Titus. The original indictment and superseding indictments 2 and 3 were dismissed with prejudice against Dominick Fazzio. What is most amazing is that this criminal prosecution was instigated to ultimately prosecute Freed Heebe, the Kingpin of the criminal organization. The entire case against Fred Heebe was publicly dismissed with prejudice without his ever being indicted. Just how grotesque was the Systemic Criminal Prosecutor Misconduct that resulted in such an egregious action against the American People?)

*** The six convictions have been vacated and the case should be dismissed because of Systemic Criminal Prosecutor Misconduct. The Horn and Heebe reports provide appealable issues. Defendant's KENNETH BOWEN, ROBERT GISEVIUS, ROBERT FAULCON, ANTHONY VILLAVASO, ARTHUR KAUFMAN and GERARD DUGUE. Order And Reasons for a new trial (Horn Report plus) Signed by Judge KURT D. ENGELHARDT
Case 2:10-cr-00204-KDE-SS Document 1137 Filed 09/17/13 Page 1 of 129 (Danziger case)

# A4

***This case is under appeal. The conviction should be vacated and at a minimum the defendant should be granted a new trial. This is the most heinous of the convictions and it is the most draconian of sentencing. The Horn and Heebe reports provide appealable issues.
Gregory McRae's Motion To Intervene To Obtain Access To Sealed Information (Horn report plus) Filed by Michael S. Fawer. (Original case is Glover 2:10-cr-154)
Case 2:10-cr-00204-KDE-SS Document 1249 Filed 01/22/14 Page 1 of 2 (Danziger case)

***This case is under appeal to the Supreme Court. This case has new appealable issues because of the Horn and Heebe Reports. This case could return to the District Court and will return to the 5th Circuit.
Movant Renee Gill Pratt's Motion To Intervene To Obtain Sealed Information (Horn Report plus) Filed by Michael S. Fawer. (Original case Renee Gill Pratt 2:08-cr-140)
Case 2:10-cr-00204-KDE-SS Document 1255 Filed 01/24/14 Page 1 of 2 (Danziger case)

***This defendant is awaiting trial. The Horn and Heebe reports will provide appealable issues.
Stacey Jackson EX PARTE MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM AND PRODUCTION PRIOR TO TRIAL; RULE 17(c), FED. R. CRIM. P. (Horn Report plus) Filed by Edward J. Castaing, Jr.
Case 2:13-cr-00131-MVL-JCW Document 39 Filed 01/16/14 Page 1 of 5 (Jackson case)

***This trial is currently taking place. If convicted the Horn and Heebe reports will provide appealable issues. This trial should have never taken place and the continuance should have been granted. There is no way to quantify the damage done by the Department of Justice to the tainted jury pool.
Mayor C. Ray Nagin's Defendant's Motion To Compel Discovery (Horn Report plus) Filed by Robert Jenkins
Case 2:13-cr-00011-HGB-ALC Document 54 Filed 10/02/13 Page 1 of 6 (Nagin case)
Mayor C. Ray Nagin's Motion For Continuance Of Trial Date (Horn Report plus) Filed by Robert Jenkins
Case 2:13-cr-00011-HGB-ALC Document 27 Filed 09/19/13 Page 1 of 1 (Nagin case)


Footnotes for the Other Danziger 7 cases;

Due to the even more grotesque, damaging and extensive Systemic Criminal Prosecutor Misconduct an Amicus Brief 3 will be filed referencing the Fazzio/Titus/Heebe criminal case. 2:11-cr-157
Fazzio/Titus/Heebe Judge HELEN G. BERRIGAN

The following two cases will not be addressed in Amicus Brief 2 or Amicus Brief 3. The Hankton and Daigle cases involve Systemic Criminal Prosecutor Misconduct that involves murder, extortion, blackmail, theft, money laundering, etc. on the part of the Department of Justice. An Amicus Brief 4 may be filed at a later date.
2:12-cr-1 Howard/Hankton Judge MARTIN L.C. FELDMAN
2:13-cr-249 Daigle Judge CARL J. BARBIER

