# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME CORSI, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 1:18cv2885 |
| ROBERT MUELLER, individually and in his official capacity as Special Counsel, FEDERAL BUREAU OF INVESTIGATION, NATIONAL SECURITY AGENCY, CENTRAL INTELLIGENCE AGENCY, and UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth Tulis of the United States Department of Justice hereby enters her appearance in the above-captioned matter as counsel for Defendants Federal Bureau of Investigation, National Security Agency, Central Intelligence Agency, United States Department of Justice, and Robert Mueller in his official capacity as Special Counsel.

Dated: December 26, 2018                Respectfully submitted,

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov