0IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEROME CORSI,
*Plaintiff*,

     v.

ROBERT MUELLER, et al            Civil Action No.  1:18-cv-02885
*Defendants*

### PLAINTIFF JEROME CORSI'S AND COUNSEL'S INTERIM REPLY TO DEFENDANTS' RESPONSE TO RELATED CASE NOTICE

Plaintiff Jerome Corsi ("Plaintiff") and his counsel hereby file an interim reply, subject to upcoming oral argument at the scheduled hearing for January 3, 2019 at 3:00 p.m.

Defendants conveniently overlook in their "analysis" that *Klayman I, II*, and *III* involved illegal and unconstitutional surveillance of Plaintiff's counsel along with his clients, which is present here as well. There are several other common issues of law and fact which will be amplified at the upcoming hearing.

As an aside, Plaintiff and his counsel find it "curious" why Defendants would strain so hard to have this case assigned to another jurist, given this Court's considerable expertise with the issues involved. Perhaps it can only be that they hope to obtain a less independent-minded and more politically-disposed jurist.

Dated: December 31, 2018            Respectfully submitted,
                                                        */s/ Larry Klayman*
                                                        Larry Klayman, Esq.
                                                        KLAYMAN LAW GROUP, P.A.
                                                        2020 Pennsylvania Avenue N.W.
                                                        Suite 800
                                                        Washington, D.C. 20006
                                                        (310) 595-0800
                                                        leklayman@gmail.com

2

*Of Counsel*:
David E. Gray
Gray Law Group
760 Rt. 10 West, #204
Whippany, NJ, 07981
973-240-7313
dgray@graylawgroupnj.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Larry Klayman, counsel for Plaintiffs hereby certify that on this day, December 31, 2018, a copy of the foregoing was filed via this Court's ECF system and served upon all parties and/or counsel of record.

*/s/ Larry Klayman*
Larry Klayman