Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JEROME CORSI

      Plaintiff

  vs.                                  Civil No.    18-2885   (ESH)

ROBERT MUELLER, ET AL.        Category  L

      Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  1/3/2019  from  Judge Richard J. Leon

to  Judge Ellen Segal Huvelle  by direction of the Calendar Committee.

(Case Not Related)

                                                               JUDGE ELLEN S. HUVELLE
                                                               Chair, Calendar and Case
                                                               Management Committee

cc:    Judge Richard J. Leon

       Judge Ellen Segal Huvelle  & Courtroom Deputy
       Liaison, Calendar and Case Management Committee