# 0IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JEROME CORSI,
*Plaintiff*,

    v.

ROBERT MUELLER, et al           Civil Action No.  1:18-cv-02885
*Defendants*

## PLAINTIFF JEROME CORSI'S NOTICE OF ERRATA

Plaintiff Jerome Corsi ("Plaintiff") hereby files this notice of errata to his Amended Complaint, which was filed on January 21, 2019. ECF No. 15.

Currently there is an error on page 18, line 8 of the Amended Complaint, which reads:

> "(b) For general and compensatory damages in excess of $250, 000, 000.00 million USD…"

This line should read:

> "(b) For general and compensatory damages in excess of $250,000,000 USD…"

Currently there is an error on page 18, line 10 of the Amended Complaint, which reads:

> "(c) For punitive damages in excess of $ 1,350,000,000,000.000 billion USD…."

This line should read:

> "(c) For punitive damages in excess of $ 1,350,000,000 USD…."

Currently there is an error on page 18, line 11 of the Amended Complaint, which reads:

> "… which includes in excess of $800, 000, 000.00 million USD in punitive damages…"

This line should read:

> "… which includes in excess of $800, 000, 000 USD in punitive damages…"

A corrected version of the page at issue is included hereto as Exhibit 1.

Dated: January 22, 2019                              Respectfully submitted,

>*/s/ Larry Klayman*
>Larry Klayman, Esq.
>KLAYMAN LAW GROUP, P.A.
>2020 Pennsylvania Avenue N.W.
>Suite 800
>Washington, D.C. 20006
>(310) 595-0800
>leklayman@gmail.com

## **CERTIFICATE OF SERVICE**

I, Larry Klayman, counsel for Plaintiffs hereby certify that on this day, January 22, 2019, a copy of the foregoing was filed via this Court's ECF system and served upon all parties and/or counsel of record.

>*/s/ Larry Klayman*
>Larry Klayman

the community, personal humiliation, pain and suffering, and emotional distress. As the published statements falsely and/or recklessly represented that Plaintiff Corsi was committing a crime, this constitutes defamation per se, for which damages are presumed.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief and judgment collectively against Defendants, all of whom acted in concert as joint tortfeasors, as follows:

(a) For equitable, declaratory, and injunctive relief.

(b) For general and compensatory damages in excess of $250, 000, 000 USD with regard to all of the Defendants, jointly and severally,

(c) For punitive damages in excess of $1, 350,000,000 USD against all of the Defendants, which includes in excess of $800, 000, 000 USD in punitive damages against Defendant Bezos's (5% of his net worth) alone.

(d) Such other relief as this Court may deem just and proper.

### DEMAND FOR JURY TRIAL

**Plaintiffs demand a trial by jury on all counts as to all issues so triable.**

Dated: January 22, 2019

Respectfully submitted,

/s/ *Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Suite 800
Washington, DC 20006
Tel: (561)-558-5536
Email: leklayman@gmail.com

*Of Counsel:*

David E. Gray
Gray Law Group
760 Rt. 10 West