**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEROME CORSI, *Plaintiff*, <br><br> v. <br><br> ROBERT MUELLER, et al *Defendants* | Civil Action No. 1:18-cv-02885 |

**PLAINTIFF JEROME CORSI'S AND COUNSELS INTERIM REPLY RESPONSE TO <u>RELATED CASE NOTICE</u>**

Plaintiff Jerome Corsi ("Plaintiff") hereby moves this Court for a twenty-one (21) day extension of time, until and including April 23, 2019 for Plaintiff to file a response to Defendants Central Intelligence Agency, Federal Bureau of Investigation, National Security Agency, and United States Department of Justice's Motion ("Defendants") to Dismiss. ECF No. 22. The reason for this request is that counsel for Plaintiff has an extremely heavy litigation schedule at this time and has had to travel for client exigencies. Counsel for Defendants, Elizabeth Tulis Esq., has consented to the relief sought in return for a 14-day extension of time to file a Reply brief, until and including May 13, 2019, which Plaintiff also consents to.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Extension of Time, and Defendants' reciprocal extension.

Dated: April 2, 2019

                                              Respectfully submitted,
                                                    */s/ Larry Klayman*
                                              Larry Klayman, Esq.
                                              KLAYMAN LAW GROUP, P.A.
                                              2020 Pennsylvania Avenue N.W.
                                              Suite 800
                                              Washington, D.C. 20006
                                              (310) 595-0800
                                              leklayman@gmail.com

## CERTIFICATE OF SERVICE

I, Larry Klayman, counsel for Plaintiffs hereby certify that on this day, April 2, 2019, a copy of the foregoing was filed via this Court's ECF system and served upon all parties and/or counsel of record.

*/s/ Larry Klayman*
Larry Klayman

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JEROME CORSI,
*Plaintiff*,

v.

ROBERT MUELLER, et al
*Defendants*

Civil Action No. 1:18-cv-02885

### [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME

Plaintiff Jerome Corsi's Motion for Extension of Time is hereby GRANTED. Any response to Defendants' Motion to Dismiss is due on APRIL 23, 2019. Any reply by Defendants is due on MAY 13, 2019.

_____                    _____
Date                                                                          Hon. Ellen S. Huvelle