UNITED STATES DISTRICT COURT
for the
District of Columbia

| Jerome Corsi | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:18-cv-02885 ESH |
| Robert S. Mueller, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert S. Mueller, III, in his individual capacity, and the United States.

Date:  04/15/2019

/s/ Laura Katherine Smith
*Attorney's signature*

Laura Katherine Smith, TX Bar No. 24054530
*Printed name and bar number*

Torts Branch, Civil Division, U.S. Dept. of Justice
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
*Address*

Laura.Smith2@usdoj.gov
*E-mail address*

(202) 616-0419
*Telephone number*

(202) 616-4314
*FAX number*