**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEROME CORSI,

          Plaintiff

      v.

ROBERT MUELLER, et al.,

          Defendants.

**Civil Case No. 18-cv-2885**
**(RJL)**

### NOTICE TO THE COURT

Plaintiff in action, Dr. Jerome Corsi, hereby provides notice to this Court that the filings of David Andrew Christenson are not sanctioned by this party in either this Court or the U.S. Court of Appeals for the District of Columbia Circuit.

Dated: April 17, 2019

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
2020 Pennsylvania Avenue N.W.
Suite 800
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com

2

## **CERTIFICATE OF SERVICE**

I, Larry Klayman, counsel for Plaintiff, hereby certify that on this day, April 17, 2019, a copy of the foregoing was filed via this Court's ECF system and served upon all parties and/or counsel of record.

*/s/ Larry Klayman*
Larry Klayman