AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Jerome Corsi )<br>*Plaintiff* )<br>v. )<br>Robert Mueller, et al. )<br>*Defendant* ) | Case No. 18-CV-2885-ESH |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants WP Company LLC d/b/a The Washington Post, Manuel Roig-Franzia, and Jeff Bezos .

Date: 04/29/2019

/s/ Laura R. Handman
*Attorney's signature*

Laura R. Handman (DC Bar No. 444386)
*Printed name and bar number*
Davis Wright Tremaine LLP
1919 Pennsylvania Ave. NW, Ste 800
Washington, DC 20006
*Address*

laurahandman@dwt.com
*E-mail address*

(202) 973-4224
*Telephone number*

(202) 973-4499
*FAX number*