# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEROME CORSI,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**ROBERT MUELLER, individually and in his official capacity as Special Counsel, FEDERAL BUREAU OF INVESTIGATION, NATIONAL SECURITY AGENCY, CENTRAL INTELLIGENCE AGENCY, UNITED STATES DEPARTMENT OF JUSTICE, JEFF BEZOS, THE WASHINGTON POST, and MANUEL ROIG-FRANZIA,**<br><br>        **Defendants.** | **Civil Action No. 1:18-cv-2885-ESH**<br><br>**CERTIFICATE OF CORPORATE DISCLOSURE** |

WP Company LLC d/b/a The Washington Post (the "Post") hereby certifies as follows:

The Post is a wholly owned subsidiary of Nash Holdings LLC. Nash Holdings LLC is privately held and does not have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: April 29, 2019

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

        By: /s/ Laura R. Handman

        Laura R. Handman (DC Bar No. 444386)
        1919 Pennsylvania Avenue NW, Suite 800
        Washington, D.C. 20006
        Tel.: (202) 973-4200
        Fax: (202) 973-4499
        Email: laurahandman@dwt.com

        *Attorneys for Defendant the WP Company d/b/a The Washington Post*