# 0IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JEROME CORSI,
*Plaintiff*,

v.

ROBERT MUELLER, et al            Civil Action No.  1:18-cv-02885
*Defendants*

## PLAINTIFF MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS

Plaintiff Jerome Corsi ("Plaintiff") hereby moves this Court for a 21-day extension of time of time, until and including May 20 2019 to file a response to Defendant Robert Mueller's Individual Motion to Dismiss Complaint. ECF No. 27. This is the first requested extension for this motion. This requested extension will not affect any other previously set deadlines or hearings.

The reason for this request is that counsel for Plaintiffs has been under an unusually heavy litigation schedule that has required him to travel extensively from coast to coast for client exigencies.

Pursuant to the Local Civil Rules, counsel for Plaintiff has conferred with counsel for Defendants and they have consented on the condition that they receive a 21-day extension to file any reply. Plaintiff consents to this as well.

WHEREFORE, Plaintiffs respectfully request for good cause that this Court grant Plaintiff's 21-day extension of time or until and including May 20, 2019

Dated: April 29, 2019                    Respectfully submitted,
                                         */s/ Larry Klayman*
                                         Larry Klayman, Esq.
                                         KLAYMAN LAW GROUP, P.A.
                                         2020 Pennsylvania Avenue N.W.

Suite 800  
Washington, D.C. 20006  
(310) 595-0800  
leklayman@gmail.com

## CERTIFICATE OF SERVICE

I, Larry Klayman, counsel for Plaintiffs hereby certify that on this day, April 29, 2019, a copy of the foregoing was filed via this Court's ECF system and served upon all parties and/or counsel of record.

/s/ Larry Klayman  
Larry Klayman

# 0IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JEROME CORSI,
*Plaintiff*,

v.

ROBERT MUELLER, et al           Civil Action No. 1:18-cv-02885
*Defendants*

## [PROPOSED] ORDER PLAINTIFF MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS

Plaintiff Jerome Corsi's Motion for Extension of Time to Respond to Defendant Robert Mueller's Motion to Dismiss is hereby GRANTED. Any opposition thereto is due on May 20, 2019. Any Reply thereto is due on June 17, 2019.

Dated: _____          _____