**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JEROME CORSI,**<br><br>               **Plaintiff,**<br><br>v.<br><br>**ROBERT MUELLER, individually and in his official capacity as Special Counsel, FEDERAL BUREAU OF INVESTIGATION, NATIONAL SECURITY AGENCY, CENTRAL INTELLIGENCE AGENCY, UNITED STATES DEPARTMENT OF JUSTICE, JEFF BEZOS, THE WASHINGTON POST, and MANUEL ROIG-FRANZIA,**<br><br>               **Defendants.** | **Civil Action No. 1:18-cv-2885-ESH** |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for Defendants WP Company LLC d/b/a The Washington Post, Manuel Roig-Franzia, and Jeff Bezos.

Dated: May 8, 2019

                                                        Respectfully submitted,

                                                        /s/ Eric J. Feder
                                                        Eric J. Feder (DC Bar No. 1048522)
                                                        Davis Wright Tremaine LLP
                                                        1919 Pennsylvania Avenue, N.W., Suite 800
                                                       Washington, DC  20006-3401
                                                        Tel:  (202) 973-4200
                                                       Fax:  (202) 973-4499
                                                       Email:  ericfeder@dwt.com

                                                        *Attorneys for Defendants WP Company LLC d/b/a The Washington Post, Manuel Roig-Franzia, and Jeff Bezos*