APPEAL,JURY,TYPE−L

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:18−cv−02885−ESH

| | |
|---|---|
| CORSI v. MUELLER et al<br>Assigned to: Judge Ellen S. Huvelle<br> Case:  1:13−cv−00851−RJL<br> Case in other court:   USCA, 19−05057<br>Cause: 28:1331 Federal Question: Other Civil Rights | Date Filed: 12/09/2018<br>Jury Demand: Plaintiff<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **JEROME CORSI**<br>*an individual* | represented by | **Larry E. Klayman**<br>KLAYMAN LAW GROUP, P.A.<br>2020 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006<br>(310) 595−0800<br>Fax: (202) 379−9289<br>Email: leklayman@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **ROBERT MUELLER**<br>*an individual, Individually and in his*<br>*official capacity as Special Counsel* | represented by | **Elizabeth Murray Tulis**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>(202) 514−9237<br>Fax: (202) 616−8470<br>Email: elizabeth.tulis@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Laura Katherine Smith**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>P.O. Box 7146<br>Washington, DC 20044<br>(202) 616−0419<br>Email: laura.smith2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

represented by

1

**FEDERAL BUREAU OF INVESTIGATION**

**Elizabeth Murray Tulis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONAL SECURITY AGENCY**                 represented by   **Elizabeth Murray Tulis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CENTRAL INTELLIGENCE AGENCY**
Washington, DC 20505                          represented by   **Elizabeth Murray Tulis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES DEPARTMENT OF JUSTICE**       represented by   **Elizabeth Murray Tulis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JEFF BEZOS**                                represented by   **Eric J. Feder**
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
(202) 973–4273
Fax: (202) 973–4499
Email: ericfeder@dwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Rose Handman**
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
(202) 973–4224
Fax: (202) 973–4499
Email: laurahandman@dwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WASHINGTON POST**
*doing business as*
WP COMPANY LLC                                represented by   **Eric J. Feder**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Laura Rose Handman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MANUEL ROIG–FRANZIA**   represented by   **Eric J. Feder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Rose Handman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES OF AMERICA**   represented by   **Laura Katherine Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**DAVID ANDREW CHRISTENSON**   represented by   **DAVID ANDREW CHRISTENSON**
P.O. Box 9063
Miramar Beach, FL 32550
PRO SE

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/09/2018 | 1 | | COMPLAINT against ALL DEFENDANTS with Jury Demand ( Filing fee $ 400 receipt number 0090–5829000) filed by JEROME CORSI. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons)(Klayman, Larry) (Entered: 12/09/2018) |
| 12/09/2018 | 2 | | NOTICE OF RELATED CASE by JEROME CORSI. Case related to Case No. 13–cv–0851. (Klayman, Larry) (Main Document 2 replaced on 1/4/2019) (znmw). (Entered: 12/09/2018) |
| 12/10/2018 | | | Case Assigned to Judge Richard J. Leon. (zmd) (Entered: 12/10/2018) |
| 12/10/2018 | 3 | | SUMMONS (7) Issued Electronically as to CENTRAL INTELLIGENCE AGENCY, FEDERAL BUREAU OF INVESTIGATION, ROBERT MUELLER, NATIONAL SECURITY AGENCY, UNITED STATES DEPARTMENT OF JUSTICE, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent) (zmd) (Entered: 12/10/2018) |
| 12/12/2018 | 4 | | ORDER re 2 Notice of Related Case filed by JEROME CORSI: The plaintiff shall show cause in writing within 14 days of this Order why this case is related |

