# United States Court of Appeals
**For The District of Columbia Circuit**

———————

**No. 19-5057**                                      September Term, 2018

1:18-cv-02885-ESH

Filed On: June 5, 2019 [1791003]

Jerome Corsi, an individual,

      Appellee

    v.

Robert S. Mueller, III, an individual,
Individually and in his official capacity as
Special Counsel, et al.,

      Appellees

David Andrew Christenson,

      Appellant

## M A N D A T E

In accordance with the order of April 19, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                         **FOR THE COURT:**
                                                         Mark J. Langer, Clerk

                                    BY:    /s/
                                                         Ken R. Meadows
                                                         Deputy Clerk

Link to the order filed April 19, 2019

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 19-5057**                      **September Term, 2018**

1:18-cv-02885-ESH

Filed On: April 19, 2019 [1783875]

Jerome Corsi, an individual,

    Appellee

    v.

Robert S. Mueller, III, an individual,
Individually and in his official capacity as
Special Counsel, et al.,

    Appellees

David Andrew Christenson,

    Appellant

## O R D E R

By order filed March 15, 2019, appellant was directed to either pay the $505 appellate docketing and filing fees to the Clerk of the District Court, or file a motion in district court for leave to proceed on appeal in forma pauperis. To date, no submission of payment or IFP motion has been received. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by June 3, 2019.

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                             BY:     /s/
                                                      Daniel J. Reidy
                                                      Deputy Clerk