**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEROME CORSI,
*Plaintiff*,

v.

ROBERT MUELLER, et al                    Civil Action No.  1:18-cv-02885
*Defendants*

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff Jerome Corsi ("Plaintiff") hereby moves this Court for a 14-day extension of time of time, until and including July 5, 2019 to file a Reply/Response to Defendant Robert Mueller's Opposition to Motion for Leave to File Second Amended Complaint. ECF No. 41. This is the first requested extension for this motion. This requested extension will not affect any other previously set deadlines or hearings.

The reason for this request is that counsel for Plaintiffs has been under an unusually heavy litigation schedule that has required him to travel extensively from coast to coast for client exigencies.

Pursuant to the Local Civil Rules, counsel for Plaintiffs has conferred with counsel for Defendants and has received consent

WHEREFORE, Plaintiffs respectfully request for good cause that this Court grant Plaintiff's 14-day extension of time or until and including July 5, 2019

Dated: June 20, 2019                                    Respectfully submitted,
                                                        */s/ Larry Klayman*
                                                        Larry Klayman, Esq.
                                                        KLAYMAN LAW GROUP, P.A.
                                                        2020 Pennsylvania Avenue N.W.
                                                        Suite 800
                                                        Washington, D.C. 20006

2

(310) 595-0800
leklayman@gmail.com

## CERTIFICATE OF SERVICE

I, Larry Klayman, counsel for Plaintiffs hereby certify that on this day, June 20, 2019, a copy of the foregoing was filed via this Court's ECF system and served upon all parties and/or counsel of record.

*/s/ Larry Klayman*
Larry Klayman

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEROME CORSI, *Plaintiff*, <br><br> v. <br><br> ROBERT MUELLER, et al *Defendants* | Civil Action No. 1:18-cv-02885 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Jerome Corsi's Motion for Extension of Time to Reply/Respond to Defendant Robert Mueller's Opposition to Motion for Leave to File Second Amended Complaint is hereby GRANTED. Any opposition thereto is due on July 5, 2019.

Dated: _____     _____

3