**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEROME CORSI,
*Plaintiff*,

v.

ROBERT MUELLER, et al                     Civil Action No.  1:18-cv-02885
*Defendants*

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS**
**WASHINGTON POST, JEFF BEZOS, AND MANUEL ROIG-FRANZIA**

Plaintiff Jerome Corsi ("Plaintiff Corsi") hereby voluntarily dismisses the above-referenced matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), without prejudice, ONLY as to claims brought against Defendants Washington Post, Jeff Bezos, and Manuel Roig-Franzia.

Dated:  July 23, 2019                     Respectfully Submitted,

                                          */s/ Larry Klayman*
                                          Larry Klayman, Esq.
                                          KLAYMAN LAW GROUP, P.A.
                                          D.C.  Bar Number: 334581
                                          2020 Pennsylvania Ave NW #800
                                          Washington, DC, 20006
                                          Telephone: (561) 558-5336
                                          Email: leklayman@gmail.com

                                          *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I  HEREBY  CERTIFY  that  a  true  and  correct  copy  of  the  foregoing  was  filed electronically and served through the court's ECF system to all counsel of record or parties on July 23, 2019

                                          */s/ Larry Klayman*
                                          Larry Klayman, Esq.