| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☑ |

Jerome Corsi
VS.
Robert Mueller, et al

Civil/Criminal No. CV 18-2885

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| A | USA vs. Jerome Corsi - Plea Agreement, Information and Statement of the Offense | 10/2/19 | 10/2/19 | N/A | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |