UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JEROME CORSI,**

        **Plaintiff,**

    **v.**

**ROBERT MUELLER,** *et al.***,**

        **Defendants.**

Civil Action No. 18-02885 (ESH)

# ORDER

Before the Court are defendants' motions to dismiss and plaintiff's motion for leave to amend his complaint.  (*See* Gov't's Mot. to Dismiss, ECF No. 22; Mueller's Mot. to Dismiss, ECF No. 27; Gov't's Mot. to Dismiss Counts III & IV, ECF No. 28; Pl.'s Mot. for Leave to File 2d Am. Compl., ECF No. 41.)  For the reasons stated in an accompanying Memorandum Opinion, it is hereby

    **ORDERED** that defendants' motions to dismiss are **GRANTED** as follows:

    (1)  Count One is **DISMISSED WITHOUT PREJUDICE** as to the government for lack of subject matter jurisdiction.  That count is **DISMISSED WITH PREJUDICE** as to Mueller for both lack of subject matter jurisdiction and for failure to state a claim.

    (2)  Count Two is **DISMISSED WITH PREJUDICE** for failure to state a claim.

    (3)  Counts Three and Four, which have been converted into claims against the United States governed by the FTCA, are **DISMISSED WITH PREJUDICE** because the FTCA's limited waiver of sovereign immunity does not apply.

    It is further **ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint is **DENIED**.


ELLEN S. HUVELLE
United States District Judge

Date:   October 31, 2019