**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEROME CORSI,
*Plaintiff*,

v.

ROBERT MUELLER, et al            Civil Action No. 1:18-cv-02885
*Defendants*

## NOTICE OF APPEAL

Plaintiff Jerome Corsi ("Plaintiff Corsi") hereby appeals to the U.S. Court of Appeals for the District of Columbia Circuit the District Court's October 31, 2019 order granting Defendants' Motion to Dismiss and all other orders averse to Plaintiff Corsi in this matter.

Dated: November 12, 2019                                     Respectfully Submitted,

                                                                             */s/ Larry Klayman*
                                                                     Larry Klayman, Esq.
                                                                     KLAYMAN LAW GROUP, P.A.
                                                                     D.C. Bar Number: 334581
                                                                     2020 Pennsylvania Ave NW #800
                                                                     Washington, DC, 20006
                                                                     Telephone: (561) 558-5336
                                                                     Email: leklayman@gmail.com

                                                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on November 12, 2019.

                                                                     */s/ Larry Klayman*
                                                                     Larry Klayman, Esq.