# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-5314**                                    **September Term, 2020**

**1:18-cv-02885-ESH**

**Filed On: October 28, 2020** [1868500]

Jerome Corsi, an individual,

       Appellant

   v.

Robert S. Mueller, III, an individual,
Individually and in his official capacity as
Special Counsel, et al.,

       Appellees

## M A N D A T E

In accordance with the judgment of September 2, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Daniel J. Reidy
      Deputy Clerk

Link to the judgment filed September 2, 2020

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 19-5314**                                   **September Term, 2020**

FILED ON: SEPTEMBER 2, 2020

JEROME CORSI,
　　　　　　　APPELLANT

v.

ROBERT S. MUELLER, III, AN INDIVIDUAL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS
SPECIAL COUNSEL, ET AL.,
　　　　　　　APPELLEES

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-cv-02885)

———

Before: SRINIVASAN, *Chief Judge*, and TATEL, *Circuit Judge*, and SILBERMAN, *Senior Circuit Judge*

## J U D G M E N T

The Court has considered this appeal on the record from the United States District Court for the District of Columbia and on the briefs of the parties. *See* FED. R. APP. P. 34(a)(2); D.C. CIR. R. 34(j). The Court has accorded the issues full consideration and determined that they do not warrant a published opinion. *See* D.C. CIR. R. 36(d).

It is **ORDERED AND ADJUDGED** that the order of the district court entered October 31, 2019, dismissing appellant's amended complaint and denying appellant leave to file a second amended complaint be **AFFIRMED** for substantially the reasons set forth in the district court's opinion filed the same day.

Pursuant to D.C. Circuit Rule 36(d), this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* FED. R. APP. P. 41(b); D.C. CIR. R. 41(a)(1).

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
        Daniel J. Reidy
        Deputy Clerk