A4

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 8th, 2014, I filed the foregoing with the Clerk of the Court for the United
States Court of Appeals for the Fifth Circuit by US First Class Mail. I further certify that service for
counsel for appellees and defendants will be accomplished via official electronic mail and official Pacer
notification.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

Eastern District of Louisiana (EDLA) Danziger Seven Criminal Cases which I have filed over 50 motions,
pleadings, memorandums and appeals in:
2:10-cr-204 Danziger Judge KURT D. ENGELHARDT
2:10-cr-154 Glover Judge LANCE M. AFRICK
2:13-cr-11 Nagin Judge HELEN G. BERRIGAN
2:11-cr-157 Fazzio/Titus/Heebe Judge HELEN G. BERRIGAN
2:13-cr-249 Daigle Judge CARL J. BARBIER
2:13-cr-131 Jackson Judge MARY ANN VIAL LEMMON
2:12-cr-1 Howard/Hankton Judge MARTIN L.C. FELDMAN
2:08-cr-140 Pratt Judge IVAN L.R. LEMELLE

In the interest of Justice the court must reject this appeal.

A5



UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

v.                                                          Case No. 13-31078

KENNETH BOWEN, et al.,

Defendants/Appellees.

Amicus Brief
Supplemental 3

The starting point for this brief is US Attorney Billy Gibbens who represented me as my defense attorney when I was arrested with a Louisiana Warrant, not Federal as one might assume, for cyberstalking an FBI Agent that I was ordered to send emails to. I was placed in isolation for 11 days and medicated against my will. I was never charged with a crime. Four months later the same procedure was used against Coast Guard Commander William Goetzee and he died, was murdered in the same cell that I was in. He was a Federal Whistleblower like me. Coast Guard Commander Goetzee in his appearance before the Federal Court was strapped to a wheelchair and tased every time he tried to speak. Reference page 18 items 31 and 32. If you read the 66 page complaint you will think you are in Nazi Germany. What a tragic way for one of our heroes to die. Complaint Case 2:12-cv-01910-SSV-JCW Document 1 Filed 07/23/12 Page 1 of 66

US Attorney Billy Gibbens represented me against my wishes and gave away all of my rights. Please reference the bond, non-domestic stay away order and the "Billy Gibbens" court document.
Billy Gibbens represented me on behalf of the Department of Justice.
The following web pages are extremely slow because of DOJ interference.
http://persimmonpublishingus.com/Documents.html
Pay particular attention to items 3 and 9. Item 9 is not even a condition of bail or bond.
http://persimmonpublishingus.com/uploads/zzBailBondMarkedUp.pdf
There are 74 people on the order. 66 of whom I had never met. (My assumption is that 73 did not know they were on the order because they had not filed affidavits.)
http://persimmonpublishingus.com/uploads/zzNonDomesticMarkedUp.pdf
http://persimmonpublishingus.com/uploads/Cantrell22Gibbens.pdf

Besides Me, US Attorney Billy Gibbens represents Fred Heebe (Titus/Fazzio/Heebe), Arthur Kaufman (Danziger) and Andre Hankton (Howard/Hankton).

It was I that informed US Attorney Billy Gibbens about the monitoring of the web and the posting of comments by the DOJ. Without this information Feed Heebe and Dominick Fazzio would have been brought to trial. There were other factors as well.

TENDERED FOR FILING

FEB 10 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

A5

The following link will take you to the first press release about my being arrested. The DOJ realized that a mistake had been made and altered future press releases. Donald Newhouse, Advance Publications, nola.com, The New Orleans Times Picayune, WDSU, NBC and other media outlets cooperated with the DOJ by printing defaming and slanderous information about me to destroy my credibility.
New Orleans man booked on two counts of cyberstalking, TV station reports
By Times-Picayune Staff on March 17, 2011 at 8:26 AM, updated March 17, 2011 at 10:28 AM
http://www.nola.com/crime/index.ssf/2011/03/new_orleans_man_booked_on_two.html
"A New Orleans man is in jail, booked on two charges of cyberstalking after he allegedly sent threatening e-mails to an FBI agent, WDSU-TV reports.
David Christenson, 53, was arrested Tuesday and remains jailed on a $300,000 bond, court records show.
Christenson allegedly sent the e-mails after an FBI agent interviewed him last month about "inappropriate" e-mails Christenson sent to judges and their employees, the station reports."
JUST EXACTLY WHAT ARE "INAPPROATE" EMAILS?