| | | | |
|---|---|---|---|
| | | | to Klayman v. Obama, C.A. No. 13–cv–851 for the purpose of the Rule 40.5 procedure; and it is further ordered that a hearing on plaintiff's notice is scheduled for 1/3/2019 at 03:00 PM in Courtroom 18 before Judge Richard J. Leon; and it is further ordered that failure to file a timely response to this Order may result in dismissal of this case. Signed by Judge Richard J. Leon on 12/12/18. (tb) (Entered: 12/12/2018) |
| 12/14/2018 | 5 | | MOTION for Joinder by DAVID ANDREW CHRISTENSON (Attachments: # 1 Exhibits)(jf) (Entered: 12/18/2018) |
| 12/26/2018 | 6 | | NOTICE of Appearance by Elizabeth Murray Tulis on behalf of CENTRAL INTELLIGENCE AGENCY, FEDERAL BUREAU OF INVESTIGATION, NATIONAL SECURITY AGENCY, UNITED STATES DEPARTMENT OF JUSTICE (Tulis, Elizabeth) (Entered: 12/26/2018) |
| 12/26/2018 | 7 | | MOTION to Stay *Hearing Date in Light of Lapse of Appropriations* by CENTRAL INTELLIGENCE AGENCY, FEDERAL BUREAU OF INVESTIGATION, NATIONAL SECURITY AGENCY, UNITED STATES DEPARTMENT OF JUSTICE (Tulis, Elizabeth) (Entered: 12/26/2018) |
| 12/26/2018 | 8 | | RESPONSE TO ORDER OF THE COURT re 4 Order,,, Set Hearings,, filed by JEROME CORSI. (Klayman, Larry) (Entered: 12/26/2018) |
| 12/26/2018 | 9 | | RESPONSE re 7 MOTION to Stay *Hearing Date in Light of Lapse of Appropriations* filed by JEROME CORSI. (Attachments: # 1 Exhibit Exhibit 1)(Klayman, Larry) (Entered: 12/26/2018) |
| 12/27/2018 | | | MINUTE ORDER. Upon consideration of defendants' 7 Motion for a Stay of Hearing Date in Light of Lapse of Appropriations, it is hereby ORDERED that the motion is DENIED. The hearing set by this Court's December 12, 2018 Order shall take place as scheduled on January 3, 2019, at 03:00 PM in Courtroom 18 before Judge Richard J. Leon. SO ORDERED. Signed by Judge Richard J. Leon on 12/27/18. (lcrjl1) (Entered: 12/27/2018) |
| 12/31/2018 | 10 | | RESPONSE re 8 Response to Order of the Court, 2 Notice of Related Case filed by CENTRAL INTELLIGENCE AGENCY, FEDERAL BUREAU OF INVESTIGATION, NATIONAL SECURITY AGENCY, UNITED STATES DEPARTMENT OF JUSTICE. (Tulis, Elizabeth) (Entered: 12/31/2018) |
| 12/31/2018 | 11 | | REPLY re 8 Response to Order of the Court filed by JEROME CORSI. (Klayman, Larry) (Entered: 12/31/2018) |
| 01/03/2019 | | | Minute Entry for proceedings held before Judge Richard J. Leon: Show Cause Hearing held on 1/3/2019. For the reasons stated on the record in open Court, it is ORDERED that the Clerk of Court shall transfer this matter to the Calendar and Case Management Committee for random reassignment. (Court Reporter: Lisa Moreira) (jth) (Entered: 01/03/2019) |
| 01/03/2019 | 12 | | MEMORANDUM ORDER that the Clerk of Court shall transfer this matter –– Corsi v. Mueller et al., No. 18–cv–2885 –– to the Calendar and Case Management Committee for random reassignment. SO ORDERED. (See the Order for complete details) Signed by Judge Richard J. Leon on 1/3/2019. (jth) (Entered: 01/03/2019) |
| 01/03/2019 | 13 | | Case randomly reassigned to Judge Ellen S. Huvelle. Judge Richard J. Leon is no longer assigned to the case. (rj) (Entered: 01/03/2019) |

| | | | |
|---|---|---|---|
| 01/04/2019 | 14 | | TRANSCRIPT OF RELATED CASE HEARING before Judge Richard J. Leon held on January 3, 2019; Page Numbers: 1−15. Date of Issuance:January 4, 2019. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number 202−354−3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/25/2019. Redacted Transcript Deadline set for 2/4/2019. Release of Transcript Restriction set for 4/4/2019.(Moreira, Lisa) (Entered: 01/04/2019) |
| 01/21/2019 | 15 | | AMENDED COMPLAINT against All Defendants with Jury Demand filed by JEROME CORSI.(Klayman, Larry) (Entered: 01/21/2019) |
| 01/22/2019 | 16 | | NOTICE *of Errata* by JEROME CORSI re 15 Amended Complaint (Attachments: # 1 Exhibit)(Klayman, Larry) (Entered: 01/22/2019) |
| 02/07/2019 | 17 | | Consent MOTION for Extension of Time to *Respond to Amended Complaint* by CENTRAL INTELLIGENCE AGENCY, FEDERAL BUREAU OF INVESTIGATION, NATIONAL SECURITY AGENCY, UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Tulis, Elizabeth) (Entered: 02/07/2019) |
| 02/07/2019 | | | MINUTE ORDER granting 17 Consent Motion for Extension of Time: Having considered the Government's Consent Motion for One−Month Extension of Time to Respond to Amended Complaint, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the Government's deadline to answer or otherwise respond to the plaintiff's amended complaint is hereby extended to and including March 19, 2019. Signed by Judge Ellen S. Huvelle on February 7, 2019. (AG) (Entered: 02/07/2019) |
| 02/07/2019 | | | Set/Reset Deadlines: Answer due by 3/19/2019. (gdf) (Entered: 02/08/2019) |
| 03/06/2019 | 18 | | MEMORANDUM OPINION AND ORDER denying 5 Motion for Joinder. See Memorandum Opinion and Order for details. Signed by Judge Ellen S. Huvelle on 3/6/19. (lcesh2) (Entered: 03/06/2019) |
| 03/06/2019 | 19 | | LEAVE TO FILE DENIED− Supplement to Amicus Brief submitted by movant David Andrew Christenson. This document is unavailable as the Court denied its filing. "Leave to file DENIED as motion to intervene denied. No further filings will be accepted by the Clerk" Signed by Judge Ellen S. Huvelle on 03/06/2019. (jf) (Entered: 03/07/2019) |