Not one defense attorney has requested the Heebe report/investigation. I considered this lack of zealous representation to be criminal malpractice. Because of the Systemic Criminal Prosecutor Misconduct the following occurred in the biggest white collar criminal case in Louisiana in the last 14 years, if not longer: Superseding indictments 2 and 3 were dismissed with prejudice against Mark Titus. The original indictment and superseding indictments 2 and 3 were dismissed with prejudice against Dominick Fazzio. What is most amazing is that this criminal prosecution was instigated to ultimately prosecute Fred Heebe, the Kingpin of the criminal organization. The entire case against Fred Heebe was publicly dismissed with prejudice without his ever being indicted. Just how grotesque was the Systemic Criminal Prosecutor Misconduct that resulted in such an egregious action against the American People?

Conclusion

Defense attorneys are active participants in the Systemic Criminal Prosecutor Misconduct. The lack of zealous representation is cause for an appeal. The defendants and all Americans deserve to know what is under seal, in the Horn report, the Heebe report, etc. Constitutional Rights for all Americans have to be protected.

Eastern District of Louisiana (EDLA) Danziger Seven Criminal Cases which I have filed over 50 motions, pleadings, memorandums and appeals in:
2:10-cr-204 Danziger Judge KURT D. ENGELHARDT
2:10-cr-154 Glover Judge LANCE M. AFRICK
2:13-cr-11 Nagin Judge HELEN G. BERRIGAN
2:11-cr-157 Fazzio/Titus/Heebe Judge HELEN G. BERRIGAN
2:13-cr-249 Daigle Judge CARL J. BARBIER
2:13-cr-131 Jackson Judge MARY ANN VIAL LEMMON
2:12-cr-1 Howard/Hankton Judge MARTIN L.C. FELDMAN

# A5

2:08-cr-140 Pratt Judge IVAN L.R. LEMELLE

In the interest of Justice the court must reject this appeal.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 8th, 2014, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by US First Class Mail. I further certify that service for counsel for appellees and defendants will be accomplished via official electronic mail and official Pacer notification.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

A6

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT



UNITED STATES OF AMERICA,

Plaintiff/Appellant,

v.

KENNETH BOWEN, et al.,                                        Case No. 13-31078

Defendants/Appellees.

Amicus Brief
Supplemental 4

In the interest of Justice, for the protection of the Constitution and to protect every American's
Constitutional Rights, the following criminal investigations and reports into the criminal conduct of the
Department of Justice and the Federal Government must be made public:

All of these cases are sinisterly intertwined with this case, the Danziger case, and Captain David Andrew
Christenson, Federal Whistleblower.

***The Heebe report. What criminal activities by the Department of Justice resulted in the dismissal
with prejudice of the original indictment, 1st superseding indictment and the 2nd superseding indictment
against Dominick Fazzio? Mark Titus entered into a plea deal on the original indictment but the DOJ
dismissed with prejudice the 1st superseding indictment and 2nd superseding indictment. How could the
DOJ, without ever indicting, dismiss with prejudice the original indictment, 1st superseding indictment
and 2nd superseding indictment against Fred Heebe and Jim Ward? The criminal activities of the DOJ
irreparable harmed the American People and the Constitution. (US Attorney Billy Gibbens represented
Fred Heebe and participated in the cover up of the Katrina Virus. He represented Captain David Andrew
Christenson, as his defense attorney, on behalf of the DOJ and gave away all of his Constitutional
Rights.)

***The murder of Coast Guard Commander William Goetzee (A national Hero and Federal
Whistleblower) while he was being held in Federal custody in an Unconstitutional Prison on false
charges. The Coast Guard Commander was tortured (documented) as if he was a prisoner at
Guantanamo Bay, Cuba. (Chief Federal Public Defender Virginia Schlueter and Attorney Mary Howell
represented Coast Guard Commander William Goetzee and Captain David Andrew Christenson.)