| | | | |
|---|---|---|---|
| 03/11/2019 | 20 | | NOTICE OF APPEAL as to 18 Order on Motion for Joinder by DAVID ANDREW CHRISTENSON. Fee Status: No Fee Paid. Parties have been notified. (jf) (Entered: 03/13/2019) |
| 03/13/2019 | 21 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court re 20 Notice of Appeal. (jf) (Entered: 03/13/2019) |
| 03/15/2019 | | | USCA Case Number 19-5057 for 20 Notice of Appeal filed by DAVID ANDREW CHRISTENSON. (zrdj) (Entered: 03/18/2019) |
| 03/19/2019 | 22 | | MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss *for Failure to State a Claim Upon Which Relief May Be Granted* by CENTRAL INTELLIGENCE AGENCY, FEDERAL BUREAU OF INVESTIGATION, NATIONAL SECURITY AGENCY, UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Tulis, Elizabeth) (Entered: 03/19/2019) |
| 03/21/2019 | 23 | | REQUEST FOR SUMMONS TO ISSUE filed by JEROME CORSI. (Attachments: # 1 Summons, # 2 Summons)(Klayman, Larry) (Entered: 03/21/2019) |
| 03/26/2019 | 24 | | SUMMONS (3) Issued Electronically as to JEFF BEZOS, MANUEL ROIG-FRANZIA, WASHINGTON POST. (jf) (Entered: 03/26/2019) |
| 04/02/2019 | 25 | | Consent MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss *for Failure to State a Claim Upon Which Relief May Be Granted* by JEROME CORSI (Klayman, Larry) (Entered: 04/02/2019) |
| 04/02/2019 | | | MINUTE ORDER granting 25 Consent Motion for Extension of Time to File Response/Reply re 22 defendants' MOTION to Dismiss: It is hereby ORDERED that plaintiff Jerome Corsi's Motion for Extension of Time is hereby GRANTED.; it is further ORDERED that plaintiff's response to defendants' Motion to Dismiss is due on APRIL 23, 2019; and it is further ORDERED that any reply is due on MAY 13, 2019. Signed by Judge Ellen S. Huvelle on April 1, 2019. (AG) (Entered: 04/02/2019) |
| 04/15/2019 | 26 | | NOTICE of Appearance by Laura Katherine Smith on behalf of ROBERT MUELLER (Smith, Laura) (Entered: 04/15/2019) |
| 04/15/2019 | 27 | | MOTION to Dismiss *Individual-Capacity Claims and Memorandum of Points and Authorities* by ROBERT MUELLER (Attachments: # 1 Exhibit A (Scope Certification), # 2 Text of Proposed Order)(Smith, Laura) (Entered: 04/15/2019) |
| 04/15/2019 | 28 | | MOTION to Dismiss *Counts III and IV* by United States (Attachments: # 1 Text of Proposed Order)(Smith, Laura) (Entered: 04/15/2019) |
| 04/17/2019 | 29 | | NOTICE *to the Court* by JEROME CORSI (Klayman, Larry) (Entered: 04/17/2019) |
| 04/23/2019 | 30 | | Consent MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss *for Failure to State a Claim Upon Which Relief May Be Granted* by JEROME CORSI (Klayman, Larry) (Entered: 04/23/2019) |