***The murder of unarmed Allen Desdunes in New Orleans East by an FBI Agent and New Orleans Police
Officer. (Evidence points to FBI Agent Steven Rayes murdering Allen Desdunes. It was FBI Agent Steven
Rayes and the Violent Crime Task Force that attempted to murder Captain David Andrew Christenson
and violated his Constitutional Rights and Protections.)

# A6

***The theft of drugs and money from Stefen Daigle by FBI Agent Steven Rayes and the Violent Crime Task Force. The criminal act was electronically recorded. (Stefen Daigle's Defense Attorney is Frank Desalvo from the Danziger case and recipient of the Military DVD of what happened at the Danziger Bridge.)

***The attempted murder, forced medication, false imprisonment in an Unconstitutional Prison, false arrest on a Louisiana Warrant, assault by an FBI Agent and US Marshal which was electronically recorded, stalking, slander, deformation, issuance of an illegal bond, the issuance of an illegal and fraudulent non-domestic stay away order, etc. of Captain David Andrew Christenson Federal Whistleblower. Air Force Captain Christenson was tortured (documented) as if he was a prisoner at Guantanamo, Cuba.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10th, 2014, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by US First Class Mail. I further certify that service for counsel for appellees and defendants will be accomplished via official electronic mail and official Pacer notification.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

# A7

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix

Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 6374

Miramar Beach, Florida 32550

www.persimmonpublishingus.com

www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

# A8

An American Born Terrorist's Emails
To The Department of Justice
*A Prelude/Reference Book/Appendix*
Book 8
By
David Andrew Christenson
ISBN 978-0-9846893-2-3 Hardback
ISBN 978-0-9846893-3-0 EBook
LCCN 201194112
Copyright 2011 1-674739499
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
persimmonpublishing@gmail.com
www.thereluctantpatriot.com
thereluctantpatriot@gmail.com

<u>A quest for justice.</u> What started as simple fraud perpetrated against Captain David Andrew Christenson turned into a National and Worldwide Criminal Conspiracy. Captain Christenson unintentionally and unwittingly became a crusader for justice. His attempts to uncover the truth and to bring those truths to light got him classified as a terrorist by the Department of Justice.  At a minimum the cover-up involves the Federal Government, the President, the Supreme Court, Congress, the Department of Defense, the Central Intelligence Agency, the Catholic Church, the Pope, BP, etc.

Read the email paper trial. This book contains emails sent by Captain Christenson starting on October 14th, 2010 and ending on March 14th, 2011 when he was arrested. Captain Christenson was arrested on a Louisiana Warrant for Cyber Stalking FBI Special Agent Steven Rayes. <u>It must be noted that Captain Christenson was never charged with a crime.</u> Agent Rayes came to Captain Christenson on October 14th, 2010 the day the emails started.

There was no easy way to present this story in a coherent manner. I decided to present the emails as is. I hope that you can use them as a point of reference. My next book is titled "The Reluctant Patriot". The story starts March 15th, 2011 with my arrest. Please consider this book to be a prelude, appendix and or a reference book.

You may see previews of my other eight books at www.persimmonpublishingus.com and www.thereluctantpatriot.com.

# A8

Guidelines and background information for reading my emails.

I was arrested on March 15th, 2011 by an FBI SWAT Team. I was arrested for two counts of cyber stalking FBI Special Agent Steven Rayes. The FBI illegally used Louisiana Warrants to arrest me, search my home and seize (steal) my property. The FBI did not have Federal warrants as one might expect. <u>I have never been charged with a crime.</u> The arrest was for a non-violent, non-domestic, non-violent misdemeanor. The arrest was for the equivalent of a severe DUI or DWI.  The FBI stole my legal files, computers, back-ups, phone, photos, evidence, Supreme Court files, a DVD of Agent Rayes assaulting me, a DVD of the Danziger Bridge, etc. The Federal Government wanted to stop my investigation into the Genocide and murder that took place after Hurricane Katrina.

Agent Rayes came into my life on October 14th, 2010. He ordered me to send emails to his official FBI email address. I complied. I have sent over 500 emails to the FBI and multiple agents. Agent Rayes assaulted me on November 10th, 2010. The FBI desperately needed the DVD of Agent Rayes assaulting me.