| | | | |
|---|---|---|---|
| 04/23/2019 | | | MINUTE ORDER granting 30 Consent Motion for Extension of Time to File Response/Reply re 22 MOTION to Dismiss: It is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that plaintiff shall file his response by April 29, 2019; it is further ORDERED that defendants' reply deadline is extended to May 19, 2019; and it is further ORDERED that any future motion that does not comply with LCvR 7(c) ("PROPOSED ORDER. Each motion and opposition shall be accompanied by a proposed order.") will be denied without prejudice. Signed by Judge Ellen S. Huvelle on April 23, 2019. (AG) (Entered: 04/23/2019) |
| 04/29/2019 | 31 | | NOTICE of Appearance by Laura Rose Handman on behalf of JEFF BEZOS, MANUEL ROIG–FRANZIA, WASHINGTON POST (Handman, Laura) (Entered: 04/29/2019) |
| 04/29/2019 | 32 | | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests *of WP Company LLC d/b/a The Washington Post* by JEFF BEZOS (Handman, Laura) (Entered: 04/29/2019) |
| 04/29/2019 | 33 | | Consent MOTION for Extension of Time to File Answer re 1 Complaint, by JEFF BEZOS, MANUEL ROIG–FRANZIA, WASHINGTON POST (Handman, Laura) (Entered: 04/29/2019) |
| 04/29/2019 | | | MINUTE ORDER granting 33 Consent Motion for Extension of Time to Answer: Upon consideration of the Consent Motion for Extension of Time to Answer orOtherwise Respond to the Complaint filed herewith by Defendants WP Company LLC d/b/a The Washington Post, Manuel Roig–Franzia, and Jeff Bezos ("Defendants"), it is hereby ORDERED that Defendants' motion is GRANTED; and it is further ORDERED that the deadline for the Defendants to answer or otherwise respond to the Complaint is extended to May 14, 2019. Signed by Judge Ellen S. Huvelle on April 29, 2019. (AG) (Entered: 04/29/2019) |
| 04/29/2019 | 34 | | RESPONSE re 28 MOTION to Dismiss *Counts III and IV*, 22 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss *for Failure to State a Claim Upon Which Relief May Be Granted* filed by JEROME CORSI. (Klayman, Larry) (Entered: 04/29/2019) |
| 04/29/2019 | 35 | | Consent MOTION for Extension of Time to File Response/Reply as to 27 MOTION to Dismiss *Individual–Capacity Claims and Memorandum of Points and Authorities* by JEROME CORSI (Attachments: # 1 Text of Proposed Order)(Klayman, Larry) (Entered: 04/29/2019) |
| 04/30/2019 | | | MINUTE ORDER granting 35 Consent Motion for Extension of Time to File Response/Reply re 27 defendant Robert Mueller's MOTION to Dismiss Individual–Capacity Claims: Upon consideration of the above–referenced motion, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that plaintiff's response to defendant Mueller's Motion to Dismiss is due on May 20, 2019; it is further ORDERED that any Reply thereto is due on June 17, 2019. Signed by Judge Ellen S. Huvelle on April 30, 2019. (AG) (Entered: 04/30/2019) |
| 05/08/2019 | 36 | | NOTICE of Appearance by Eric J. Feder on behalf of JEFF BEZOS, MANUEL ROIG–FRANZIA, WASHINGTON POST (Feder, Eric) (Entered: 05/08/2019) |
| 05/13/2019 | 37 | | |