**I was declared a terrorist by the Department of Justice.** I assume that the classification took place at the same time that Agent Rayes came into my life.

The first email in the book is actually the last email that I sent before I was arrested. I copied a package of information that I had faxed and mailed to the United States Supreme Court and sent the email with the attachments to myself.  I then go back to October 14th, 2010 and present the emails in a chronological order. From October 14th, 2010 until March 14th, 2011. I have not included all of my emails because of space limitations. A partial list of my contacts is attached.

When reading the emails please look for the following: The headings/subjects. Not all emails have headings/subjects. All original emails are from me. Look at the date and time. Please review the addressees (Very Important).  The attachments are important. I sometimes scanned my emails and included those as attachments. I also forwarded many emails because I had received responses.

This was my quest for justice. You be the judge. Am I a terrorist or "The Reluctant Patriot"?

Sincerely,
David Andrew Christenson
"The Reluctant Patriot"
www.thereluctantpublishingus.com
www.thereluctantpatriot.com

A9

STATE OF LOUISIANA

VERSUS

*David A. Christenson*
*aka David Christian*

CRIMINAL DISTRICT COURT

PARISH OF ORLEANS

MAG. NO. *#22-199*

## NON-DOMESTIC STAY AWAY ORDER

NOW INTO COURT comes the State of Louisiana, through the undersigned Assistant District Attorney for the Parish of Orleans, respectfully moves the Court to issue a Non-Domestic Stay Away Order and Notice to Appear. This Order prohibits the defendant *David A. Christenson aka David Christian* date of birth *02-31-58* from communicating, directly or indirectly, with the victim, *his stepson in law* date of birth _____ or the victim's family. Additionally, during the pendency of this Stay Away Order the defendant cannot own or possess a firearm. If the defendant violates this Stay Away Order or any of its provisions, the defendant may be arrested, bond may be revoked, a new bond required, and will be held in contempt of court, facing additional charges. If the Court requires the defendant to make a personal appearance concerning this Order, the defendant will do so promptly. If the defendant does not appear, an Order for Arrest will be issued.

This Stay Away Order remains in effect during the pendency of this case or unless and until lifted by the Judge and a minute entry indicating any such action.

## BY ORDER OF THE COURT

IT IS HEREBY ORDERED that the defendant immediately cease any and all communication with the victim and the victim's family during the pendency of this action and abide by all other terms of this Non-Domestic Stay Away Order.

_____
MAGISTRATE COMMISSIONER

NEW ORLEANS, LOUISIANA, THIS _15_ DAY OF _March_, 20_11_

## DEFENDANT'S ACKNOWLEDGEMENT OF ORDER AND TERMS

UPON MY RELEASE from the Orleans Parish Criminal Sheriff's Office, I *David Christenson aka Christian* do hereby agree to the terms of this Non-Domestic Stay Away Order. I understand that if I fail to abide by the terms of this order, a warrant will be issued for my arrest. I have read and understand the above agreement and terms of my release.

_____
DEFENDANT

NEW ORLEANS, LOUISIANA, THIS _15_ DAY OF _March_, 20_11_

NAME: _____
ADDRESS: _____
CITY, STATE, ZIP: _____
CELL PHONE: _____
DATE OF BIRTH: _____
SOCIAL SECURITY NO. _____

A9

STATE OF LOUISIANA                    CRIMINAL DISTRICT COURT

VERSUS                                PARISH OF ORLEANS

DAVID CHRISTIAN,                      MAG. NO. _____
Aka DAVID CHRISTENSON

ORDER

IT IS ORDERED that the defendant stay away from the protected persons listed below
until all charges in this matter are concluded by refusal, plea of guilty, trial or dismissal.
Specifically, the defendant is ordered:

- NOT to abuse, harass, stalk, follow or threaten the protected persons listed below,

- NOT to contact the protected persons personally, electronically, by phone, in writing,
  by email, by text message or through a third party or go within 100 feet of the
  protected persons,

- NOT to contact the protected persons' families personally, electronically, by phone, in
  writing, by email, by text message or through a third party,

- NOT to go to the residence or household of the protected persons, the protected
  persons' schools or the protected persons' place of employment,