| | | | |
|---|---|---|---|
| | | | Consent MOTION for Extension of Time to File Answer re 15 Amended Complaint by JEFF BEZOS, MANUEL ROIG–FRANZIA, WASHINGTON POST (Handman, Laura) (Entered: 05/13/2019) |
| 05/15/2019 | | | MINUTE ORDER granting 37 Consent Motion for Extension of Time to Answer: Upon consideration of the Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint filed by Defendants WP Company LLC d/b/a The Washington Post, Manuel Roig–Franzia, and Jeff Bezos (the "Post Defendants"), it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the deadline for the Post Defendants to answer or otherwise respond to the Amended Complaint is extended to June 12, 2019; and it is further ORDERED that, if Plaintiff files a motion for leave to file a Second Amended Complaint by May 17, 2019, and the Court grants said motion, that the deadline for the Post Defendants to answer or otherwise respond to the Second Amended Complaint be set as June 12, 2019. Signed by Judge Ellen S. Huvelle on May 15, 2019. (AG) (Entered: 05/15/2019) |
| 05/17/2019 | 38 | | REPLY to opposition to motion re 22 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss *for Failure to State a Claim Upon Which Relief May Be Granted* filed by CENTRAL INTELLIGENCE AGENCY, FEDERAL BUREAU OF INVESTIGATION, NATIONAL SECURITY AGENCY, UNITED STATES DEPARTMENT OF JUSTICE. (Tulis, Elizabeth) (Entered: 05/17/2019) |
| 05/20/2019 | 39 | | Consent MOTION for Extension of Time to File Response/Reply as to 27 MOTION to Dismiss *Individual–Capacity Claims and Memorandum of Points and Authorities* by JEROME CORSI (Attachments: # 1 Text of Proposed Order)(Klayman, Larry) (Entered: 05/20/2019) |
| 05/20/2019 | | | MINUTE ORDER granting 39 Consent Motion for Extension of Time to File Response: It is hereby ORDERED that Plaintiff Jerome Corsi's Motion for Extension of Time to Respond to Defendant Robert Mueller's Motion to Dismiss (ECF No. 27 ) is GRANTED; and it is further ORDERED that any opposition thereto is due on May 30, 2019. Signed by Judge Ellen S. Huvelle on May 20, 2019. (AG) (Entered: 05/20/2019) |
| 05/20/2019 | | | Set/Reset Deadlines: Response due by 5/30/2019. (gdf) (Entered: 05/20/2019) |
| 05/20/2019 | | | Set/Reset Deadlines: Response due by 5/30/2019 (gdf) (Entered: 05/21/2019) |
| 05/23/2019 | 42 | | MOTION for Leave to Appeal in forma pauperis by DAVID ANDREW CHRISTENSON (Attachments: # 1 Exhibits)(jf) (Entered: 05/31/2019) |
| 05/30/2019 | 40 | | RESPONSE re 27 MOTION to Dismiss *Individual–Capacity Claims and Memorandum of Points and Authorities* filed by JEROME CORSI. (Attachments: # 1 Exhibit)(Klayman, Larry) (Entered: 05/30/2019) |
| 05/30/2019 | 41 | | MOTION for Leave to File *Second Amended Complaint* by JEROME CORSI (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Text of Proposed Order)(Klayman, Larry) (Entered: 05/30/2019) |
| 06/03/2019 | | 10 | MINUTE ORDER denying as moot 42 Motion for Leave to Appeal in forma pauperis filed by David Christenson: The appeal filed by Movant David Christenson, No. 19–5057, has been dismissed for lack of prosecution. Accordingly, it is hereby ORDERED that the above–referenced motion for |

|  |  |  | leave to appeal in forma pauperis is denied as moot. Signed by Judge Ellen S. Huvelle on June 3, 2019. (AG) (Entered: 06/03/2019) |
|---|---|---|---|

```
Message-Id:6040989@dcd.uscourts.gov
Subject:Activity in Case 1:18-cv-02885-ESH CORSI v. MUELLER et al Order on Motion for
Leave to Appeal in forma pauperis
Content-Type: text/html
```

# U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 6/3/2019 at 3:55 PM and filed on 6/3/2019

| | |
|---|---|
| **Case Name:** | CORSI v. MUELLER et al |
| **Case Number:** | 1:18−cv−02885−ESH |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER denying as moot [42] Motion for Leave to Appeal in forma pauperis filed by David Christenson: The appeal filed by Movant David Christenson, No. 19−5057, has been dismissed for lack of prosecution. Accordingly, it is hereby ORDERED that the above−referenced motion for leave to appeal in forma pauperis is denied as moot. Signed by Judge Ellen S. Huvelle on June 3, 2019. (AG)**


**1:18−cv−02885−ESH Notice has been electronically mailed to:**

Larry E. Klayman     leklayman@gmail.com, daj142182@gmail.com, klayman.ecf.notifications@gmail.com, oliver.peerfw@gmail.com

Laura Rose Handman     laurahandman@dwt.com, marnishapiro@dwt.com, tiphaniehill@dwt.com, wdcdocket@dwt.com

Laura Katherine Smith    laura.smith2@usdoj.gov

Eric J. Feder    ericfeder@dwt.com, DivyaJhingran@dwt.com, NYCDocket@dwt.com, tracyjohnson@dwt.com

Elizabeth Murray Tulis    elizabeth.tulis@usdoj.gov

**1:18−cv−02885−ESH Notice will be delivered by other means to::**

DAVID ANDREW CHRISTENSON
P.O. Box 9063
Miramar Beach, FL 32550