Protected Persons:

| | |
|---|---|
| Amanda J Ballay | amanda_ballay@laed.uscourts.gov |
| Andrew Chow | andrew_chow@laed.uscourts.gov |
| Ann Virgadamo | ann_virgadamo@laeb.uscourts.gov |
| Anna Christman | usalae |
| Archbishop Aymond | Catholic 2, Catholic 1 |
| Bobbi Bernstein | Main DOJ |
| Brad Chauvin | |
| Brad Humpheys | brad_humpheys@laed.uscourts.gov |
| Brian Fair (USMS) | |
| Danielle Moore | danielle_moore@laed.uscourts.gov |
| David Vitter | david_vitter@vitter.senate.gov |
| David W Welker | david.welker@ic.fbi.gov |
| Dewayne J Horner | |
| Diana Surprenant | diana_surprenant@laed.uscourts.gov |
| Erin Arnold | erin_arnold@laeb.uscourts.gov |
| Forrest Christian | |
| Gail Chauvin | gail_chauvin@laed.uscourts.gov |
| Gary Schwabe | gary_schwabe@fd.org |
| Genny May | genny.may@usdoj.gov |



Page 4 of 6

# A9

| | |
|---|---|
| Geraldine Williams | geraldine_williams@laed.uscourts.gov |
| Glenda Hassan | glenda_hassan@txs.uscourts.gov |
| Glenn Williams | williamsgl@adr.org |
| Gwen Hunter | gwen_hunter@laed.uscourts.gov |
| Joel Gheesling | jgheesling@kempicrspeakers.com |
| Jadon Bigelow | |
| James Crull | james_crull@laed.uscourts.gov |
| James Letten | james.letten@usdoj.gov |
| Jan Mann | jan.mann@usdoj.gov |
| Jason Bigelow | |
| Jennifer Rogers | jennifer_rogers@laed.uscourts.gov |
| John Clark | john.clark@usdoj.gov |
| Jonathan Zweig | jonathan_zweig@laed.uscourts.gov |
| Joseph Downing | |
| Joseph Escandon | joseph_escandon@laed.uscourts.gov |
| Joseph Lavigne | |
| Julia Evans | USALAE |
| Kelly Bryson | |
| Kelly Sweeney | kelly_sweeney@cob.uscourts.gov |
| Mary Landrieu | senator@landrieu.senate.gov |
| Lexy Butler | lexy_butler@laed.uscourts.gov |
| Linda Kimes | linda_kimes@cob.uscourts.gov |
| Maria Soriano | sorianom@adr.org |
| Marilyn Shraberg | mshraberg@archdiocese-no.org |
| Marvin Opotowsky | marvin.opotowsky@usdoj.gov |
| Michael Milby | michael_milby@txs.uscourts.gov |
| Nancy Swan | nswan342@gmail.com |
| Neil Hurley | OPR |
| Ozanam Inn | inno@bellsouth.net |
| Pam Radosta | pam_radosta@laed.uscourts.gov |
| Pamela Angelette | pamela_angelette@laed.uscourts.gov |
| Pat Scherer | pat_scherer@laed.uscourts.gov |
| Pat Vance | pvance@joneswalker.com |
| Paula F McCants | |
| Ramsey Prather | ramsey_prather@laed.uscourts.gov |
| Rick Windhorst | rick_windhorst@laed.uscourts.gov |
| Robby Walsh | |
| Robert Bergeron | bob@crescenttitle.com |
| Robert Lantz | robert_lantz@cob.uscourts.gov |
| Robert S Mueller III | robert.mueller@ic.fbi.gov |
| Gen. Russel Honore | russel.honore@gmail.com |
| Ruth Leard | ruth_leard@laed.uscourts.gov |
| Shelia Ashabranner | shelia_ashabranner@txs.uscourts.gov |
| Steve Woodring | steve.woodring@dps.la.gov |
| Steven Hartmann | steven.hartmann@usdoj.gov |
| Steven P Rayes | srayes@leo.gov |
| Susan Adams | susan_adams@laed.uscourts.gov |
| Thomas Porteous | |
| Traci Munster | traci_munster@laed.uscourts.gov |
| Tracie L Washington | tlwesq@cox.net |
| Victorian Wu | victorian_wu@laed.uscourts.gov |

A9

Virginia Schlueter
Walter Martin
William Alford          alford@law.harvard.edu
Scott Johnson

NEW ORLEANS, LOUISIANA, this the ___ day of _____ 20 11.

Commissioner Harry Cantrell
Criminal District Court, Sec. "M-3"
Parish of Orleans

# A10

STATE OF LOUISIANA                    ORLEANS PARISH CRIMINAL COURT

VS                              MAGISTRATE NO 522-477

DAVID CHRISTENSON

### BOND ORDER AND CONDITIONS OF BAIL

This matter came upon hearing this date, before this Honorable Court, for a Bond

Reduction Hearing. After hearing arguments and evidence the Court hereby orders bond

to be reduced to _____ $20,000.00 _____, and that the Defendant,

David Christenson is hereby ordered to, and Defendant, David Christenson, hereby

agrees and accepts the following Additional Conditions of Release:

1. Defendant is hereby ordered and hereby agrees to follow the orders of the Non-
   Domestic Stay Away Order signed by this Court and acknowledged and agreed to
   by Defendant on March 15, 2011 (a Copy of which is attached hereto);

2. Defendant is hereby ordered and hereby agrees to present himself to an in-patient
   facility for evaluation, and treatment as recommended by said facility on or before
   March 29, 2011;

3. Defendant is hereby ordered to not have access to the Internet;

4. Defendant is hereby ordered to cause the treatment facility to report Defendant's
   status and progress to the Court and the District Attorney every two (2) weeks and
   upon release of Defendant;

5. The Defendant is hereby ordered to cause the treatment facility to immediately
   report to the Court and the District Attorney should Defendant leave the facility;

6. The Defendant is hereby ordered to cause the treatment facility to give 48 hour
   advance notice of the release of the Defendant to the Court and the District
   Attorney;

7. The Defendant is hereby ordered to appear in this Court on the first Tuesday after
   his release from the treatment facility;

8. Defendant hereby agrees that should a capias or arrest warrant be issued for
   Defendant, David Christenson, hereby waives extradition to the State of Louisiana
   from any jurisdiction in or outside of the United States where he may be found.

A10

9. Defendant hereby agrees to waive and does waive the time delays as stated in Louisiana Code of Criminal Procedure (La CCrP) Article 701, Section 4, regarding bond obligations and time limits for institution of prosecution until March 15, 2012.

IT IS FURTHER ORDERED THAT should Defendant meet the obligations of the Bond Order as to amount and sign the Conditions of Bail, he shall be released no earlier than Saturday, March 26, 2011, at a time no later than 12 NOON.

SIGNED IN OPEN COURT ON THIS 25th   DAY OF MARCH, 2011 IN NEW ORLEANS, LOUISIANA.

_____
MAGISTRATE, M . I

UPON MY RELEASE by the Orleans Parish Sheriff, I,  DAVID CHRISTENSON,   do hereby agree to the terms of the Conditions of Bail as stated above, including the Non-Domestic Stay Away Order previously issued on March 15, 2011. I understand that if I fail to abide by the terms of this order, a warrant will be issued for my arrest. I have read and understand the above agreement and terms of my release.

Signed on March 25, 2011 in New Orleans, Louisiana.

_____
David Christenson

# A11

The Murder of Coast Guard Commander William Goetzee

My background

I was held on the 10th floor of the House of Detention in the Orleans Parish Jail. This is the psychiatric floor. Suicidal prisoners are held here.  In my case (not suicidal) I was placed in isolation and medicated against my will and knowledge. This was torture. The Federal Government was hoping that I would kill myself. The conditions are deplorable. The lights are on 24 hours a day. The noise from the fans and televisions is deafening. If you are not crazy when you go in, you are when you come out. I stopped eating and drinking. The only thing I consumed was water. The drugs they give you can actually trigger a psychosis, depression, etc. The "suicide watch" cell has nothing in it but a bench. There is no toilet. There is no toilet paper. When you are on suicide watch you wear a kevlar type vest that goes from your shoulders to your knees and nothing else. There was a young black kid in the "suicide watch" cell while I was there. He continually defecated on himself and the stench was unbelievable. Nobody helped him. I worried about him and I wonder what happened to him.

The Federal Government did everything possible to paint me as crazy and to discredit me. They have done the same to Commander Goetzee. I believe the story about Goetzee and his arrest was a fraud, a fabrication. The Federal Government wanted to isolate and silence Commander Goetzee. He was murdered. i was lucky.

Attachment 1: Coast Guard Commander William Wesley Goetzee's Obituary.

Commander Goetzee had quite a background. He was not indigent. I would assume he had health insurance as he was an employee of the Federal Government. He worked in the same building as the Federal Courthouse, US Attorney, US Marshal's office, etc. There was extremely heavy security at the building that day because of the Danziger Bridge Trial.

Attachment 2: Article.

Commander Goetzee "reported episodes of suicidal ideation...". The man needed help. What medication was he being forced to take? I could not invent this. The Federal Government, US Marshal Service, places Federal suicidal prisoners in a jail that was condemned in 2009 by the Justice Department. "The Justice Department criticized the mental health care provided by the institution, including its suicide-prevention practices." Why was Commander Goetzee appointed a Federal Public Defender? He was a person of means. The Department of Justice wanted to control him just like they did me when they appointed US Attorney Billy Gibbens to represent me.

Attachment 3: Article.

Could you invent this? "Investigators say Goetzee had been swallowing toilet tissue throughout the day". Are you kidding me?

Clerk Angela D. Caesar
U. S. District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

Ms. Caesar,

Please file the attached pleading when you have assigned a case number and Judge. I reviewed Pacer this morning, 02/17/14, and the original lawsuit does not show up.

I have filed pleadings in multiple cases in multiple jurisdictions.

Please contact:
Clerk William Blevins Eastern District of Louisiana
Clerk Lyle Cayce 5th Circuit Court of Appeals
Clerk Chris Vasil Supreme Court

Thank you.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

TENDERED FOR FILING

FEB 2 0 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COUMBIA

RAND PAUL, on behalf of himself
and all others similarly situated;
P.O. Box 15643
Washington, D.C. 20003

and

FREEDOMWORKS, INC., on behalf of itself, its members,      Civil Action No._____
and all others similarly situated;
400 North Capitol Street, N.W., Suite 765
Washington, D.C. 20001

 Plaintiffs,

v.

BARACK H. OBAMA, in his official capacity as President of the United States;
Office of the President, The White House
1600 Pennsylvania Ave., N.W.
Washington, DC 20500

JAMES R. CLAPPER, in his official capacity as Director of National Intelligence;
Office of the Director of National Intelligence
Attn: James R. Clapper
Washington, D.C. 20511

KEITH B. ALEXANDER, in his official capacity as Director of the National Security Agency
and Chief of the Central Security Service;
National Security Agency
Attn: General Keith B. Alexander
9800 Savage Rd.
Fort Meade, MD 20755

and JAMES B. COMEY, JR., in his official capacity as Director of the Federal Bureau of
Investigation;
FBI Headquarters
935 Pennsylvania Avenue,
N.W., Washington, D.C. 20535-0001

Defendants.

1

Mr. Blevins,

I know I am asking a lot but would you please file the attached motion. The motion is to be filed in the Federal District Court in the District of Columbia.

Would you please retain a copy for your personal files?

Would you please give a copy to Judge Feldman and Clerk Cayce for their personal files?

It makes for interesting reading.

Thank you and Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

TENDERED FOR FILING

FEB 2 6 2014

U.S. District Court
Eastern District of Louisiana
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

WILLIAM W. BLEVINS
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

February 21, 2014

David Andrew Christenson
Box 9063
Miramar Beach, FL  32550

**SUBJECT:**   **Your Recent Document For U.S. District Court of Columbia**

Dear Mr. Christenson:

We were returning your document.  **Your document is captioned for a different U.S. District Court.**  This office is unable to accept filings intended to be filed in a different District Court.

You must submit your document <u>directly</u> to the U.S. District Court For The District Of Columbia.

With kind regards,  I am

Sincerely,

Pro Se Unit
Enclosure

David Andrew Christenson
Box 9063
Miramar Beach, FL  32550